# EXHIBIT D

```
 1         IN THE UNITED STATES DISTRICT COURT
 2      FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 3                   DURHAM DIVISION
 4
 5   THOMAS KRAKAUER, on        )
     behalf of a class of       )
 6   persons,                   )
               Plaintiff,       )
 7                              )
        vs.                     )  Case No.:  14-CV-333
 8                              )
     DISH NETWORK,              )
 9             Defendant.       )
     _____)
10
11
12
13
14
15         VIDEOTAPED DEPOSITION OF DAVID HILL
16                San Ramon, California
17              Friday, October 10, 2014
18
19
20
21
22
23   BY:  HEIDI BELTON, CSR, RPR, CRR, CCRR, CLR
24   CSR LICENSE NO. 12885
25   JOB NO. 83910
```

1  October 10, 2014
2  9:21 a.m.
3
4  Videotaped deposition of DAVID HILL, held at the
5  offices of Five9, 4000 Executive Parkway, San Ramon,
6  California, before Heidi Belton, a Certified
7  Shorthand Reporter, Registered Professional
8  Reporter, Certified Realtime Reporter, California
9  Certified Realtime Reporter, Certified LiveNote
10 Reporter, and NCRA Realtime Systems Administrator.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1    A P P E A R A N C E S:
2
3    For the Plaintiff THOMAS H. KRAKAUER, et al.:
4         BRODERICK LAW
5         125 Summer Street
6         Boston, Massachusetts 02110
7         By:  Anthony Paronich, Esq.
8
9
10
11   For the Defendant DISH Network, LLC:
12        BENESCH, FRIEDLANDER, COPLAN & ARONOFF
13        200 Public Square
14        Cleveland, Ohio 44114
15        By:  Eric Zalud, Esq.
16
17
18
19
20
21
22
23
24
25
```

1  A P P E A R A N C E S (Con't):
2
3  For the Witness David Hill and Five9:
4           KELLEY DRYE & WARREN
5           333 West Wacker Drive
6           Chicago, Illinois 60606
7           By:  Henry Kelly, Esq.
8
9
10
11 Also Present:  Cassia Leet, videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  Q   All right.  And this was submitted after
2  the subpoena you just mentioned?
3     A   Yes.
4     Q   And tell me how did this affidavit come to
5  be prepared?
6     A   This affidavit was prepared from my
7  counsel, from our legal counsel.
8     Q   And did you supply some of the information
9  for the affidavit?
10    A   I reviewed the information and -- and
11 finalized it before signature.
12    Q   You confirmed the accuracy of the
13 information on there?
14    A   Yes, that's correct.
15    Q   I'm going to have some more questions for
16 you on that in a little bit.  But tell me a little
17 bit about Five9.  What kind of company is Five9?
18    A   Five9 is a cloud-based content center
19 company providing software to that space.
20    Q   About how many employees?
21    A   Globally we have just over 600.
22    Q   Headquarters are here in San Ramon?
23    A   Yes.
24    Q   Other offices in other cities?
25    A   In the US there are no established

1  Five9 doesn't really provide a phone system for its
2  customers; it provides more of a software system or
3  platform for their calls to be connected and made?
4      A    Yes, I believe that's accurate. It's a
5  software system.
6      Q    I represent DISH Network, Mr. Hill. Have
7  you ever had any contact with DISH Network from a
8  business perspective?
9      A    I don't believe so.
10     Q    Are you aware of any contract that Five9
11 might have with DISH Network for the provision of
12 any types of services?
13     A    I'm not aware of one.
14     Q    Do you know if Five9 has any customers who
15 are DISH Network retailers?
16     A    I'm not aware of any.
17     Q    Have you heard of a company called
18 Satellite Systems Network?
19     A    Yes.
20     Q    And tell me what you've heard about that
21 company.
22     A    Only what I have read in preparation for
23 this deposition. Reviewing their contract.
24     Q    Their contract with Five9?
25     A    That is correct.

1  accurate.
2      Q   All right.  Thank you, sir.  So I'm going
3  to direct your attention to paragraph number 4 on
4  the first page.  And that -- I'm going to read it
5  because it's brief.  "Five9's VCC" -- and that's the
6  virtual contact center; correct?
7      A   Yes.
8      Q   -- "can be configured by customers to
9  operate as a predicted dialer."  And the text goes
10 on but this is what relates to my question.
11 "Configured by customers."  Can you explain to me
12 how that works?
13     A   Customers configure -- customers when they
14 sign up with Five9, they're given a generic domain
15 or access to Five9's services.  They then are --
16 they then determine how to use our service.  One of
17 the options for them to use our service is to set up
18 predictive dialing.  And as we've alluded to
19 previously, "predictive" is just meant to predict
20 the availability of a [sic] agent so that a call
21 will be ready when that agent becomes available.
22     Q   So I understood all of that.  So thank
23 you.  But I do still have a couple of more questions
24 about --
25     A   Sure.