# EXHIBIT 1

| From: | Vendor Inquiries <VendorInquiries@dishnetwork.com> |
|---|---|
| Sent: | Tuesday, May 19, 2009 5:21 PM |
| To: | Dougherty, Rebecca <Rebecca.Dougherty@Dishnetwork.com> |
| Cc: | retailerescalation <retailerescalation@dishnetwork.com>; Vendor Inquiries <VendorInquiries@dishnetwork.com>; Musso, Reji <Reji.Musso@Dishnetwork.com>; Voorhies, Christina <Christina.Voorhies@Dishnetwork.com>; Slater, Joshua <Joshua.Slater@Dishnetwork.com> |
| Subject: | RE: TCPA - TCPA - 9194719459--re thomas krakauer |

Rebecca,

Based upon the information provided, we are able to identify the retailer.

```
OE# 821970
Contact Name: ALEX TEHRANCHI; SOPHIE TEHRANCH
Company: SATELLITE SYSTEMS NETWORK
Address:  9831 IRVINE CENTER DR
          IRVINE, CA 92618
Phone: 800-615-0241
E-mail: alex@yourdish.tv; sophie@Yourdish.tv
```

Thank you,
Serena Snyder
Retail Services Compliance
Dish Network
9601 S. Meridian Blvd
Englewood, CO 80112
720-514-5742 (tel)
720-514-8288 (fax)
serena.snyder@dishnetwork.com
Please Note New Email Address


-----Original Message-----
From: Slater, Joshua
Sent: Tuesday, May 19, 2009 11:53 AM
To: Vendor Inquiries; Voorhies, Christina
Cc: retailerescalation
Subject: FW: TCPA - TCPA - 9194719459--re thomas krakauer

Please see below.

Is this something your team could assist with?

------------------------------------------
From: Dougherty, Rebecca
Sent: Tuesday, May 19, 2009 11:48:33 AM
To: POESupport; retailerescalation; TCPA
Subject: FW: TCPA - TCPA - 9194719459--re thomas krakauer
Auto forwarded by a Rule

Hello All,  I'm sending a second request re how to proceed with Thomas Krakauer and what you want me to tell him with respect to follow up on this issue.

Please read the forwarded email below.  Mr. Krakauer phoned today to see what the status was on his DNC issue.  I advised him as of yet there is no definite response but I would

Confidential-US v. DISH    Case 1:14-cv-00333-CCE-JEP   Document 56-1   Filed 04/13/15   Page 2 of 4    DISH5-0000001342

send this email to all of you again.  Please help me to assist Mr Krakauer with the
appropriate information or answers to satisfy his concerns about the call he received--he
is expecting to hear something back on Thursday.

All the information you need to find the party/parties responsible is included in the
email below.  Thank you for your rapid assistance regarding this unresolved issue.

Rebecca Dougherty (DNC/Fact Act) 720-514-8555 ext 72058

-----Original Message-----
From: Dougherty, Rebecca
Sent: Sunday, May 10, 2009 10:26 AM
To: Laslo, David
Cc: POESupport; retailerescalation; TCPA
Subject: TCPA - TCPA - 9194719459

Tracked by: TCPA
Record number:11778


Customer Information:
Name - thomas krakauer
Phone Number where call was received - 9194719459

DNC List Consumer is on:
Internal
National

Nature of the complaint:
    -Frequent/Persistent calls - No
    -Rude behavior - No
    -Lewd/Obscene conduct - No
    -Harassment, a malicious call pattern - Yes
    -Caller hung up when asked for identity or to be added to DNC - No
Comments:

Thomas Krakauer received a call last night,  Saturday May 9, from a (retailer/sales
partner?)  who was claiming to be a Directv employee.  Phone number the call was received
from is 18003758211 ext 105 callers name was Ken.

The employee (Ken) then proceeded to call Directv and pretended to be Mr Krakauer to get
info from his account so he could call Mr Krakauer back and get personal credit info from
him including his ssn and his credit card number.  When further into the call Mr Krakauer
became suspicious he questioned the agent who then told him they were from Dish Network
and wanted to sell him Dish Network service.

I searched Mr Krakauer's phone number in echoadmin and found there was a credit check run
on him last night.  (I did not inform Mr. Krakauer that his credit was run without his
knowledge so he is still unaware this happened) The credit score ID is 81472493.

I know we partner with Equifax to track down retailers/sales partners like these.  I
tried to call the phone number but was sent to an automated system and waited on hold for
quite some time but no one picked up.  I received the DNC today, Sunday, in the morning
and am guessing maybe the operators are not there today or not this early on a Sunday.
However,  with the phone number and the credit score ID we should be able to track this
back to the responsible party.

I've told Mr Krakauer I will call him back (and he requested to be called on this issue)
as soon as we receive any information on how we will proceed and also gave him my contact
info too.  I hope it's just one employee at that call center and not a common practice
for them.

Looking forward to hearing back from you on how to proceed with Mr Krakauer and what to

tell him we are doing regarding this issue.

Thank You. Rebecca Dougherty (DNC/Fact Act) 720-514-8555 ext 72058

Confidential-US v. DISH
DISH5-0000001344