# EXHIBIT 3

```
1  IN THE UNITED STATES DISTRICT COURT
   FOR THE CENTRAL DISTRICT OF ILLINOIS
2  SPRINGFIELD DIVISION

3  Case No. 3:09-CV-03073-SEM-BGC

4

5  UNITED STATES OF AMERICA and the    |
   STATES OF CALIFORNIA, ILLINOIS,     |
6  NORTH CAROLINA, and OHIO,           |
                                       |
7                       Plaintiffs,    |
                                       |
8       vs.                            |
                                       |
9  DISH NETWORK, L.L.C.,               |
                                       |
10                      Defendant.     |
   _____
11

12

13

14
   D E P O S I T I O N
15

16 O F

17
   T H O M A S   H E N R Y   K R A K A U E R
18

19

20

21

22 At Franklin Square Services
   1829 East Franklin Street
23 Building 600
   Chapel Hill, North Carolina
24
   September 28, 2011
25 10:00 a.m.
```

Krakauer000003

10

1  Q    Do you recall receiving telephone calls from
2  parties purporting to be with DISH Network?
3       MR. RAO:         Objection.
4  A    I have not.
5  Q    You have not received any calls from parties
6  purporting to be from DISH Network.
7  A    I have received phone calls from parties that
8  have indicated that I have been a long time client of
9  DIRECTV, and they have offered me opportunities to save
10 some money. And then, as I have pursued that, it turns
11 out that what they are asking me to is switch to DISH
12 Network.
13      So when I pick up the phone and begin talking
14 to the person, they don't say--they don't identify
15 themselves as being involved with DISH Network nor do
16 they identify themselves as being with DIRECTV, but they
17 indicate that they know that I have been a client of
18 DIRECTV's and offer me an opportunity to save money.
19 Q    All right. Do you recall when these calls
20 began?
21 A    I think the one that I pursued, you know, as far
22 as I did was in 2007.
23 Q    All right. And how did you pursue this manner?
24 A    Would you like the full description of the
25 interaction or for me just to say that I escalated it

Krakauer000012

39

1  legitimate calls. So I--I really have no detailed
2  recollection of the, you know, the number and percentage
3  of calls that fall in different categories that I've
4  received.
5      Q   Okay. You had also stated for the record that
6  you received one other call that--that the contents of
7  that call was similar to the phone call that you received
8  in 2009; is that correct?
9      A   I have received several other calls where the
10 contents are similar to the--the call in 2009, and I did
11 not respond in other ways--in any way other than
12 terminating the call or not even answering it.
13     Q   Okay. And when you would not answer it, you're
14 referring to times where a message was left on your
15 message machine or voice mail?
16     A   Yeah, in--in some cases there was a call, I
17 would pick it up and with the same entry point, and I
18 would just say either "I'm not interested," or I would
19 just hang up. I only recall one call, which was the most
20 recent one, which came when I was not there that went to
21 my voice mail.
22     Q   Now, each one of those--well, strike that. Let
23 me first ask you, would you say that the number of calls
24 was approximately three, more than three, less than
25 three?
Krakauer000041
Krakauer000041

1  A   Probably more than three.
2  Q   What would your best estimate be?
3  A   Three to five.
4  Q   Three to five.
5  A   Yeah.
6  Q   Is it safe to say that in each one of those
7  phone calls the only satellite service provider that was
8  mentioned was DIRECTV?
9  A   That is correct.
10 Q   So, no other cable providers, satellite service
11 provider was mentioned on any of those phone calls.
12 A   No.
13 Q   Okay. Real briefly, and I believe you may have
14 been asked this line of questioning with respect to your
15 professional background, but I just want to ask a few
16 questions about that, so I apologize if it's a little bit
17 redundant, but you're retired now, correct?
18 A   Yes, sir.
19 Q   Okay. And you volunteer for what organization?
20 A   The Museum of Durham History.
21 Q   And is that also the organization that you
22 recently retired from?
23 A   I recently retired from the Museum of Life and
24 Science. And when you say "recently," that was in 2003,
25 2004.

