# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

THOMAS KRAKAUER, on )
behalf of a class of )
persons, )
        Plaintiff, )
                )
  vs. ) Case No.: 14-CV-333
                )
DISH NETWORK, )
       Defendant. )
_____)

VIDEOTAPED DEPOSITION OF DAVID HILL
San Ramon, California
Friday, October 10, 2014

BY: HEIDI BELTON, CSR, RPR, CRR, CCRR, CLR
CSR LICENSE NO. 12885
JOB NO. 83910

1  Q  And how about the federal Do Not Call
2  list?  Is that somehow infused into the software
3  also?
4  A  I don't understand "infused into the
5  software."
6  Q  Well, do you -- does your software provide
7  a mechanism where if there's a number that comes up
8  that's on the federal Do Not Call list, that number
9  won't be called?
10  A  That responsibility is up to the
11  customer's --
12  Q  That's the customer?
13  A  -- Five9's customer's responsibility.
14  Q  All right.  Who actually makes the calls,
15  then, the customer or Five9?  Who initiates the
16  phone calls?
17  A  The customer.
18  Q  And the customer would have their own
19  phone system to do that?
20  A  I don't understand.  When you say "their
21  own phone system to do that," can you clarify?
22  Q  Well, I mean, they're the ones, to use a
23  colloquial term, dialing the calls, the customer?
24  A  Yes, right.
25  Q  And so Five9 -- is it accurate to say that

1  Five9 doesn't really provide a phone system for its
2  customers; it provides more of a software system or
3  platform for their calls to be connected and made?
4      A   Yes, I believe that's accurate.  It's a
5  software system.
6      Q   I represent DISH Network, Mr. Hill.  Have
7  you ever had any contact with DISH Network from a
8  business perspective?
9      A   I don't believe so.
10     Q   Are you aware of any contract that Five9
11 might have with DISH Network for the provision of
12 any types of services?
13     A   I'm not aware of one.
14     Q   Do you know if Five9 has any customers who
15 are DISH Network retailers?
16     A   I'm not aware of any.
17     Q   Have you heard of a company called
18 Satellite Systems Network?
19     A   Yes.
20     Q   And tell me what you've heard about that
21 company.
22     A   Only what I have read in preparation for
23 this deposition.  Reviewing their contract.
24     Q   Their contract with Five9?
25     A   That is correct.

1  Security -- I'm sorry -- to Satellite Systems?
2      A    Based on Addendum B, the front page of
3  this document, it looks like we have -- they have
4  contracted for 12 outbound licenses.
5      Q    And what is an outbound license?
6      A    A license is a subscription to use our
7  services, our software.  "Outbound," meaning the --
8  they would be dialing outbound, as opposed to an
9  inbound.
10     Q    And VCC means what?
11     A    Virtual contact center.
12     Q    And, I'm sorry, did you -- did you say
13 they would be -- have licenses to use the Five9
14 dialer?  Is that what you said?
15     A    I said they would have licenses to have
16 access to our services; to our software, our VCC.
17     Q    All right.  Does Five9 have a quote,
18 unquote, "dialer"?
19     A    Dialer, I think, is a generic term.
20 Personally I don't -- I don't think of our service
21 as a dialer.  I personally think of our service as a
22 software provider.  We provide them access to our
23 service.  Through that service they can receive and
24 make phone calls.
25     Q    And how does -- I'm going to call them SSN

1  A   That is correct.
2  Q   And "rate"?
3  A   Rate represents the cost per -- usage cost
4  per minute.
5  Q   And then it looks like we take rate times
6  bill time to get cost; is that accurate?
7  A   Yes.  I believe that is correct.
8  Q   How about -- let's just look at the top
9  row, this number -- after cost there's "number 1"
10  and "number 2."  Do you see that?
11  A   I see that.
12  Q   So what do those columns mean?
13  A   So if you look at the first one, the
14  number listed in the column "number 1" is the same
15  number under the "DNIS" column, which is the dialed
16  number --
17  Q   Got it.
18  A   -- so it represents the number that was
19  called.
20  Q   And then what about the "number 2" over
21  there, for that same number we're talking about, the
22  very first one?
23  A   I believe that to be another number for
24  that particular person, as you see a name listed in
25  the further right-hand columns.  So another contact

1  number.
2      Q   And these numbers, number 1 and number 2
3  would be numbers that were input into the calling
4  system by SSN; right?
5      A   That is correct.
6      Q   So somehow they had an alternate phone
7  number for this first person here Kenitta?
8          MR. KELLY:  Objection; lack of foundation.
9  BY MR. ZALUD:
10     Q   K-E-N-I-T-T-A?
11     A   I believe that to be true.
12     Q   And then we go further down -- further
13 along the columns there's more information about the
14 party that's being called; right?  The street
15 address of the person being called; right?
16         MR. KELLY:  Objection; lack of foundation.
17         THE WITNESS:  Yes, I see street address,
18 city, and state.
19         MR. ZALUD:  How is there lack of
20 foundation on that?
21         MR. KELLY:  Because I think his testimony
22 is that Five9 does not input that information.
23 That's information put in there by SSN.  So he would
24 not know -- he would not have knowledge about
25 Kenitta -- how that information was put into the