# EXHIBIT 9

```
 1              UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF CALIFORNIA

 3

 4   _____

 5   DONACA,                  )

 6        Plaintiff,          )

 7     vs.                    ) No. 11-cv-02910-RBJ

 8   DISH NETWORK, LLC,       )

 9        Defendant.          )

10   _____)

11

12

13          VIDEOTAPED DEPOSITION OF BAHAR TEHRANCHI

14                    Irvine, California

15                  Monday, August 26, 2013

16                         Volume I

17

18

19

20   Reported by:

21   CAROL JEAN ZURBORG

22   CSR No. 7921

23   JOB No. 1708235A

24

25   PAGES 1 - 127
```

```
 1          Q   So in connection with this case, Five9's
 2   produced a series of call logs from the Satellite
 3   Systems Network account that I want to discuss with
 4   you.
 5              Can we go off the record, Eric?          10:54:02
 6              MR. ZALUD:  Sure.
 7              THE VIDEOGRAPHER:  We are off the record
 8   at 10:54.
 9              (Discussion Off the Record.)
10              THE VIDEOGRAPHER:  We are on the record  10:57:22
11   at 10:57.
12   BY MR. PARONICH:
13          Q   So, Ms. Tehranchi, as I mentioned, this
14   is a document that Five9 has produced in connection
15   with this case.  It is entitled "Satellite Systems  10:57:28
16   Network 2010-20100501-20100531."
17              And just to clarify, Satellite Systems
18   Network was using Five9 in 2010, correct?
19          A   That's correct.
20          Q   So my first question relates to column   10:57:51
21   D, which is labeled "ANI."
22          A   Uh-huh.
23          Q   Is that SSN's (800) number that we were
24   just discussing?
25          A   Yes.                                     10:58:03
```

Page 34

```
 1          Q    And that is (800) 375-8211?
 2          A    That's correct.
 3          Q    So does Satellite Systems Network
 4    purchase or lease that number from a company?
 5          A    No, it's our number.                    10:58:14
 6          Q    And how did -- I'm just interested in
 7    how did Satellite Systems Network acquire that
 8    number?
 9          A    We actually -- we have an IT person.
10    He -- he got the numbers for us.                   10:58:26
11          Q    Right.  And so he set all that up?
12          A    Yes.
13          Q    And how long has Satellite Systems
14    Network used this same (800) number?
15          A    From what I recall, I think six, seven  10:58:37
16    years.
17          Q    Okay.  And do they still use it today?
18          A    Yes.
19          Q    So I am going to navigate this hopefully
20    successfully.  We will be going to 69918.          10:59:01
21               So in that same column D, there's now
22    the number (949) 241-8026.
23          A    Uh-huh.
24          Q    Was that -- excuse me.  Was that a -- is
25    that also a Satellite Systems Network number?      11:00:26
```

```
 1          A    Yes.
 2          Q    Okay.  And is it similar to the (800)
 3   number, where the IT individual secured that --
 4          A    Yes.
 5          Q    -- as another number?                    11:00:34
 6               And is that -- do you recall how long
 7   Satellite Systems Network has used that number?
 8          A    The same, I think, six, seven years.
 9          Q    Okay.
10          A    Yeah.                                    11:00:43
11          Q    And do they still use it today?
12          A    Yes.
13          Q    Okay.  So in this -- on 6 -- 69918, in
14   column F it says "Charter," and -- under "Campaign."
15   Can you explain what the Charter campaign was?       11:00:59
16          A    I -- I believe that was I purchased data
17   for cable company Charter, because they were
18   charging a lot more, and DISH was much better in
19   pricing.
20          Q    Right.                                   11:01:18
21          A    So that was the data.
22          Q    I see.
23               And so when you say you purchased
24   Charter data, do you mean current customers of
25   Charter to try to get them to switch to DISH?        11:01:25
```

```
 1         A    I think from Mr. Mills maybe twice or
 2    three times.
 3         Q    So we know this one was for $2500.
 4         A    Yes.
 5         Q    Do you recall how much the other ones    11:17:46
 6    were for?
 7         A    I believe maybe like once for 3,000.
 8         Q    And then maybe there was another one,
 9    but it would have been around that same year?
10         A    Around the same year.                   11:18:01
11         Q    What -- so what did Satellite Systems
12    Network do with the money?
13         A    Well, we asked for inbound calls, to do
14    inbound.
15         Q    Okay.  Do you recall who Satellite      11:18:16
16    Systems used for inbound?
17         A    Yes.
18         Q    Who?
19         A    Exclaim Marketing.
20         Q    And could you explain to me how the     11:18:25
21    Exclaim Marketing inbound calls would work?
22         A    Well, they had ads on the radio
23    nationwide, and they would get the calls and send it
24    to our number, to our office.
25         Q    Okay.  And then did Satellite Systems   11:18:40
```

