# EXHIBIT 11

1                    ANYA VERKHOVSKAYA

2          IN THE UNITED STATES DISTRICT COURT

3              FOR THE MIDDLE DISTRICT OF

4                    NORTH CAROLINA

5    ----------------------------------------------------------

6    THOMAS H. KRAKAUER, on behalf of
     a class of persons,
7

8                   Plaintiff,          CIVIL ACTION NO.
                                        14-CV-333
9
        -vs-                            JUDGE CATHERINE C.
10                                      EAGLES

11   DISH NETWORK, L.L.C.,              MAGISTRATE JUDGE
                                        JOI E. PEAKE
12
                    Defendant.
13   ----------------------------------------------------------

14

15

16              Examination of ANYA VERKHOVSKAYA, taken at

17   the instance of the Defendant, under and pursuant to the

18   Federal Rules of Civil Procedure, before DANNIELLE K.

19   COPELAND, Registered Merit Reporter, Certified Realtime

20   Reporter and Notary Public in and for the State of

21   Wisconsin, at A.B. Data, 600 A.B. Data Drive, Glendale,

22   Wisconsin, on March 6, 2015, commencing at 9:29 a.m. and

23   concluding at 2:00 p.m.

24

25   Job No. 90298

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 2 of 33

1                    ANYA VERKHOVSKAYA

2    A    I am not clear what you mean by "identify," but we

3         have been asked as part of our data analysis to

4         analyze and redact records that were clearly

5         identified as existing business relationship

6         records.

7    Q    And could you tell me what an existing business

8         relationship is in -- based upon your work in

9         those cases?

10   A    I can only tell you how the data was flagged.

11   Q    That would be fine.  Go ahead.

12   A    And it is different in each case.  In this

13        particular case, the data was flagged as "DISH

14        customer," which indicated existing business

15        relationship.

16   Q    And I'll -- I'll get to that.  Do you remember any

17        other ways you've -- have you -- in your other

18        work in pre-certification phases for plaintiff's

19        counsel, have you had other parameters by which

20        you would identify existing business

21        relationships; do you remember any of those?

22   A    Other than data analysis parameters?

23   Q    Yeah, what would -- would there be some data

24        analysis parameters -- data analysis parameters

25        you've used before?

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 3 of 33

1                    ANYA VERKHOVSKAYA

2          there.

3    A    We did not do that comparison.  We were not asked

4          to do that comparison so I don't know.

5    Q    So some may have informed SSN only, some may have

6          informed DISH only, some may have informed both?

7    A    I --

8    Q    You don't know?

9    A    Correct, I don't know.

10   Q    And what did they tell SSN?

11   A    I don't know.

12   Q    Well, how did you, then, determine that they had

13         told SSN they didn't want to be called?

14   A    SSN's data indicated that those individuals asked

15         to be on the do-not-call list.

16   Q    Okay.  That's from the data you received from

17         plaintiff's counsel that is labeled "SSN," right?

18   A    It is labeled differently.  It is labeled -- it

19         has three files:  one called, DISH Retailer DNC

20         List 2010 and Older;

21         Echostar_Internal_Upto_20101231; and the third

22         file, Echostar_Retailer_Upto_20101231.

23   Q    And what are those -- what are those -- what are

24         those files?  What do those contain?

25   A    Those three files contain Dish's internal

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 4 of 33

1                          ANYA VERKHOVSKAYA

2    Q    And what about -- same question for Nexxa:  Are

3         they -- you say maximum accuracy and reliability,

4         is there a way to measure that with regard to

5         Nexxa's services?

6    A    We do not test, at least have not yet tested

7         Nexxa's database.

8    Q    And why is that?

9    A    Because we don't use them as often as we use

10        LexisNexis.

11   Q    And why do you use LexisNexis more often than

12        Nexxa?

13   A    The services that LexisNexis provides are in more

14        need.

15   Q    You end up needing those services more?

16   A    Correct.

17   Q    In any of the cases which you've worked with

18        LexisNexis or Nexxa, has a court made some ruling

19        and accepted their services as being reliable and

20        accurate; do you know?

