# EXHIBIT 25

**EXAMPLES OF INDIVIDUALS WHO EXPRESSED INTEREST AND REQUESTED CALL BACK ON FIRST CALL**

| FIVE9 CALL LOG[1] | Date | Time | DNIS | ANI | Disposition | COMMENTS |
|---|---|---|---|---|---|---|
| SSN_20101201 | 12/6/2010 | 12:42:02 | ██████ | 8003758211 | Call Back | call back at 5:30 our time and speak with son eric. he will talk to her first and wants me to call back. ... |
| Identified by Plaintiff as putative class member: Doc. 48-2, pg. 84, Record 3779; and Doc. 48-4, pg. 60, Record 1448 | | | | | | |

| FIVE9 CALL LOG | Date | Time | DNIS | ... | COMMENTS |
|---|---|---|---|---|---|
| SSN_20101001 | 10/22/2010 | 10:26:04 | ██████ | | wife just had wisdom teeth pulled. c/b after 5 she said dave will be home. 2pm |
| SSN_20101001 | 10/22/2010 | 15:25:17 | ██████ | | ... he has no ide what he pays but wife does. they will discuss over weekend and call back. Warm |
| SSN_20101001 | 10/25/2010 | 16:00:25 | ██████ | | c/b tuesday at 10am. check to see if they're on contract. |
| SSN_20101001 | 10/25/2010 | 16:48:43 | ██████ | | ... |
| Identified by Plaintiff as putative class member: Doc. 48-2, pg. 55, Record 2104 | | | | | |

| FIVE9 CALL LOG | Date | Time | DNIS | ... | COMMENTS |
|---|---|---|---|---|---|
| SSN_20101201 | 12/10/2010 | 12:11:30 | ██████ | | ...she has direct tv and is not happy her husbend will be home in 2-3 hours. |
| SSN_20101201 | 12/10/2010 | 16:12:11 | ██████ | | ... He is only paying twenty bucks this month wants to do something next month. |
| SSN_20101201 | 12/13/2010 | 10:47:27 | ██████ | | |
| SSN_20110101 | 1/4/2011 | 9:27:44 | ██████ | | ...TT Derek @ 9.32am Still asleep went over everything and he wants a call back in two hrs still sleepy |
| SSN_20110101 | 1/4/2011 | 11:57:21 | ██████ | | ... |
| SSN_20110101 | 1/5/2011 | 12:56:15 | ██████ | | ... called wed01052011@12.56pm TT Lisa she failed credit and is looking for someone to put in there name. |

---

[1] This example was also an instance where the number dialed by SSN, which Plaintiff seeks to include in his putative class, was provided by the called party on an earlier call to a number that was not on the DNC Registry or IDNC List. (*See* EXHIBIT 24.)

| | | | | | |
|---|---|---|---|---|---|
| SSN_20110101 | 1/5/2011 | 15:17:36 | ■ | | |
| Identified by Plaintiff as putative class member: Doc. 48-2, pg. 57, Record 2238 | | | | | |

| FIVE9 CALL LOG | Date | Time | DNIS | ... | COMMENTS |
|---|---|---|---|---|---|
| SSN_20101001 | 10/14/2010 | 14:45:56 | ■ | | was in the dentist chair when i called. call back tomorrow |
| SSN_20101001 | 10/15/2010 | 15:23:43 | ■ | | ... |
| Identified by Plaintiff as putative class member: Doc. 48-4, pg. 52, Record 984 | | | | | |

| FIVE9 CALL LOG | Date | Time | DNIS | ... | COMMENTS |
|---|---|---|---|---|---|
| SSN_20100601 | 6/17/2010 | 10:10:12 | ■ | | spoke with wife who was very interested however husband calls the shots but she asked me to call them back... |
| SSN_20100601 | 6/18/2010 | 10:20:55 | ■ | | ... |
| SSN_20100601 | 6/18/2010 | 16:37:20 | ■ | | ... |
| SSN_20100601 | 6/28/2010 | 14:54:32 | ■ | | ... |
| SSN_20100601 | 6/30/2010 | 16:26:05 | ■ | | |
| SSN_20100701 | 7/15/2010 | 9:50:18 | ■ | | called me back from message |
| SSN_20100701 | 7/15/2010 | 9:56:56 | ■ | | |
| SSN_20100701 | 7/15/2010 | 9:57:21 | ■ | | |
| SSN_20100701 | 7/15/2010 | 10:44:36 | ■ | | |
| SSN_20100701 | 7/15/2010 | 10:23:47 | ■ | | ... |
| SSN_20100701 | 7/19/2010 | 10:05:07 | ■ | | |
| sSN_20100701 | 7/21/2010 | 10:18:28 | ■ | | ... |
| SSN_20100701 | 7/21/2010 | 15:07:15 | ■ | | ....called me back and didnt leave message on 7/15 spoke with wife again... wants to talk with husband and see if they want DVR or not. |
| SSN_20100701 | 7/26/2010 | 12:11:31 | ■ | | |
| SSN_20100701 | 7/26/2010 | 16:10:28 | ■ | | |
| SSN_20100801 | 8/5/2010 | 11:59:38 | ■ | | |
| SSN_20100801 | 8/31/2010 | 16:57:14 | ■ | | |
| SSN_20101001 | 10/6/2010 | 10:24:33 | ■ | | |
| Identified by Plaintiff as putative class member: Doc. 48-2, pg. 53, Record 2024; Doc. 48-4, pg. 50, Record 846; and Doc. 48-4, pg. 161, Record 89 | | | | | |

