IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| THOMAS H. KRAKAUER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14-CV-333 |
| | ) | |
| DISH NETWORK L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on a motion to strike filed by the plaintiff. (Doc. 96.) In view of the Court's decision on the motion for class certification, this motion will be denied as moot.

It is **ORDERED** that the motion to strike, (Doc. 96), is **DENIED**.

This the 9th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE