FILED: September 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-303
(1:14-cv-00333-CCE-JEP)

_____

DISH NETWORK, LLC

        Petitioner

v.

THOMAS H. KRAKAUER, on behalf of a class of persons

        Respondent

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Date Petition Filed: | 09/23/2015 |
| Petitioner(s) | Dish Network, LLC |
| Appellate Case Number | 15-303 |
| Case Manager | Karen Stump<br>804-916-2702 |