IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA

| | | |
|---|---|---|
| THOMAS H. KRAKAUER, | ) | CASE NO. 1:14-CV-00333-CCE-JEP |
| Plaintiff, | ) | |
| -vs- | ) | |
| DISH NETWORK L.L.C., | ) | **JOINT PROPOSAL ON REDACTION OF DOCUMENTS AND FILING UNDER SEAL** |
| Defendant. | ) | |

Pursuant to the Court's Order (Doc. 132) regarding the filing the of redacted documents, Plaintiff Thomas Krakauer and Defendant DISH Network L.L.C. ("DISH") submit this Joint Proposal on Redaction of Documents Under Seal.

On November 11, 2015, this Court issued an Order leaving certain documents under seal, and directing the Parties to submit a Joint Proposal on handling redaction of documents to be filed in this action going forward, and to identify documents of any previously filed documents that should be re-assessed. Given the Court's ruling that names, telephone numbers, and addresses of class members and other third-partiesbe filed under seal, going forward the Parties will redact documents containing names, addresses and telephone numbers for public filing, with unredacted versions filed under seal.

As identified in Order 132, Documents 48-4, 71-5, 129-2, 129-3, and 129-5 include names, addresses, and/or phone numbers that should be replaced with redacted versions. In addition, the Parties identify the following documents which should be replaced with redacted filings:

- Doc. 48-2 (Plaintiff filing, contains phone numbers)
- Doc. 48-3 (Plaintiff filing, contains phone numbers)
- Doc. 56-12 (DISH filing, contains names, phone numbers, and addresses)
- Docs. 56-18 through 56-25 (DISH filing, contains names and/or phone numbers)

The Parties will continue to confer regarding the finalizing of the redactions on the documents outlined above and will endeavor to submit redacted copies of the above exhibits by December 9, 2015.

Respectfully submitted,

/s/ *Edward A. Broderick*
EDWARD A. BRODERICK – *Admitted Pro Hac Vice*
Broderick Law, P.C.
99 High St., Suite 304
Boston, MA 02110
617-738-7080 Telephone
ted@broderick-law.com

JOHN W. BARRETT –
*Admitted Pro Hac Vice*
JONATHAN R. MARSHALL – *Admitted Pro Hac Vice*
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555 Telephone
304-342-1110 Facsimile
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com

MATTHEW P. MCCUE – *Visiting Attorney*
The Law Office of Matthew P. McCue
1 South Avenue, Third Floor
Natick, MA 01760

/s/*Eric Larson Zalud*
ERIC LARSON ZALUD (Admitted Pro Hac Vice)
JEREMY GILMAN (Admitted Pro Hac Vice)
DAVID M. KRUEGER (Admitted Pro Hac Vice)
LAURA E. KOGAN (Admitted Pro Hac Vice)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
216-363-4178 Telephone
216-363-4588 Facsimile
ezalud@beneschlaw.com
dkrueger@beneschlaw.com
lkogan@beneschlaw.com

BENJAMEN E. KERN (Admitted Pro Hac Vice)
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street, Suite 2600
Columbus, OH 43215
614-223-9300 Telephone
614-223-9330 Facsimile
bkern@beneschlaw.com

RICHARD J. KESHIAN
Kilpatrick Townsend & Stockton LLP
1001 W. Fourth St.

508-655-1415 Telephone
508-319-3077 Facsimile
mmccue@massattorneys.net

J. MATTHEW NORRIS
Norris Law Firm, PLLC
1033 Bullard Court, Suite 207
Raleigh, NC 27615
919-981-4475 Telephone
919-926-1676 Facsimile
jmn@ncconsumerlaw.com

*Attorneys for Plaintiffs*

Dated:  December 1, 2015

Winston-Salem, NC 27101
336-607-7322 Telephone
Fax: 336-734-2645 Facsimile
rkeshian@kilpatricktownsend.com

*Attorneys for Defendant DISH Network L.L.C*

## CERTIFICATE OF SERVICE

The foregoing Joint Submission was filed electronically on December 1, 2015. Notice of this filing will be sent to all parties registered with the Court's electronic filing system by operation of the Court's system. Parties may access this filing through the Court's electronic filing system.

/s/ *Edward A. Broderick*
One of Plaintiff's Attorneys