IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS H. KRAKAUER,           )
                              )
            Plaintiff,        )
                              )
      v.                      )      1:14-CV-333
                              )
DISH NETWORK L.L.C.,          )
                              )
            Defendant.        )

## ORDER

This matter is before the Court on defendant DISH Network L.L.C.'s motion to stay all proceedings pending its Rule 23(f) petition for permission to appeal and its accompanying memorandum. The petition to appeal having been denied, (Doc. 135), this motion is moot.

It is **ORDERED** that the motion to stay, (Doc. 114), is **DENIED**.

This 21st day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE