IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS H. KRAKAUER, )<br>On behalf of a class of persons, )<br> )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>DISH NETWORK, L.L.C., )<br> )<br>      Defendant. ) | Civil Action No. 1:14-cv-00333-CCE-JEB<br><br>JUDGE CATHERINE C. EAGLES<br><br>MAGISTRATE JUDGE JOI E. PEAKE |

**PLAINTIFF'S SUBMISSION OF REVISED NOTICE PLAN AS ORDERED BY THE COURT IN ITS MINUTE ENTRY DATED JANUARY 6, 2016**

Pursuant to the Court's Minute Entry dated January 6, 2016, Plaintiff Thomas Krakauer has proposed revisions to the Notice Plan and associated documents to address the Court's concerns on:

1. Allowing class members to opt out electronically. Plaintiff's revised documents allow for opt outs via email and directly on the case website.

2. Providing a form for class members to use when opting out via mail.

3. Providing for a mechanism for class members top supplement and update their contact information and to provide supporting documents by mail, email and via the case specific website.

4. Provide additional methods of inexpensive online class notification.

5. Revising the short and long form notice, and Proposed Order to reflect the above-referenced changes.

The Revised documents are attached hereto as follows:

Ex. A.  Plaintiff's Proposed Postcard Notice.

Ex. B.  Plaintiff's Proposed Long Form Notice.

Ex. C.  Plaintiff's Proposed Opt Out Form.

Ex. D.  Plaintiff's Proposed Address Submission Form.

Ex. E.  Plaintiff's Proposed Order Approving Notice Plan.

Plaintiff has conferred with counsel for Dish on the foregoing, and has reached agreement on many of the changes, but Dish does not agree with all aspects of Plaintiff's revisions. Dish will address its areas of disagreement in its filing due by February 2, 2016.

Dated: January 19, 2016

Respectfully submitted,

*/s/ Edward A. Broderick*
Edward A. Broderick
Anthony Paronich
**Broderick Law, P.C.**
99 High Street, Suite 304
Boston, MA 02110
Telephone: (617) 738-7089
ted@broderick-law.com

John W. Barrett
Jonathan R. Marshall
**Bailey & Glasser LLP**
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com

2

Matthew P. McCue
**The Law Office of Matthew P. McCue**
1 South Ave., Third Floor
Natick, MA 01760
(508) 655-1415
Telephone: (508) 655-1415
mmcue@massattorneys.net

*Counsel for Plaintiff Thomas H. Krakauer*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on January 19, 2016.

*/s/ Edward A. Broderick*
Edward A. Broderick