## Court-Ordered Legal Notice

*This Notice may affect your legal rights.
Please read it carefully.*

Important Legal Notice authorized by the United States District Court for the Middle District of North Carolina about a Class Action Lawsuit.

**Records obtained in this lawsuit show you may have had a telephone number on the National Do Not Call Registry or on a DISH Network Internal Do Not Call List, and received telephone calls promoting DISH services between May 1, 2010, and August 1, 2011. As a result you may be a member of a pending class action lawsuit.**

KRAKAUER V. DISH NETWORK L.L.C.

---

**CLASS ACTION ADMINISTRATOR**
**c/o A.B. DATA, LTD.**
**PO BOX 170500**
**MILWAUKEE, WI 53217**

Notice ID: NUMBER
*26346402

Postal Service: Please Do Not Mark or Cover Barcode

NAME
ADDRESS
CSZ

*Please visit [www.DishClassAction.com](www.DishClassAction.com) or
call (800) 331-5763
for additional information*

*Krakauer v. DISH Network, L.L.C.* Case No. 1:14-cv-333, United States District Court, Middle District of North Carolina
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE LAWSUIT AND YOUR RIGHTS AS A CLASS MEMBER.*
PLEASE VISIT WWW.DISHCLASSACTION.COM, OR CALL (800) 331-5763, FOR MORE INFORMATION.

**Nature of the Lawsuit**: Dr. Thomas Krakauer sued DISH Network, L.L.C., claiming that Satellite Systems Network ("SSN") called him and others, on behalf of DISH, to sell them DISH products. Dr. Krakauer claims that about 28,000 of these people were on Do Not Call lists. You got this postcard because records indicate you may be one of those people. Dr. Krakauer claims that DISH, through SSN, violated the Telephone Consumer Protection Act, which prohibits telemarketing to people on the National Do Not Call Registry, or who asked companies like DISH not to call them and so are on DISH's or SSN's internal Do Not Call list. The Telephone Consumer Protection Act entitles consumers who prove they received illegal calls to recover money damages and get a court order stopping the calls. DISH denies that it did anything wrong, and SSN is out of business.

**Am I A Class Member?:** The Court has ruled that Dr. Krakauer's suit can go forward as a class action. This means that he will act as the Class Representative, trying to get money damages and court ordered changes to DISH's telemarketing practices for everyone who is a Class member. **You are a class member if**: your telephone number was on the National Do Not Call Registry for at least 30 days, or was on the internal do not call list of DISH or SSN, and you received telemarketing calls from SSN to sell DISH products between May 1, 2010, and August 1, 2011. The Court has appointed three firms as Class Counsel, the lawyers for the Class – Bailey & Glasser LLP, Broderick Law, P.C. and The Law Office of Matthew McCue. The Court has not yet decided whether Dr. Krakauer or DISH is right.

**Your Options:** If you want to remain a Class member you do not need to anything now. You can choose to exclude yourself from the class action by **[DATE]**. information about the case is available at www.DishClassAction.com, including forms allowing you to exclude yourself from the Class, to update your contact and address information, and on how to submit your telephone records should you wish to do so

For more information visit www.DishClassAction.com, or call (800) 331-5763;
**Do not contact the Court, DISH or DISH's lawyers with questions.**