# **OPT-OUT FORM**

*Krakauer v. DISH Network L.L.C.*

United States District Court, Middle District of North Carolina
Case No. 1:14-cv-00333-MEJ

**This is NOT a Claim Form. It EXCLUDES you
from this Class Action.**

**DO NOT use this Form if you wish to remain IN this Class Action.**

Name: _____

Address: _____
Street

_____  _____  _____
City                                                                   State           Postal Code

Telephone number at which you received the calls at issue in this action:
(_____) _____-_____
Area code   Phone No.

Current Telephone: (_____) _____  _____
                                    Area Code                        Phone No.           (Ext. if applicable)

I understand that by opting out of this Class Action, I will not be eligible to receive any money that may result from any trial or settlement of this lawsuit, if there is one.

If you wish to opt out of this Class Action, please check the box below.

☐   By checking this box, I affirm that I wish to be excluded from this Class Action.

_____  _____
Date Signed (mm/dd/yyyy)            Signature of Class Member or Executor, Administrator or
                                                         Personal Representative

**If you choose to opt out you must either mail or email this form to the Class Action Administrator, AB Data, by
NO LATER THAN _____ ##, 2016 or else you will lose your right to opt out.**

**If by email: send to OptOut@DishClassAction.com**

If by mail: mail to

Krakauer v. DISH Network L.L.C.
EXCLUSIONS
c/o AB Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217-8091