# ADDRESS SUBMISSION FORM

*Krakauer v. DISH Network L.L.C.*

United States District Court, Middle District of North Carolina
Case No. 1:14-cv-00333-MEJ

**If you received a Postcard Notice about the above-referenced Class Action, but want to update or correct the addressee information on that Postcard Notice, use this form to provide your updated name, address, telephone number. If you did not receive a Postcard Notice about the above-referenced Class Action, but believe you are a member of the Class, use this form to provide your name, address and telephone number on which you believe you received the call(s).**

Name: _____

Address: _____
Street

_____  _____  _____
City                         State       Postal Code

Telephone number at which you received the calls at issue in this action:
(_____) _____-_____

Current Telephone: (_____) _____ _____
                    Area Code              Phone No.          (Ext. if applicable)

_____   _____
Date Signed (mm/dd/yyyy)     Signature of Class Member or Executor, Administrator or
                             Personal Representative

**If by email: send to** **AddressSubmissionForm@DishClassAction.com**

**If by mail: mail to**

Krakauer v. DISH Network L.L.C.
CLASS MEMBER ADDRESS UPDATE
c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217-8091