# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT
# OF NORTH CAROLINA

| | |
|---|---|
| THOMAS KRAKAUER, | ) |
| Plaintiff, | ) ) ) CASE NO. 1:14-CV-00333-CCE-JEP |
| v. | ) ) ) |
| DISH NETWORK LLC, | ) ) |
| Defendant. | ) ) |

### DEFENDANT DISH NETWORK L.L.C.'S MOTION *IN LIMINE* NO. TWO TO PRECLUDE EVIDENCE OF ANY ALLEGED PRIOR TELEMARKETING MISCONDUCT BY SSN UNRELATED TO THE TCPA'S "DO-NOT-CALL" LAWS

Defendant DISH Network L.L.C. brings this motion *in limine* to preclude any evidence or argument relating to any alleged prior telemarketing misconduct by Satellite Systems Network unrelated to the Telephone Consumer Protection Act's "do-not-call" laws.

Dated: May 17, 2016

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Peter A. Bicks
Peter A. Bicks
Elyse D. Echtman
John L. Ewald
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street

New York, New York 10019
Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com
jewald@orrick.com

/s/ Eric Larson Zalud
Eric Larson Zalud
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 363-4588
ezalud@beneschlaw.com

/s/ Richard J. Keshian
North Carolina Bar No. 10681
Kilpatrick, Townsend & Stockton, LLP.
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Attorneys for Defendant DISH Network L.L.C.*

# CERTIFICATE OF SERVICE

The foregoing Motion was filed electronically on May 17, 2016. Notice of this filing will be sent to all parties registered with the Court's electronic filing system by operation of the Court's system. Parties may access this filing through the Court's electronic filing system.

/s/ Peter A. Bicks
Peter A. Bicks