IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA

| | |
|---|---|
| THOMAS KRAKAUER, | ) |
| Plaintiff, | ) ) ) CASE NO. 1:14-CV-00333-CCE-JEP |
| v. | ) ) |
| DISH NETWORK LLC, | ) ) |
| Defendant. | ) ) ) |

**DEFENDANT DISH NETWORK L.L.C.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, DECERTIFY THE NDNC AND IDNC CLASSES BASED UPON *SPOKEO, INC. V. ROBINS* AND INSUFFICIENT CLASS NOTICE**

Defendant DISH Network L.L.C. ("DISH") moves to dismiss or, in the alternative, decertify the National Do-Not-Call Class and the Internal Do-Not-Call Class based upon the Supreme Court's recent decision in *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016) and insufficient class notice.

Dated: June 2, 2016

Respectfully submitted,

By: /s/ Peter A. Bicks
Peter A. Bicks
Elyse D. Echtman
John L. Ewald
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com
jewald@orrick.com

1

/s/ Eric Larson Zalud
Eric Larson Zalud
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 363-4588
ezalud@beneschlaw.com

/s/ Richard J. Keshian
Richard J. Keshian
North Carolina Bar No. 10681
Kilpatrick, Townsend & Stockton, LLP.
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Attorneys for Defendant DISH Network L.L.C.*

## CERTIFICATE OF SERVICE

The foregoing Motion was filed electronically on June 2, 2016. Notice of this filing will be sent to all parties registered with the Court's electronic filing system by operation of the Court's system. Parties may access this filing through the Court's electronic filing system.

/s/ *Peter A. Bicks*
Peter A. Bicks