# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION**

THOMAS H. KRAKAUER,
on behalf of a class of persons similarly
situated,

      Plaintiff,

v.                                  Civil Action No: 14-cv-333

DISH NETWORK, L.L.C.

      Defendant.

_____/

## PETERS-STASIEWICZ DECLARATION REGARDING NOTICE MAILING

I, Christina Peters-Stasiewicz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a Senior Project Manager with A.B. Data Class Action Administration ("A.B. Data") headquartered in Milwaukee, Wisconsin. My business address is 600 A.B. Data Drive, Milwaukee, Wisconsin 53217. I am over 18 years of age and am not a party to this action. I have personal knowledge of the matters set forth herein, and would testify competently thereto if called as a witness in this matter.

2.      This declaration is submitted to provide information regarding the mailing of Notices in the above-captioned matter.

3.      A.B. Data previously identified 28,281 class member records. A.B. Data assigned each a Notice-Identification Number for tracking in its databases.

4.      On February 17, 2016, A.B. Data coordinated to print and mail 25,213 Notices to class member records with full or partial address information (the "Mail Notices"). This included 985 Mail Notices sent with partial address information.

5.      As of February 17, 2016, there remained a total of 3,068 class member records for which no address information could be identified (the "Null Notices").

1

6. The total combined 28,281 class member records (including Mail Notices and Null Notices) were loaded to A.B. Data's proprietary notice-tracking database (NDB) for subsequent tracking using their unique Notice-Identification Numbers.

7. Following the mailing, 4,855 Mail Notices were returned to A.B. Data by the United States Postal Service (USPS) as undeliverable-as-addressed (UAA). A.B. Data tracked the 4,855 UAA Mail Notices and the 3,068 Null Notices as UAA in the NDB.

8. For each of the UAA Mail Notices, A.B. Data attempted to identify an updated address update. As a result of the research, 1,038 updated addresses were identified and Mail Notices were re-mailed to the updated addresses.

9. Of the re-mailed Mail Notices, 130 were returned by the USPS as UAA for a second time, of those four were able to be re-mailed for a second time.

10. Of those Mail Notices re-mailed for a second time, three were returned by the USPS as UAA for a third time. No additional address research was undertaken.

11. A table showing the results of the mailing, as indicated by the information in A.B. Data's NDB, is included below:

| | | |
|---|---|---|
| 1. | Total Notice Records (Mail Notices and Null Notices) | 28,281 |
| 2. | UAA Mail Notices | -4,855 |
| 3. | Null Notices | -3,068 |
| 4. | Re-mail (Mail) Notices | 1,038 |
| 5. | Second-time UAA Mail Notices | -130 |
| 6. | Second-time Re-mail Mail Notices | 4 |
| 7. | Third-time UAA Mail Notices | -3 |
| | Total Notice Records with End Status not UAA/Null | **21,267** |
| | Percentage of Total Notice Records (including Null) with Final Status Mailed or Re-mailed | **75.20%** |

12. The corrected calculations show that Notice reached more than 75% of the Class.

Case 1:14-cv-00333-CCE-JEP   Document 206-1   Filed 06/23/16   Page 3 of 4

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23rd , 2016

_____
Christina Peters-Stasiewicz

Case 1:14-cv-00333-CCE-JEP   Document 206-1   Filed 06/23/16   Page 4 of 4