## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**THOMAS H. KRAKAUER,**
**on behalf of a class of persons,**

      **Plaintiff,**

                             **Civil Action No. 1:14-cv-00333-CCE-JEP**

**v.**

**DISH NETWORK, L.L.C.,**

      **Defendant.**

## THE PARTIES' JOINT AGENDA
## FOR THE DECEMBER 12, 2016 PRETRIAL CONFERENCE

The parties jointly submit this agenda in response to the Court's directive that they

provide a joint agenda of matters that require resolution or discussion at the December

12, 2016 pretrial conference (Doc. 242):

1. Verdict sheet

   a. DISH: Agency (issues of scope of authority and acting adversely to a principal's interests)

   b. DISH: the Court's proposed Questions 2 and 3 do not allow the jury to find for Dr. Krakauer only, and further, Question 3 does not permit the jury to find for no class members on the IDNC claim.

   c. Categorical challenges

      i. DISH: Categorical challenges based on telephone numbers identified as "cellular" or "possibly cellular" should be combined

      ii. DISH: Risk of inconsistent findings with respect to DISH's categorical challenges because they are listed twice on the verdict sheet

       iii. DISH: DISH's challenges based on class member identity (DISH's Proposed Question 6)

       iv. DISH: DISH's IDNC based challenges (DISH's Proposed Question 7)

    d. DISH: Inclusion of phone number/call counts on the verdict sheet

2. Joint: Jury instructions (any issues to be summarized in written submissions filed by December 8)

3. Joint: Supplemental jury voir dire questionnaire

4. Additional in limine motions

    a. DISH: To redact portion of Exhibit KX2 mentioning running of a credit check on Dr. Krakauer

    b. DISH: To exclude any reference to Nazi Germany by Dr. Krakauer

5. Joint: Stipulations

    a. Regarding the total telephone number and call counts—manner in which this information will be made available to the jury

    b. Plaintiff's proposed EBR stipulation

    c. Regarding Dr. Krakauer's claims

6. Joint: Digital presentation and use of graphics

7. Joint: Dates for items to be exchanged or which require conferral (Joint)

    a. Deposition designations

    b. Pre-marked exhibits; joint exhibits

8. Joint: Presentation of evidence on the "willful and knowing" issue

    a. Does plaintiff intend to present evidence relevant only to that issue?

    b. If so, the plan for presentation of such evidence

9. DISH: Post judgment issues

    a. Claims process

    b. Reversion

10. DISH: Class Notice—defense concerns regarding compliance with class notice order


<div align="center">Respectfully submitted,</div>

Dated:  November 29, 2016

<div style="margin-left:40%">

/s/ John W. Barrett
John W. Barrett
Brian A. Glasser
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
bglasser@baileyglasser.com


/s/ J. Matthew Norris
J. Matthew Norris
Norris Law Firm, PLLC
1033 Bullard Court, Suite 207
Raleigh, NC 27615
(919) 981-4775
(919) 926-1676 *facsimile*
jmn@ncconsumerlaw.com


Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA 01760
(508) 655-1415
Telephone: (508) 655-1415
mmcue@massattorneys.net

</div>

Edward A. Broderick
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
Telephone: (617) 738-7089
ted@broderick-law.com

*Counsel for Plaintiff Thomas H. Krakauer*


/s/ Elyse D. Echtman
Peter A. Bicks
Elyse D. Echtman
John L. Ewald
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com
jewald@orrick.com

/s/ Eric Larson Zalud
Eric Larson Zalud
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 363-4588
ezalud@beneschlaw.com

/s/ Richard J. Keshian
North Carolina Bar No. 10681
Kilpatrick, Townsend & Stockton, LLP.
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Counsel for Defendant DISH Network L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2016, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


By: /s/ John W. Barrett