# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**THOMAS H. KRAKAUER,**
on behalf of a class of persons,

    Plaintiff,

v.                              Civil Action No. 1:14-cv-00333-CCE-JEP

**DISH NETWORK, L.L.C.,**

    Defendant.

## Plaintiff's Proposed Modification of the Court's Draft Preliminary Instructions

As directed by the Court's November 21, 2016 Order (ECF No. 246), attached as Exhibit A are Plaintiff's proposed modifications (reflected in redline) to the Court's draft instructions to the jury upon empanelment. A Word version of this document has been emailed to the Court's case manager.

    Respectfully submitted.

                                                          Plaintiff,
                                                          By Counsel.

                                                         /s/John W. Barrett
                                                         John W. Barrett
                                                         Brian A. Glasser
                                                         Bailey & Glasser LLP
                                                         209 Capitol Street
                                                         Charleston, WV 25301
                                                         Telephone: (304) 345-6555
                                                         jbarrett@baileyglasser.com
                                                         bglasser@baileyglasser.com

                                                         -and-

/s/J. Matthew Norris
J. Matthew Norris
Norris Law Firm, PLLC
1033 Bullard Court, Suite 207
Raleigh, NC 27615
(919) 981-4775
(919) 926-1676 *facsimile*
jmn@ncconsumerlaw.com

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA 01760
(508) 655-1415
Telephone: (508) 655-1415
mmcue@massattorneys.net

Edward A. Broderick
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
Telephone: (617) 738-7089
ted@broderick-law.com

2

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2016, the foregoing was served upon the following by e-mail and regular U.S. mail:

Eric L. Zalud
David M. Krueger
Laura E. Kogan
Jeremy Gilman
Benesch, Friedlander, Coplan & Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
ezalud@beneschlaw.com / dkrueger@beneschlaw.com
lkogan@beneschlaw.com / jgilman@beneschlaw.com

Benjamen E. Kern
Benesch, Friedlander, Coplan & Aronoff, LLP
241 S. High St., Suite 2600
Columbus, OH 43215
bkern@beneschlaw.com

Richard J. Keshian
Kilpatrick Townsend & Stockton, LLP
1001 W. Fourth St.
Winston-Salem, NC 27101
rkeshian@kilpatricktownsend.com

Peter A. Bicks
Elyse D. Echtman
John L. Ewald
Jamie L. Shookman
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
pbicks@orrick.com / eechtman@orrick.com
jewald@orrick.com / jshookman@orrick.com

Counsel for Dish Network, L.L.C.

                                    */s/ John W. Barrett*
                                    John W. Barrett