IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS H. KRAKAUER,
on behalf of a class of persons,

        Plaintiff,

v.                                           Civil Action No. 1:14-cv-00333-CCE-JEP

DISH NETWORK, L.L.C.,

        Defendant.

## PLAINTIFF'S TRIAL WITNESS AND EXHIBIT DISCLOSURES

### A. Witnesses

Plaintiff expects to call the following witnesses at trial (in expected order):

1. Thomas Krakauer
2. Amir Ahmed
3. Reji Musso
4. Bahar Tehranchi (deposition)
5. David Hill (deposition)
6. Tanya Maslennikov (deposition)
7. Anya Verkhovskaya
8. Michael Mills
9. Bruce Werner

928956

## B. Exhibits

Plaintiff expects to use the following exhibits at trial, but reserves the right to use any properly disclosed exhibit should the need arise:

| EXH. NO. | BATES NO. | DESCRIPTION OF EXHIBIT |
|---|---|---|
| PX1 | Dish-Paper-008008-Dish-Paper-008008 | 2/20/07 Dish to SSN about Call Monitoring activities |
| PX6 | Dish9-0001834-Dish9-0001834 | 8/16/11 August 2011 DNC Complaint to Dish |
| PX7 | Krakauer000067-Krakauer000067 | Consumer Sentinel |
| PX8 | DISH11-021481-DISH11-021481 | 5/4/10 E-mail to Shaffer from Vendor Inquiries |
| PX12 | Dish-Paper-008002-Dish-Paper-008003 | 9/21/06 Dufault to Vallejos re: Your Free Dish |
| PX13 | | 2007-2014 Performance |
| PX14 | | 10/20/06 Third Party Claim of Dish in Spafford v. Dish, et al. |
| PX15 | Dish-Paper-007978-Dish-Paper-008109 | 5/24/07 SSN Retailer File Complete Copy |
| PX16 | Krakauer000001-Krakauer000002 | Summary of Five 9 Calls to Dr. Krakauer |
| PX18 | | Five 9 Call Records |
| PX22 | SSN000221-SSN000223 | 2/01/09 Outbound Sales Script |
| PX23 | Dish0012552-Dish0012553 | Origer to Tehranchi re: Jeanette Payne |
| PX24 | Krakauer001613 | OE Risk Management PP |
| PX0025 | DISH5-0000032039-DISH5-0000032043 | 12/07/06 Retailer Referral Amendment to Echostar Retailer Agreement between Echostar Satellite LLC and Satellite Systems Network |

| EXH. NO. | BATES NO. | DESCRIPTION OF EXHIBIT |
|---|---|---|
| PX0026 | DISH5-0000032050-<br>DISH5-0000032086 | 12/31/06 Echostar Retailer Agreement between Echostar LLC and Satellite Systems Network |
| PX0027 | DISH5-0000032048-<br>DISH5-0000032049 | 12/31/06 DHPP Amendment to Echostar Retailer Agreement between Echostar Satellite LLC and Satellite Systems Network |
| PX0028 | DISH5-0000031815-<br>DISH5-0000031817 | 12/31/06 OE Retailer Amendment to Echostar Retailer Agreement between Echostar Satellite LLC and Satellite Systems Network |
| PX0029 | DISH11-016912-<br>DISH11-016950 | 12/31/10 Dish Network Retailer Agreement between Dish Network LLC and Satellite Systems Network |
| PX52 | DISH11-023842-<br>DISH11-023842 | 5/12/10 Letter to Tehranchi from Musso (Werner Depo Exhibit 44) |
| PX53 | Dish11-021415-<br>Dish11-021416 | 5/4/10 E-mail to Chaykoski from Shaffer (Werner Depo Exhibit 42) |
| PX0055 | DISH5-0000071454-<br>DISH5-0000071538 | 7/01/09 Assurance of Voluntary Compliance |
| PX070 | DISH2-0000039688-<br>DISH2-0000039691 | 10/12/09 Emails between Caldwell, Musso, et al. |
| PX0089 | DISH5-0000090747-<br>DISH5-0000090777 | 6/6/11 Indirect Sales Powerpoint |
| PX99 | DISH5-0000010542-<br>DISH5-0000010543 | 3/3/11 Form Notification of Consumer Complaint Letter Sent by Echostar to Independent Retailer |
| PX0120 | DISH5-0000111197-<br>DISH5-0000111203 | 9/30/05 E-mails between Oberbillig, et al. |
| PX0122 | DISH5-0000086612-<br>DISH5-0000086615 | 8/17/11 E-mails between Musso, Werner et al. |
| PX0186 |  | 3/21/06 Judgment-North Carolina v. SSN |
| PX0190 | DISH9-0012173-<br>DISH9-0012175 | 1/30/07 E-mails between Ahmed, Ergen et al. |
| PX0191 | DISH5-0000012396-<br>DISH5-0000012396 | 11/04/04 Bronson Takes Action in Telemarketing Case |
| PX0194 | DISH9-0005567-<br>DISH9-0005570 | 9/26/05 E-mails between Novak, Ahmed, et al. |