1  switching from DIRECTV to DISH Network.
2      A   I believe, to the best of my recollection, that
3  he indicated that he could save me money by me switching
4  my account from DIRECTV to DISH Network. I don't know
5  whether that answers the question that you are asking.
6      Q   Do you recall whether he said that he personally
7  represented DISH Network?
8      A   He did not.
9      Q   Do you recall whether he stated whether he was
10 an employee of DISH Network?
11     A   He did not.
12     Q   Did he say whether he was authorized by DISH
13 Network to call you?
14     A   He did not.
15     Q   Do you recall on that telephone call with this
16 individual whether he mentioned any other services,
17 whether they were satellite services--
18     A   No, he did not.
19     Q   --or cable services?
20     A   No, he did not.
21     Q   You had also stated for the record prior to
22 that, after that phone call you contacted both DIRECTV
23 and DISH Network; is that correct?
24     A   That is correct.
25     Q   Do you recall the person at DISH Network that

1  you spoke with?
2  A    I do not independently recall that.
3  Q    Do you recall when the first time that you spoke
4  to anybody at DISH Network and what was the sum and
5  substance of that conversation?
6  A    It probably--well, to the best of my
7  recollection, it was within a day or two of the phone
8  call that was--that I received from the person asking me
9  to switch from DIRECTV to DISH.
10 MR. KIRKMAN:    Okay. Sorry, can you read
11 that back?
12         (Whereupon, the court reporter read back,
13          as requested, the answer appearing on
14          page 50, lines 6 through 9, inclusive.)
15 Q    Okay. You had also stated that you had gotten
16 a response from DISH Network with respect to this phone
17 call. Can you just describe for us again what that
18 response consisted of?
19 A    Yes. The essence of it is in Exhibit 2, but
20 from my independent recollection I did receive a phone
21 call from someone at DISH Network indicating that the
22 phone call that I received was from a contractor, not an
23 employee of DISH Network, and that they were not
24 responsible for his tactics or actions.
25 Q    Do you know what an internal Do Not Call

1  Registry is or list is?
2     A    I do not.
3     Q    If I may, it's the practice of, you know,
4  companies having their own internal Do Not Call list so
5  they don't violate the national Do Not Call list. Do you
6  recall whether the person at DISH Network ever told you
7  that they were either placing--
8     A    I do not recall.
9     Q    You don't recall talking to anybody about
10 internal Do Not Call lists. Okay.
11    A    Off the record, I would love to know the phone
12 call or the means that I could get myself put on an
13 internal DISH Network Do Not Call listing. How do I go
14 about doing that?
15    Q    That's not relevant here. And, if I may, while
16 we're talking about that, given the fact that you stated
17 you have only received one call mentioning--even
18 mentioning DISH Network, why would you want an internal
19 call list for DISH Network?
20    A    That's an irrelevant question. I--I--it's my
21 decision whether I want to be on a independent DISH
22 Network Do Not Call.
23    Q    Sure.
24    A    And it may be that one call is sufficient for
25 me to decide that I do not want to be called by DISH

Krakauer000054

Case 1:14-cv-00333-CCE-JEP   Document 56-3   Filed 04/13/15   Page 8 of 9

...

...

1  Network.
2      Q    Absolutely, and that's your prerogative.
3      A    And that's--
4      Q    And I--I just--for the record, I wanted to be
5  clear. Again, you have stated that you have not received
6  any other calls from any company or telemarketer
7  purporting to be from DISH other than the one call in
8  2009 in which they simply mentioned DISH Network; is that
9  correct?
10     A    The answer to that question is, after the
11 experience in 2009 I chose not to pursue any of these
12 phone calls farther to determine who they were coming
13 from. So I didn't give anybody the opportunity to
14 indicate whether they were from DISH Network.
15     Q    Okay. Do you know one way or the other whether
16 you received any phone calls from DISH Network other than
17 the 2009 call that you mentioned?
18     A    I--I do not.
19     Q    You do not, okay. Do you have any information
20 or documents that would unequivocally link the 2009 call
21 to DISH Network?
22     A    Will you repeat that question?
23     Q    Sure. Are you aware of any information or
24 documents that would unequivocally link the phone call
25 that you received in 2009 to DISH Network?

Krakauer000055