Veritext National Deposition & Litigation Services
877-955-3855

```
 1   Network give Exclaim like some kind of parameters,
 2   "These are the kind" -- excuse me, "These are the
 3   kind of prospects we're looking for"?
 4        A    No.
 5        Q    Okay.  So they -- so I'm just confused      11:18:52
 6   as you do the radio marketing.
 7        A    I didn't do it.  Exclaim Marketing was
 8   doing the radio marketing.
 9        Q    Okay.  Yeah.  So what I am trying to
10   figure out is Exclaim does the marketing.  I'm        11:19:03
11   interested; I call.  What does Exclaim ask me?
12        A    Exclaim talks about satellite --
13        Q    Uh-huh.
14        A    -- and then sends the call to us.
15        Q    Okay.  And so was Exclaim just making       11:19:13
16   sure the individual was interested in satellite
17   television?
18        A    Yes.
19        Q    And then Satellite Systems tries to
20   close the sale?                                       11:19:22
21        A    Yes.
22        Q    Okay.  Does -- does Satellite Systems
23   still do any inbound?
24        A    No.
25        Q    Okay.  Were all the checks that             11:19:35
```

Veritext National Deposition & Litigation Services
877-955-3855

```
 1  Mr. Mills for support, or was that something
 2  Satellite Systems Network came up with?
 3       A    She said that "We might be able to give
 4  you support."
 5       Q    So just a moment ago you mentioned that    11:20:54
 6  Satellite Systems Network was doing outbound, and
 7  you said using customers -- companies DISH Network
 8  told you about.  Can you explain that?
 9       A    Like we -- like there are companies that
10  they allow you to buy data from.                      11:21:08
11       Q    I see.
12            And those are the companies that
13  Satellite Systems Network bought data from?
14       A    Yes.
15       Q    And we talked about Jeff Rogers earlier.   11:21:16
16  Was he one of them?
17       A    No.
18       Q    Okay.  What were the companies that --
19       A    I think, from what I recall, like
20  Consumer Base is one of them that I bought data      11:21:25
21  from.
22       Q    Is Red Rhino one of them?
23       A    Red Rhino is inbound that I worked with.
24       Q    Okay.  Did Red Rhino do the same as --
25  same thing as Exclaim?                                11:21:38
```

```
 1          A    Yes.
 2               MR. PARONICH:  134 please.
 3               THE REPORTER:  It will be 135.
 4               MR. PARONICH:  It's 135?  Okay.
 5               (Deposition Exhibit 135 was marked for    11:22:03
 6        identification by the court reporter.)
 7               MR. SAMINI:  Can we go off the record
 8   for a second?
 9               MR. PARONICH:  Sure.
10               THE VIDEOGRAPHER:  We are off the record  11:22:20
11   at 11:22.
12               (Discussion Off the Record.)
13               THE VIDEOGRAPHER:  We are on the record
14   at 11:22.
15   BY MR. PARONICH:                                     11:22:48
16        Q    Okay.  Ms. Tehranchi, this document
17   that's been marked as Exhibit 135 is a subpoena that
18   was served on Satellite Systems Network in
19   connection with this case.
20               Did Satellite Systems Network gather     11:22:59
21   documents after receiving the subpoena?
22        A    Yes.
23        Q    And did Satellite Systems Network
24   produce those documents to its attorney?
25        A    Yes.                                       11:23:10
```

Page 56