21   A    Well, there are hundreds of cases where LexisNexis

22        databases were used where the courts approved

23        notice programs that included those services.

24   Q    For post-certification class administration?

25   A    That's correct.

ANYA VERKHOVSKAYA

1

2  A   This is a layout of files listed on Page 7 and 8

3      of Satellite System Networks.  And could I correct

4      a mistake that I made earlier in the deposition?

5  Q   I could never deny that, so go right ahead.

6  A   Thank you.  Now, after looking at the records, I

7      realize that I made a mistake, and the SSN

8      do-not-call list is a part of the disposition

9      field in the Satellite System Network call logs.

10 Q   So for example, on Page -- the first page of

11     Exhibit 4, the third phone number listed under

12     disposition, there's a note that says "do not

13     call"?

14 A   That is correct.

15 Q   And so you were -- you're telling us now that that

16     is how -- tell me if I'm saying this correctly --

17     that is how you went about -- and your team, you

18     and your team went about determining people who

19     had told --

20 A   Asked --

21 Q   -- who had asked SSN not to call them again?

22 A   That's correct.

23 Q   As opposed to what you had testified to earlier?

24 A   Yes.  I made a mistake, and the other three files

25     actually represent Dish's do-not-call list.

1                    ANYA VERKHOVSKAYA

2  Q   All right.  You said you had kind of went about

3      some discussions about how to interpret or -- or

4      focus on certain of these fields?

5  A   Yes.

6  Q   Could you explain that to me?

7  A   Absolutely.  So the field "Date" represents the

8      date of the phone call.  That's the field that we

9      looked at.  Field "Time" we did not analyze or

10     look at.  Field "DNIS" is the actual field that

11     you cannot see on this particular printout due to

12     the size of the field, but that's the field that

13     contains a list of phone numbers that were called,

14     and you can see it on -- actually, Pages 2 and on.

15 Q   The complete phone number that was --

16 A   The complete --

17 Q   -- called?

18 A   That's correct.  "ANI" is the field that we did

19     not analyze.  The "Call Type" was a field, and one

20     of the queries that we ran was inbound versus

21     outbound calls.  All inbound calls were redacted.

22     "Duration" is another query that we ran, and all

23     durations of zero hours, minutes and seconds were

24     redacted.

25 Q   Why is that?

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 7 of 33

1                    ANYA VERKHOVSKAYA

2    A    We were instructed by plaintiff's counsel that

3         those calls represent what we designed in my

4         report as unconnected -- nonconnected calls.

5    Q    Got it.

6    A    "Hold Time" and "Handle Time" we did not pay

7         attention to.  "Disposition" was analyzed as

8         outlined on Page 8 of my report.

9    Q    Which I'll get into more detail with you.  Go

10        ahead.

11   A    Campaign, Agent, Skill, Rate, Bill Time, number1,

12        2, 3, those are not the fields that we paid

13        attention to.

14   Q    All right.

15   A    And first_name, last_name, city, state, zip was

16        loaded into our system where available.

17   Q    All right.  So those are the fields that you

18        focused on analyzing?

19   A    That's correct.

20   Q    And how do you know what the names of these fields

21        mean?

22   A    We had conversations with plaintiff's counsel

23        where those fields were discussed.

24   Q    So the plaintiff's counsel told you what those

25        fields meant?

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 8 of 33

1          ANYA VERKHOVSKAYA

2  Q   Okay.  Then you have a notation at the bottom,

3      "Call Type and/or Campaign: Inbound."  Do you see

4      that at the bottom there?

5  A   Yes.

6  Q   What does that mean?

7  A   There were two call type campaigns, outbound and

8      inbound.  We redacted all inbound calls.

9  Q   Okay.  What does "Campaign: Inbound" mean?  Is

10     that -- it was listed under the campaign field; is

11     that what that means?

12 A   It was listed under call type --

13 Q   Right, I see -- I see that column, yes.

14 A   And sometime -- sometimes it was listed in the

15     campaign field as well, and those usually

16     correlated to one another.