| Five9 Log: | Date | Time | DNIS | ... | COMMENTS |
|---|---|---|---|---|---|
| SSN_20100801 | 8/3/2010 | 17:00:07 | ▮ | | HOT! has directv, fed up with their pricing and service ... call back tomorrow at 4pm sharp after i send him email in writing today. |
| SSN_20100801 | 8/4/2010 | 16:05:36 | ▮ | | ... |
| SSN_20100801 | 8/4/2010 | 16:06:58 | ▮ | | |
| SSN_20100801 | 8/4/2010 | 16:07:14 | ▮ | | |
| SSN_20100801 | 8/4/2010 | 16:08:43 | ▮ | | ... |
| SSN_20100801 | 8/4/2010 | 17:05:26 | ▮ | | |
| SSN_20100801 | 8/4/2010 | 17:21:29 | ▮ | | ... |
| SSN_20100801 | 8/4/2010 | 17:36:23 | ▮ | | |
| SSN_20100801 | 8/5/2010 | 10:23:30 | ▮ | | ... almost had him signed except he called directv and they finally gave him a better offer... still a better price with us but he wants to wait a month and if directv changes anything or messes up again he will definitely give me a call. follow up in 2 months |
| SSN_20100801 | 8/20/2010 | 13:04:26 | ▮ | | |
| SSN_20100901 | 9/1/2010 | 11:02:58 | ▮ | | ... needs another week. definitely still interested though. talked to wife and said c/bv next week.9/5 |
| SSN_20101001 | 10/15/2010 | 11:04:20 | ▮ | | |
| **Identified by Plaintiff as putative class member: Doc. 48-2, pg. 96, Record 4488** | | | | | |

| FIVE9 CALL LOG | Date | Time | DNIS | ... | COMMENTS |
|---|---|---|---|---|---|
| SSN_20100801 | 8/24/2010 | 12:11:56 | ▮ | | ...wife handles the bills.... asked me to c/b in a week. |
| SSN_20100801 | 8/30/2010 | 14:29:08 | ▮ | | ...wife handles the bills.... asked me to c/b in a week. |
| SSN_20100801 | 8/30/2010 | 17:14:21 | ▮ | | ...wife handles the bills.... asked me to c/b in a week. |
| SSN_20100901 | 9/1/2010 | 10:04:56 | ▮ | | ...wife handles the bills.... asked me to c/b in a week. |
| **Identified by Plaintiff as putative class member: Doc. 48-2, pg. 32, Record 777; and Doc. 48-4, pg. 41, Record 297** | | | | | |

| FIVE9 CALL LOG | Date | Time | DNIS | ... | COMMENTS |
|---|---|---|---|---|---|
| SSN_20100901 | 9/13/2010 | 13:13:58 | ▇ | | ... she likes it but wants to talk to husband. call back at 4:30pm... |
| SSN_20100901 | 9/13/2010 | 16:57:45 | ▇ | | ... |
| SSN_20100901 | 9/29/2010 | 16:46:34 | ▇ | | |
| SSN_20110101 | 1/28/2011 | 14:41:10 | ▇ | | |
| SSN_20110101 | 1/31/2011 | 9:46:57 | ▇ | | |
| SSN_20110101 | 1/31/2011 | 13:06:26 | ▇ | | |
| Identified by Plaintiff as putative class member: Doc. 48-4, pg. 39, Record 175 | | | | | |

| FIVE9 CALL LOG | Date | Time | DNIS | ... | COMMENTS |
|---|---|---|---|---|---|
| SSN_20100801 | 8/4/2010 | 14:56:07 | ▇ | | had dish before but switched...unhappy with directv,...wants to cancel.... wants to think it over and asked me to call back next wed 8/11 at 3pm. |
| SSN_20100801 | 8/11/2010 | 16:12:34 | ▇ | | ... |
| SSN_20100801 | 8/12/2010 | 15:18:57 | ▇ | | ... |
| SSN_20100801 | 8/12/2010 | 15:50:07 | ▇ | | ... |
| SSN_20100801 | 8/13/2010 | 10:35:07 | ▇ | | ... |
| ... | | | | | |
| Identified by Plaintiff as putative class member: Doc. 48-4, pg. 42, Record 380 | | | | | |

| FIVE9 CALL LOG | Date | Time | DNIS | ... | COMMENTS |
|---|---|---|---|---|---|
| SSN_20100601 | 6/17/2010 | 10:41:21 | ▇ | | ... said he will look over his bill and i will call him back monday - really into planes |
| SSN_20100601 | 6/21/2010 | 11:12:42 | ▇ | | ... |
| SSN_20100601 | 6/24/2010 | 17:22:41 | ▇ | | ... |
| SSN_20100601 | 6/30/2010 | 15:54:17 | ▇ | | |
| SSN_20100701 | 7/21/2010 | 11:06:32 | ▇ | | ...7/21/10 - call him back in a week - doesnt know what he is paying |
| SSN_20100801 | 8/5/2010 | 12:04:41 | ▇ | | |
| SSN_20101001 | 10/6/2010 | 10:27:59 | ▇ | | |
| Identified by Plaintiff as putative class member: Doc. 48-2, pg. 25, Record 398 | | | | | |