| EXH. NO. | BATES NO. | DESCRIPTION OF EXHIBIT |
|---|---|---|
| PX0197 | FTC359-000332-FTC359-000368 | 12/21/12 Declaration of Tanya Maslennikov, Donaca v. Dish |
| PX0198 | | 8/19/13 Declaration of Sophie Tehranchi, Donaca v. Dish |
| PX0199 | DISH9-0001824-DISH9-0001825 | 8/11/11 E-mails between Berridge, Kitei, et al. |
| PX0206 | FTC003-074547-FTC003-74550 | 7/28/05 E-mails between Anderson, Myers et al. |
| PX0241 | DISH5-0000111664-DISH5-0000111666 | Retailer Order Entry Promotional Program |
| PX0282 | DISH-PAPER-008060-DISH-PAPER-008062 | 5/19/09 E-mails between Snyder, Dougherty, et al. |
| PX0331 | DISH5-0000070807-DISH5-0000070809 | 10/28/11 E-mails between Callaghan, Luth, et al. |
| PX0334 | DISH5-0000106283-DISH5-0000106323 | PowerPoint re: OE program overview |
| PX0457 | DISH-00007505-DISH-00007507 | 3/04/09 E-mails between Musso, Slater, et al. |
| PX0463 | Dish-00007727-Dish-00007729 | 9/16/2008 E-mails between Van Emst, Musso, et al. |
| PX0503 | DISH11-029658-DISH11-029660 | 1/30/07 E-mails between Oberbiling, Werner, et al. |
| PX0504 | DISH11-029661-DISH11-029664 | 1/30/07 E-mails between Oberbilling, Werner, et al. |
| PX0553 | DISH5-0000086710-DISH5-0000086710 | 10/25/11 E-mails between Musso, Mason, et al. |
| PX0560 | DISH5-0000070449-DISH5-0000070450 | 8/18/09 E-mails between Ahmed, Neylon, et al. |
| PX0571 | DISH5-0000087244-DISH5-0000087244 | 6/04/08 E-mails between Musso, Werner, et al. |
| PX0576 | DISH5-0000087541-DISH5-0000087541 | 5/30/08 E-mails between Musso, Taber, et al. |

| EXH. NO. | BATES NO. | DESCRIPTION OF EXHIBIT |
|---|---|---|
| PX0604 | DISH5-0000102662-<br>DISH5-0000102662 | 9/11/07 E-mails between Mills, Musso, et al. |
| PX0606 | DISH5-0000086707-<br>DISH5-0000086707 | 10/25/11 E-mails between Musso, Mason, et al. |
| PX0607 | DISH5-0000102805-<br>DISH5-0000102806 | 1/30/07 E-mails between Oberbillig, Werner, et al. |
| PX0616 | DISH5-0000104567-<br>DISH5-0000104569 | 8/13/11 E-mails between Mills, Neylon, et al. |
| PX0656 | DISH5-0000126144-<br>DISH5-0000126145 | 1/30/07 E-mails between Oberbillig, Werner, et al. |
| PX673 | DISH5-000102801-<br>DISH5-0000102804 | 1/30/07 Email from M Oberbillig to B Werner, FW: Telemarketing |
| PX899 | DISH5-000001358-<br>DISH5-0000001360 | Email from R Musso Re Satellite Systems Network |
| PX1048 | DISH5-0000022206-<br>DISH5-0000022213 | OE Parner QA Action Plans |
| PX1157 | DISH5-0000069280<br>DISH5-0000069281 | 3/25/11 E-mails between DeFranco, Ahmed, et al. |
| PX1160 | DISH5-0000102798-<br>DISH5-0000102800 | 1/30/07 E-mails between Oberbillig, Werner, et al. (Ahmed Ex. 15 (Krakauer v. Dish)) |
| PX1208 | FTC003-044564-<br>FTC003-044578 | Dish Order Entry Tool |
| PX1234 | DISH5-000031814-<br>DISH5-000031814 | 7/17/06 Letter from Origer to Tehranchi (Mills Ex. 22 (Krakauer v. Dish)) |
| PX1236 | DISH5-0000126306-<br>DISH5-0000126307 | 4/14/11 E-mail from Musso to King, et al. (Mills Ex. 62 (Krakauer v. Dish)) |
| PX1240 | DISH5-00001040602-<br>DISH5-00001040603 | 8/19/11 E-mail to Neylon from Mills (Mills Ex. 73 (Krakauer v. Dish)) |
| PX1294 | DISH5-0000119736-<br>DISH5-0000119736 | 2010 E-mails between Quader, Rukas, et al. (Oberbillig Ex. 60 (Krakauer v. Dish)) |
| PX1327 | DISH5-0000012550-<br>DISH5-0000012550 | 5/27/09 Letter from Musso to Tehranchi (Tehranchi Ex. 131 (Donaca v. Dish)) |