17 Q   I see.

18 A   So if one was inbound, another one was inbound as

19     well, and that means that the phone calls were

20     received and not made.

21 Q   Okay.  And so I guess to distill it, anytime you

22     saw the word "inbound" on either of those fields,

23     you would eliminate that call?

24 A   That's correct.

25 Q   And did you cross-reference the calls -- those

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 9 of 33

1                    ANYA VERKHOVSKAYA

2        calls, did you eliminate it with any other calls

3        or anything?

4     A  No.

5     Q  Do you know what was said on any of those calls?

6     A  No.

7     Q  So on top of Page 9 -- well, let -- I'm sorry,

8        let's start with the bottom of Page 8.

9               So you go through this calling process,

10       this extraction process, and you eliminate

11       1,431,197 calls; is that accurate to say?

12    A  Yes.

13    Q  And you were left with, at the top of Page 9,

14       230,121 remaining calls, which you define as the

15       connected calls?

16    A  Correct.

17    Q  Do we know if there was -- on this universe of

18       connected calls, do we know if there was an actual

19       conversation on any of these calls?

20    A  "We," meaning --

21    Q  You or me or --

22    A  Well, I don't know if you know, but I don't.

23    Q  Okay.  Right.  Why speculate on what I know?  But

24       you don't know if there was a conversation on any

25       of these calls?

                    ANYA VERKHOVSKAYA

1

2          MR. ZALUD:  Pass that down to Patrick,

3     please.

4               (Exhibit No. 5 was marked.)

5          MR. ZALUD:  One for you.

6          THE WITNESS:  Thank you.

7    BY MR. ZALUD:

8    Q    So I'm handing you Exhibit 5, I believe it is.

9    A    Yes.

10   Q    And I will tell you what I believe it to be.  It's

11        some corrections on some of the numbers that

12        your -- that the plaintiff's lawyer sent to me

13        yesterday, and they're highlighted in yellow, so

14        if that helps you, that's an easy way to find any

15        numbers that have changed.

16   A    Thank you.  And those were my errors, and I

17        apologize for that.

18   Q    No problem.  I don't think we've gotten any

19        numbers that were revised yet.

20   A    Correct.

21   Q    So you mentioned this is where Nexxa came in.

22        What did Nexxa do?

23   A    Nexxa is a data provider that facilitates our

24        access to National Do Not Call Registry to flag

25        phone numbers within a certain period of time as

1       ANYA VERKHOVSKAYA

2       to be on the do-not-call registry list.

3   Q   And how do they know which numbers are -- how does

4       Nexxa know which numbers are on the do- --

5       do-not-call list at a particular date, like April

6       1st, 2010, for example?

7   A   Nexxa doesn't.  Nexxa just facilitates A.B. Data's

8       access to the National Do Not Call Registry.

9   Q   For that particular timeframe?

10  A   For any particular timeframe.  In this particular

11      case, it was April 1st, 2010.

12  Q   Okay.  So they're essentially a portal to the

13      national DNC --

14  A   For us --

15  Q   -- registry?

16  A   Correct.

17  Q   And then A.B. Data checks to see which numbers

18      were on the DNC list at -- during that particular

19      time period?

20  A   That's correct.

21  Q   So Nexxa didn't really do anything, then?

22          MR. MUENCH:  Object to form.

23          THE WITNESS:  Well, from our

24      perspective, they facilitated our access.

25  BY MR. ZALUD:

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 12 of 33

1           ANYA VERKHOVSKAYA

2   Q   All right. Tell me how the number 23,625 unique

3       telephone numbers, why is that less than the

4       number 66,448? How do they relate to each other:

5       66,448 calls and 23,625 unique telephone numbers?

6   A   Unique telephone numbers are the telephone numbers

7       that were listed just once. We count them once;

8       however, many of those calls -- many of those

9       phone numbers receive multiple calls.

10  Q   So some of these 23,62- -- 625 unique phone

11      numbers got more than one call?