| EXH. NO. | BATES NO. | DESCRIPTION OF EXHIBIT |
|---|---|---|
| | | Hill Deposition Exhibit 1 (Affidavit of David Hill) |
| | | Maslennikov Deposition Exhibit 1 (Declaration of Tanya Maslennikov) |
| | | Maslennikov Deposition Exhibit 10 (Satellite Systems Network Call Log Report from 3/2/2011 and |
| | | Taylor Deposition Exhibit 4 (Echostar_Internal_Upto_20101231.txt) |
| | | Taylor Deposition Exhibit 5 (Dish Retainer DNC List 2010 and older.txt) |
| | | Tehranchi Deposition Exhibit 129 (Declaration of Sophie Tehranchi) |
| | | Tehranchi Deposition Exhibit 130 (Addendum B) |
| | | Tehranchi Deposition Exhibit 145 (EchoStar Retailer Agreement) |
| | | Tehranchi Deposition Exhibit 150 (Emails) |
| PX2000 | | All Class Telephone Numbers and Calls |
| PX2001 | | Telephone numbers that LexisNexis always identifies as unknown (Stip. Regarding Call Categories, ECF No. 267, Exhibit 31D) |
| PX2002 | | Telephone numbers that LexisNexis identifies as residential before May 1, 2010 or after August 1, 2011 (Stip. Regarding Call Categories, ECF No. 267, Exhibit 31A) |
| PX2003 | | Telephone numbers that LexisNexis identifies as unknown in the May 2010 to August 2011 time period that the calls were made but identifies differently at other times (Stip. Regarding Call Categories, ECF No. 267, Exhibit 31K) |
| PX2004 | | Telephone numbers that LexisNexis identifies as both residential and unknown (Stip. Regarding Call Categories, ECF No. 267, Exhibit 31X) |

| EXH. NO. | BATES NO. | DESCRIPTION OF EXHIBIT |
|---|---|---|
| PX2005 | | Telephone numbers that LexisNexis always identifies as residential, including in the May 2010 to August 2011 time period that the calls were made (Stip. Regarding Call Categories, ECF No. 267, Exhibit 31U) |
| PX 2006 | | Telephone numbers that LexisNexis identifies as cellular and possibly cellular (Stip. Regarding Call Categories, ECF No. 267, Exhibit 31L) |

Respectfully submitted,

*/s/ John W. Barrett*
John W. Barrett
Brian A. Glasser
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
bglasser@baileyglasser.com

/s/ J. Matthew Norris
J. Matthew Norris
Norris Law Firm, PLLC
1033 Bullard Court, Suite 207
Raleigh, NC  27615
(919) 981-4775
(919) 926-1676 *facsimile*
jmn@ncconsumerlaw.com

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA 01760
(508) 655-1415
Telephone: (508) 655-1415
mmcue@massattorneys.net

7

                    Edward A. Broderick
                    Anthony Paronich
                    Broderick & Paronich, P.C.
                    99 High Street, Suite 304
                    Boston, MA 02110
                    Telephone: (617) 738-7089
                    ted@broderick-law.com

                    *Counsel for Plaintiff Thomas H. Krakauer*

Dated: January 3, 2017

## CERTIFICATE OF SERVICE

       This is to certify that the foregoing Plaintiff's Trial Witness and Exhibit Disclosures was filed electronically on January 3, 2017. Notice of this filing will be sent to all parties registered with the Court's electronic filing system by operation of the Court's system. Parties may access this filing through the Court's electronic filing system.

                                             */s/ John W. Barrett*
                                             John W. Barrett