12  A   That's correct.

13  Q   Let's take one of those as an example, some number

14      that got more than one call. What if on the first

15      call they got they said, hey, could you give me a

16      call back tomorrow, and so then Satellite Systems

17      calls them back tomorrow, that would be -- that

18      number would still be in your universe of 58,151

19      calls, right?

20  A   Hold on one second. That's a possibility.

21  Q   Okay. And if that happened and SSN was asked to

22      call back by the person and they did, that second

23      call wouldn't have violated any do-not-call

24      policy, right, because they asked to be called

25      back?

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 13 of 33

1                 ANYA VERKHOVSKAYA

2   A   I am not going to comment on the policy; however,

3       your scenario does not really fit this paragraph

4       because we already determined that these records

5       received more than one call.

6   Q   Right.

7   A   More than two calls.

8   Q   Right.

9   A   Right?

10  Q   Uh-huh.  So on the first call to a particular

11      unique number, the live person who gets the call

12      says, I think I might be interested, can you call

13      me back tomorrow?  And then on the second call,

14      SSN complies with that request and calls that

15      person back just like they asked.  That second

16      call would be part of the 66,448 calls, right?

17  A   Yes, correct -- that's correct.

18  Q   And if that person had asked to be called back,

19      that second call wouldn't violate any do-not-call

20      policy, right?

21  A   I can't --

22          MR. MUENCH:  Objection to the extent it

23      calls for a legal conclusion.

24          THE WITNESS:  -- comment to that.

25  BY MR. ZALUD:

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 14 of 33

ANYA VERKHOVSKAYA

1

2  Q  All right.  That's a legal --

3  A  That's correct.

4  Q  -- conclusion?

5  A  Right.

6  Q  And that could have happened, that exact scenario

7     that I just described could have happened on any

8     of the second calls in this universe, right?  We

9     don't know.

10  A  Correct.

11  Q  It's possible, right?

12  A  It is.

13  Q  How would we find that out, do you think?

14  A  I wouldn't be able to find that out.

15  Q  I mean, we've got these call logs, I guess, right?

16     That's part of the data we have, right?

17  A  That's correct.

18  Q  I mean, we could check with the people who were on

19     each of those calls, I guess, right, see if they

20     remember what was said, right --

21          MR. MUENCH:  Object to the form.

22  BY MR. ZALUD:

23  Q  -- that would be one way to do it?

24  A  I -- that's not the way that A.B. Data would or

25     could do it, but I don't know how --

1               ANYA VERKHOVSKAYA

2    Q    But just if we're after the facts of what

3         happened, independently whether allowed -- we're

4         allowed to or not, that would be one way to get at

5         the facts of what happened, right?

6    A    Correct.

7    Q    At the bottom of Page 9 -- I'm moving on in your

8         methodology.  It looks like you -- you further

9         sought to narrow the number of calls, right?

10   A    That's correct.

11   Q    And how did you go about doing that?  Are you

12        looking at both to make sure the numbers are

13        correct?

14   A    Yes, and I'm seeing two Page 10s and then two Page

15        12s.

16   Q    You're looking at the corrected version, so --

17   A    Right, so --

18   Q    -- the corrected version just has different

19        numbers, so why don't we just look at the first

20        version first, whatever's easiest for you.

21   A    Okay.  I see.  All right.

22   Q    All right.  Good.  So -- so what was your next

23        step in the process?

24   A    So the next step, after we identified 23,625

25        unique phone numbers, we redact a disposition

1                    ANYA VERKHOVSKAYA

2          business according to the source data, so

3          according to the call logs received from SSN.

4    Q     All right.

5    A     And we identified 1,275 unique telephone numbers

6          as being business-identified telephone records in

7          the disposition field from the SSN records.

8    Q     Is it possible that other numbers in these call

9          logs were actually business numbers but that fact

10         didn't make it into the disposition column?

11   A     Yes.

12   Q     I mean, you don't really know how this data got

13         input into these call logs, right?

14   A     Correct.  And to address that, we coordinated

15         additional attempts of potential additional

16         business numbers through LexisNexis and identified

17         another 118 records as business telephone numbers

18         during that timeframe.

19   Q     What data did you send to LexisNexis?

20   A     We send the data from a few steps prior to this.

21         The data that was send to LexisNexis was a little

22         bit overinclusive because we didn't have a lot of

23         time.  We needed to move very quickly, so --

24   Q     I'm sorry, go ahead.

25   A     The most important result is that we were able to

1                        ANYA VERKHOVSKAYA

2          identify 118 additional records as business --

3   Q     And you've --

4   A     -- phone numbers.

5   Q     -- already produced to us what -- what data you

6          sent to LexisNexis, right?

7   A     That's correct.

8   Q     And you've produced to us what -- what results

9          they sent back to you, right?

10  A     That's correct.

11  Q     But you haven't necessarily produced all the

12         e-mail communications between A.B. Data and

13         LexisNexis?

14  A     Well, the way we work with LexisNexis is different

15         than, let's say, Nexxa.  With LexisNexis we rarely

16         communicate by e-mail.  We upload the data

17         throughout their portal, and we receive the

18         results back through their portal.

19  Q     All right.  Are there any documents guaranteeing

20         or warranting from LexisNexis that they'd located

21         every single business number from this universe of

22         connected calls?

23  A     No.

24  Q     Are there any documents where LexisNexis gives any

25         kind of disclaimer about the accuracy of their

ANYA VERKHOVSKAYA

```
1
2         processes?
3    A    No.
4    Q    So they don't warrant or guarantee the accuracy of
5         their processes, nor do they give any disclaimers?
6    A    Correct.
7    Q    Do you know how they went about determining which
8         numbers were business numbers?
9    A    They ran it against their database of billions of
10        records and utilized their proprietary linking
11        methodology, as represented by them.
12   Q    And did A.B. Data test or corroborate LexisNexis'
13        results in any way?
14   A    No.
15   Q    Did any third party test or corroborate
16        LexisNexis' results in any way?
17   A    No.
18   Q    Why don't you keep handy the call logs and the
19        report and the revised report, okay?
20             MR. ZALUD:  Pass that over to Patrick.
21             MR. MUENCH:  Thank you.
22             (Exhibit No. 6 was marked.)
23   BY MR. ZALUD:
24   Q    Ms. Verkhovskaya, I've handed you what we've
25        marked as Exhibit 6, and it was produced to us and
```

1                    ANYA VERKHOVSKAYA

2    A    Correct.

3    Q    All right.  I just have a couple questions about

4         some of the data fields, not all of them, but

5         about the one, two, three, four, five, sixth

6         column over, "current_cell, Capital Y, Capital N."

7         Do you see that one?

8    A    Um-hum.

9    Q    Could you give me a "yes," please?

10   A    Yes.  I'm sorry.

11   Q    Thank you.  That's okay.  Do you know what that

12        column means?

13   A    For this particular case, we did not analyze that

14        column.

15   Q    I see.  Okay.  Do you know what it means anyway,

16        or no?

17   A    Yeah, on this particular output, no.  On the

18        number -- it is my assumption that it means

19        whether a cell -- whether a particular number was

20        a cell phone or not, but I did not analyze that

21        field at all.

22   Q    In your work on this case, whether a number was a

23        residential landline or a wireless cell phone?

24   A    Correct.

25   Q    That was not part of your project?

1                    ANYA VERKHOVSKAYA

2    A    That's correct.

3    Q    All right.  How about the next one?  I'm not going

4         to ask you about every single one, but the next

5         one --

6    A    Sure.

7    Q    -- "phone type code."  Do you know what that

8         means?

9    A    It's another field that is an automatic append

10        through LexisNexis, and we did not analyze it for

11        this particular case.

12   Q    All right.  So I -- I think I understand that, so

13        this is in -- this is kind of a standard format --

14   A    Standard form.

15   Q    -- that they send out, and some of these columns

16        you look at depending on what your assignment is?

17   A    That's correct.

18   Q    All right.  And then there's a column "Listed

19        Name" right, the very next column?

20   A    That's correct.

21   Q    And -- and then right next to "Listed Name"

22        there's "Phone One" and "Carrier Name," right?

23   A    That's correct.

24   Q    So how do those three columns relate to each

25        other?

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 21 of 33

1                    ANYA VERKHOVSKAYA

2   Q   But they've told you they can't do it all the

3       time?

4   A   That's correct.

5   Q   Are there other vend- -- competing vendors out

6       there to what services LexisNexis provides?

7   A   Yes.

8   Q   What are -- which ones are those?

9   A   Experian, certain services provided by LexisNexis

10      provided also by Nexxa, MicroBuild and dozens of

11      other data vendors out there.

12  Q   And why did you choose LexisNexis for -- over

13      those other vendors for this project?

14  A   They have the largest data set with the most

15      unique linking methodology.

16  Q   Let's get back to your report, a couple more

17      questions on your report.  On Page 10 you talk

18      about the next step in your process where you

19      identified some numbers as being associated with

20      DISH customers; is that accurate?

21  A   Yes, it is.

22  Q   And how did you go about identifying those --

23      those numbers?

24  A   It was a disposition-based query based on call

25      records provided by SSN.

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 22 of 33

1                      ANYA VERKHOVSKAYA

2    A    I can only rely on the data provided to me in the

3         report -- in the call logs.

4    Q    So if some of these other calls were to DISH

5         customers but the agent didn't input it into this

6         call log, there would be no way for A.B. Data to

7         tell if those numbers were for DISH customers?

8    A    I don't know whether it's agent input or automatic

9         import.  I'm not aware of how that data got into

10        those call logs.

11   Q    So the only way you can catch -- or the only way

12        you can identify DISH customers just by looking

13        here, there might be others out there, but you

14        wouldn't be able to catch them from the

15        information you have before you?

16   A    That's correct.

17   Q    It's possible that a lot more of these numbers are

18        for DISH customers, right?

19   A    I wouldn't know, but it's a possibility.

20   Q    Is there any type of methodology you had in -- in

21        compiling your report or can -- you be able to

22        devise that would guarantee that all DISH

23        customers were identified out of these connected

24        calls?

25   A    No.

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 23 of 33

```
 1                    ANYA VERKHOVSKAYA

 2   A    Yes.

 3   Q    You didn't go ahead and cross-check that to see if

 4        any of the numbers were on both lists?

 5   A    That's correct.

 6   Q    And is it fair to say, for those three bullet

 7        points of those -- at the bottom of Page 11,

 8        the -- I'll call them the DISH do-not-call lists,

 9        you don't really know how that information was

10        arrived at, it was just presented to you, right?

11   A    That's correct.

12   Q    And for the DISH -- DISH do-not-call numbers, you

13        called them the IDNC connected calls; is that

14        right?

15   A    Correct.

16   Q    You went through a similar analysis as to which

17        ones were business numbers?

18   A    That's correct.

19   Q    And a similar analysis as to numbers receiving

20        more than one call, right?

21   A    That's correct.

22   Q    Okay.

23   A    That were 30 days or more --

24   Q    Right.

25   A    -- prior to --
```

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 24 of 33

1                    ANYA VERKHOVSKAYA

2    Q    I'm on to Page 13 now, 13B.  Are you there?

3    A    Yes, I am.

4    Q    So is it accurate to -- and this talks about --

5         this is a section of your report that talks about

6         persons who were called that requested being

7         placed on SSN's intern- -- internal do-not-call

8         database, correct?

9    A    That is correct.

10   Q    And how did you go about locating -- or

11        identifying those persons?

12   A    It is a disposition-based report --

13   Q    I'm sorry, I didn't understand that.

14   A    In the call logs of Exhibit 4 --

15   Q    All right.

16   A    -- there is a disposition do-not-call or DNC, so

17        that report is disposition-based based on the data

18        provided in the call log.

19   Q    All right.  So there wasn't a list?

20   A    Correct.  Excuse me.

21   Q    Sure.

22   A    Excuse me.

23                 MR. MUENCH:  Bless you.

24                 THE WITNESS:  Thank you.

25                 MR. ZALUD:  Bless you.

1                    ANYA VERKHOVSKAYA

2    BY MR. ZALUD:

3    Q    And an example of what you're talking about would

4         be on the very first page of Exhibit 4 under

5         disposition, the one, two -- third one down, is

6         that -- am I correct there?  It says,

7         "Disposition, do not call"?

8    A    That's correct.

9    Q    And you -- you or your team interpreted that to

10        mean, please place me on your internal do-not-call

11        list?

12   A    We did not make that interpretation.  Plaintiff's

13        counsel represented to us that that's what it

14        meant.

15   Q    All right.  You didn't, for instance, check with

16        anyone from Satellite Systems Network to inquire

17        as to what they meant by that notation?

18   A    That's correct.

19   Q    And was -- was it conveyed to you from plaintiff's

20        counsel that they had checked with someone from

21        Satellite Systems who had told them that that's

22        what Satellite Systems meant?

23   A    No.

24   Q    At 4 -- Page 14, the last paragraph, there was

25        some incomplete information, I guess, so you

1                    ANYA VERKHOVSKAYA

2       submitted some additional information to

3       LexisNexis?

4    A  That's correct.

5    Q  Could you explain what -- what you mean by that?

6    A  Some of the call logs did not have a name and an

7       address associated with the phone number.  We

8       submitted that information to LexisNexis and asked

9       them to reverse append historic information of who

10      was the subscriber of that phone number and what

11      the address of that individual was during the

12      timeframe in question.

13   Q  Okay.  So they went back and looked at some

14      comparative historical data that they had?

15   A  That's correct.

16   Q  And do you know how many addresses they were able

17      to find?

18   A  I did not run the address count.

19   Q  Did they guarantee or warrant the accuracy of that

20      work in any way?

21   A  No.

22   Q  And was that -- did anyone at A.B. Data

23      corroborate or -- or verify any of that work?

24   A  No.

25   Q  Were there e-mails exchanged related to that work?

1                    ANYA VERKHOVSKAYA

2  Q    Other than what we've already talked about?

3  A    Not that I can think of.

4  Q    Couple questions about a couple of these columns.

5       It says "No. 1" and "No. 2," do you know what that

6       means?  And it's probably better to look at the

7       second page because it's got the full numbers.  Do

8       you see where I'm talking about?  It's over to the

9       right-hand side.

10 A    Yes, I do, and I believe we discussed that earlier

11      as well, and we were instructed not to look at

12      those two fields.

13 Q    Well, let's -- let's just look at the very first

14      number on the page we're all looking at.  The DNIS

15      is 4432 -- 4434294477, right?

16 A    Correct.

17 Q    And No. 1 in that column is the same number,

18      right?

19 A    Correct.

20 Q    Is it possible that No. 1 is the principal line

21      and No. 2 is some other line, like a cell number

22      or a business number or a home number or another

23      family member's number?

24           MR. MUENCH:  Object to form.

25           THE WITNESS:  It is a possibility.

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 28 of 33

1                    ANYA VERKHOVSKAYA

2    BY MR. ZALUD:

3    Q    What if someone called -- what if some SSN agent,

4         let's say James Duck, called the No. 1, the first

5         phone number, and they told him, hey, call me back

6         on this other number, No. 2?  Under your analysis,

7         that would be another unique phone number, right;

8         No. 2 would be?

9    A    Correct.

10   Q    But that would be a call where the person had

11        asked to be called back, right?

12   A    Well, in my analysis, there should have been more

13        than just one call to that number.

14   Q    Okay.  But -- okay, but -- but the second

15        number -- let me make sure I'm getting this right.

16        If the second number would have gotten a call,

17        that would have been a callback that was asked

18        for, right?

19   A    Correct, but it wouldn't appear on my analysis.

20   Q    It wouldn't appear because it didn't get two

21        calls?

22   A    Or more.

23   Q    Unless it did get two calls, right?

24   A    Or more, correct.

25   Q    Unless on conversation one, Mr. Valvano told James

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 29 of 33

1                    ANYA VERKHOVSKAYA

2        Duck, call me back but call me on this other

3        number, and James Duck called him back two or more

4        times on the other number, right?

5     A   Correct.

6     Q   Those would all be calls that Mr. Valvano asked to

7        be called back on, right?

8     A   In your scenario, hypothetically, yes.

9     Q   And so those would be calls that wouldn't violate

10        any do-not-call policy, right?

11                    MR. MUENCH:  Objection to the extent it

12        calls for a legal conclusion.

13                    THE WITNESS:  I can't comment on that.

14   BY MR. ZALUD:

15    Q   Well, if someone says, hey, call me back, I would

16        love it if you'd call me back, and they get a --

17        and they do get called back, does that, under your

18        understanding, violate any DNC policy?

19                    MR. MUENCH:  Same objection.

20                    THE WITNESS:  I can't comment on that.

21   BY MR. ZALUD:

22    Q   It's a legal conclusion, I guess, right?

23    A   That is correct.

24    Q   And did anyone, LexisNexis or Nexxa or A.B. Data,

25        analyze whether there was more than one person in

1                    ANYA VERKHOVSKAYA

2          a household with different phone numbers in a

3          particular household?

4     A    No, we did not.

5     Q    And do we know from these call logs whether the

6          name of the person -- like, let's just take the

7          first one on this page that we're all looking at,

8          same page, Kenitta Bourgesis, B-O-U-R-G-E-S-I-S,

9          do we know if she was the actual subscriber to

10         that phone number at the time of the call?

11                   MR. MUENCH:  Object to the form.

12                   THE WITNESS:  Based on Exhibit 4, we do

13         not.

14    BY MR. ZALUD:

15    Q    Is there any way we can find -- we would be able

16         to find that out?

17    A    LexisNexis provides subscriber information

18         service, historical append.

19    Q    Did they for this -- this project they worked on

20         for A.B. Data?

21    A    Yes.

22    Q    And did you analyze that?

23    A    Yes.

24    Q    And so every number that was called, it was called

25         to the subscriber of that line?

1                    ANYA VERKHOVSKAYA

2   A   No, we didn't analyze it that way.

3   Q   All right.  So there could be people who were

4       called that weren't a subscriber to that

5       particular line, right?

6   A   Correct.

7   Q   Did A.B. Data, in its analysis, look to see if a

8       number that was on the DISH do-not-call list was

9       ever reassigned between the time it was added to

10      the do-not-call list and the time the number was

11      called?

12  A   No, we did not.

13  Q   How about, then, the last column I'll ask you

14      about on this -- these call logs is the address,

15      so it looks like a typical street address for most

16      of these people over on the right-hand side,

17      right?

18  A   Correct.

19  Q   Do we know whether these addresses are associated

20      with these phone numbers or with these people?

21  A   It was represented to us that these addresses

22      associate -- are associated with the people listed

23      in column titled, "first, underscore, name" and

24      "last, underscore, name."

25  Q   You're not able to tell from this exhibit what was

1                    ANYA VERKHOVSKAYA

2    A    Yes.

3    Q    So 14 percent of the time, they get it wrong?

4              MR. MUENCH:  Object to form.

5              THE WITNESS:  I stated earlier that 14

6    percent, we call it the data is not accurate.

7              MR. ZALUD:  Okay.  I don't have any

8    further questions.  Thank you.

9              MR. MUENCH:  I'm done.

10             VIDEOGRAPHER:  Okay.  This is the end of

11   Disk 3 of the deposition of Anya Verkhovskaya.  We

12   are off the record at 1:59 p.m.

13             (Proceedings concluded at 2:00 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:14-cv-00333-CCE-JEP   Document 56-11   Filed 04/13/15   Page 33 of 33