**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA**

| | |
|---|---|
| THOMAS KRAKAUER, | ) |
| Plaintiff, | ) ) ) CASE NO. 1:14-CV-00333-CCE-JEP |
| -vs- | ) ) ) |
| DISH NETWORK LLC, | ) ) |
| Defendant. | ) ) |

## **DEFENDANT'S RULE 26(a)(3)(A) PRETRIAL DISCLOSURES**

**A. Witnesses Whom DISH Expects to Present at Trial**

| Witness Name | Address |
|---|---|
| Ahmed, Amir | DISH Network L.L.C. 9601 S. Meridian Blvd. Englewood, CO 80112 |
| Aron, Debra | Navigant Economics 1603 Orrington Avenue, Suite 1500 Evanston, IL 60201 |
| DeFranco, Jim | DISH Network L.L.C. 9601 S. Meridian Blvd. Englewood, CO 80112 |
| Fenili, Robert | Georgetown Economic Services Washington Harbour, Suite 400 3050 K Street, NW Washington, DC 20007 |
| Mills, Michael | DISH Network L.L.C. 9601 S. Meridian Blvd. Englewood, CO 80112 |
| Musso, Reji | Care of: Orrick, Herrington & Sutcliffe LLP 51 West 52nd Street New York, NY 10019 |
| Werner, Bruce | DISH Network L.L.C. 9601 S. Meridian Blvd. Englewood, CO 80112 |

1

B. **Witnesses Whom DISH May Present at Trial**

| Witness Name | Address |
|---|---|
| Montano, Joey | DISH Network L.L.C.<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112 |
| McRae, Holly Taber (subject to the Court's ruling) | Care of:<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019 |
| Neylon, Brian | DISH Network L.L.C.<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112 |
| Taylor, John | 4400 River Green Parkway, Suite 100<br>Duluth, GA 30096 |
| Van Emst, Blake | DISH Network L.L.C.<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112 |
| Any witness necessary to authenticate a document | |
| All witnesses identified by the Plaintiff | |

C. **Witnesses Whom DISH Expects to Present by Deposition**

| Witness Name | Address |
|---|---|
| Hill, David | 859 Cherry Blossom Lane<br>Tracy, CA 95377 |
| Tehranchi, Bahar | 651 Wald<br>Irvine, CA 92618 |

D. **Exhibits DISH Expects to Present at Trial**

| Exhibit No. | Beginning Bates | Description | Otherwise marked |
|---|---|---|---|
| 1 | FTC304-000360 | Facts Blast | |
| 2 | DISH004187 | Facts Blast | |
| 3 | DISH-000000376 | Script Retailer Chat | |
| 4 | DISH5- | Retailer Chat Video File | |

|    | | | |
|----|---|---|---|
|    | 0000065246 | | |
| 5  | DISH-00006252 | PossibleNow Grace Period Ended | |
| 6  | DISH-Paper-07983 | Email Re Satellite Systems Network | |
| 7  | DISH-PAPER-008060 | Emails between Snyder, Dougherty et al. | |
| 8  | DISH-PAPER-007980 | E-mails between Tehranchi, Snyder et al. | |
| 9  | DISH5-0000012550 | Tehranchi Ex. 131 (Donaca v. Dish) | |
| 10 | D-KRAK000293 | Dish Network and SSN Retailer Agreement | |
| 11 | Krakauer000260 | Letter DOJ North Carolina to T. Krakauer | |
| 12 | Krakauer000074 | Letter from Norris Law Firm to T. Krakauer | |
| 13 | Krakauer-Five900039823 | Five9 Contract | |
| 14 | | Letter from DOJ N.C. to T. Krakauer from NCDOJ | |
| 15 | D-KRAK000020 | Email from Musso to Tehranchi | |
| 16 | DISH5-0000001358 | Email from R. Musso Re Satellite Systems Network | |
| 17 | | Lockheed Martin DNC Monthly Report | Thirukkonda 10, French 3 |
| 18 | | Federal Trade Commission Do Not Call Registry Project Internal Design Document – Performance Reports | French 2 |
| 19 | | FTC Letter from E. Vogt to C. Brown | Miller 11 |
| 20 | FTC350-000142 | Email from Lockheed Martin to Targus | French 6, Shaffer 15 |
| 21 | DISH000151 | PossibleNow Issue Report Form: Lockheed Martin November 2008 Process Issue | Horne 13, PossibleNOW 24 |
| 22 | FIVE9000073 | Addendum Service Order | |
| 23 | DISH-Paper-014889 | Retailer Agreement | |
| 24 | SSN000237 | Signed Retailer Agreement Portions | |
| 25 | DISH11-038199 | FTC Report of DNC Composition | |
| 26 | SSN004759 | Report of DNC Scrub Session | |
| 27 | DISH-00006573 | Emails between Musso, Origer, et al. | |
| 28 | DISH-00006718 | Retailer Chat Possible Now | |
| 29 | DISH-00001986 | Investigator Process for DNC | |
| 30 | DISH-00001982 | Investigator Process for DNC | |
| 32 | D-KRAK001802 | DISH_CustomerList_STELAcompliant.xlsx | |

**E. Exhibits DISH May Present at Trial**

3

| Exhibit No. | Beginning Bates | Description | Otherwise marked |
|---|---|---|---|
| 33 | DISH8-0000218 | DISH 2009 DNC Policy | |
| 34 | DISH9-0012173 | E-mails between Ahmed, Ergen et al. | |
| 35 | | Declaration of Rehan Quader executed March 17, 2015 | Doc. 56 |
| 36 | | Declaration of Laura Dozois executed April 9, 2015 | Doc. 56 |
| 38 | LN_Output_Dish_II_busreslookupfile | Lexis Nexis Data | |
| 39 | Reverse Phone Search_Batch StandardInput_Template_version010_081314ABDRevph_output.xls | Microbilt Data | |
| 40 | | Craig Stroup and John Vu, "Numbering Resource Utilization in the United States: NRUF Data as of June 30, 2010, Porting and Toll-Free Data as of September 30, 2010," Federal Communications Commission, April 2013. | Expert Report of Debra Aron |
| 41 | | Kooser, Amanda C. "In the Book? A 'White Pages' for Mobile Phone Users is on its Way." Entrepreneur Media Inc. 2004 (Fenili Reliance Materials) | March 2015 Expert Report of Robert Fenili |
| 42 | | Federal Trade Commission, "National Do Not Call Registry: Data Book, FY 2013," December 2013. | March 2015 Expert Report of Robert Fenili |
| 43 | | Federal Trade Commission, "National Do Not Call Registry: Data Book FY 2014," November 2014. | March 2015 Expert Report of Robert Fenili |
| 44 | | Prepared State of the Federal Trade Commission of the United States of America on the Do Not Call Provisions of the Telemarketing Sales Rule, Before the Committee on Industry, Natural Resources, Science, and Technology of the Canadian Parliament, Ottawa, Ontario, Canada. May 4, 2005. | March 2015 Expert Report of Robert Fenili |
| 45 | | Caroline E. Mayer. "Bogus E-Mail Worries Users of Cell Phones, December 10, 2004 [Correction 12/20/04]." The Washington Post Newsweek Interactve | March 2015 Expert Report of Robert Fenili |

| | | | |
|---|---|---|---|
| 46 | | "Do-not-call requests now back to routine." Omaha World Herald (Omaha, NE). McClatch Tribunal Information Services. 2005. HighBeam Research 17 Jul. 2012. | March 2015 Expert Report of Robert Fenili |
| 47 | | Alyssa Abkowitz. "Wrong Number? Blame Companies' Recycling." Wall Street Journal. December 1, 2011. | March 2015 Expert Report of Robert Fenili |
| 48 | | Hal R. Varian, Fredrik Wallenberg, and Glenn Woroch, "Who Signed Up for the Do-Not-Call List?" Workshop on Economics and Information Security, University of Minnesota 2004 | March 2015 Expert Report of Robert Fenili |
| 49 | | Federal Trade Commission, Bureau of Consumer Protection, Division of Consumer & Business Eduation, "Q&A: The National Do Not Call Registry" September 2009. | March 2015 Expert Report of Robert Fenili |
| 50 | | Federal Trade Commission, "Do Not Call Improvement Act of 2007", Report to Congress: Regarding the Accuracy of the Do Not Call Registry, October 2008, p. 4 | March 2015 Expert Report of Robert Fenili |
| 51 | Dish-00000449 | DISH 2002 DNC Policy | |
| 52 | Dish-00001939 | DISH 2004 DNC Policy | |
| 53 | | List of Phone Numbers on Mailing List with No name and/or Address Information for Sending Notice | Exhibit B: Defendant Dish Network L.L.C.'s Response to Plaintiff's Motion for Approval of Class Notice and Memorandum in Support |
| 54 | | List of Instances Where Name(s) on the Mailing List are Different than Names on Lexis Nexis Data with Same Phone Number | Exhibit C: Defendant Dish Network L.L.C.'s Response to Plaintiff's Motion for Approval of Class Notice and Memorandum in Support |
| 55 | | Extracts of Name Mismatches and Inaccurately Updated Addresses Compiled from the Five9 Records, Microbilt Data, and Updated Mailing List | Exhibit E: Defendant Dish Network L.L.C.'s Response to Plaintiff's Motion |

| | | | for Approval of Class Notice and Memorandum in Support |
|---|---|---|---|
| 56 | | Summary of Call Records that have Name Information (By Unique Phone Number) | Exhibit 7: Expert Report of D. Aron dated March 12, 2015 |
| 57 | | Summary of Lexis Nexis Data with no Relevant Name Information | Exhibit 8: Expert Report of D. Aron dated March 12, 2015 |
| 58 | | Examples of Lexis Nexis Data with Name Differences | Exhibit 9: Expert Report of D. Aron dated March 12, 2015 |
| 59 | | Summary of Call Records that have name Information Limited to 23,681 Phone Numbers Sent to Lexis Nexis | Exhibit 10: Expert Report of D. Aron dated March 12, 2015 |
| 60 | | Examples of Name Differences Between Lexis Nexis and Five9 Data | Exhibit 11: Expert Report of D. Aron dated March 12, 2015 |
| 61 | | Summary of Phone Numbers that have Information Limited to 23,681 Phone Numbers Sent to Lexis Nexis | Exhibit 12: Expert Report of D. Aron dated March 12, 2015 |
| 62 | | Summary of Call Records that have Name Information Limited to 16,515 Phone Numbers that also have Information Between 5/2010 and 8/2011 | Exhibit 13: Expert Report of D. Aron dated March 12, 2015 |
| 63 | Krakauer000263 | DirectTV Order Receipt | |
| 64 | SSN004759 | SSN Scrub Receipt | |
| 65 | SSN004760 | SSN Scrub Receipt | |
| 66 | SSN004761 | SSN Scrub Receipt | |
| 67 | SSN004762 | SSN Scrub Receipt | |
| 68 | SSN004763 | SSN Scrub Receipt | |
| 69 | SSN004764 | SSN Scrub Receipt | |
| 70 | SSN004765 | SSN Scrub Receipt | |
| 71 | SSN004766 | SSN Scrub Receipt | |
| 72 | SSN004767 | SSN Scrub Receipt | |
| 73 | SSN004768 | SSN Scrub Receipt | |
| 74 | SSN004769 | SSN Scrub Receipt | |
| 75 | DISH11-017489 | Facts Blast | |
| 76 | FTC003-073872 | 2003 Business Rules | |
| 77 | | Undeliverable Postcards | |

| 78 | | Opt Out Notices Received by AB Data | |
|---|---|---|---|
| 79 | | Facts Blast | Tehranchi 151 (Donaca v. Dish) |
| 80 | | Letter from D. Milhoan to P. Bicks | |
| 81 | Krakauer000261 | DirecTV Annual Programming Commitment Agreement | |
| 82 | Dish-00006850 | DISH 2006 DNC Policy | |
| 83 | Dish-00006052 | DISH 2008 DNC Policy | |
| 100 | | Five9 Excerpt (052010 – 102010) [Stipulation Ex. 31A] | |
| 101 | | Five9 Excerpt (112010 – 082011) [Stipulation Ex. 31A] | |
| 102 | | Lexis Nexis Excerpt [Stipulation Ex. 31A] | |
| 103 | | Five9 Excerpt (052010 – 102010) [Stipulation Ex. 31D] | |
| 104 | | Five9 Excerpt (112010 – 082011) [Stipulation Ex. 31D] | |
| 105 | | Lexis Nexis Excerpt [Stipulation Ex. 31D] | |
| 106 | | Five9 Excerpt (052010 – 102010) [Stipulation Ex. 31K] | |
| 107 | | Five9 Excerpt (112010 – 082011) [Stipulation Ex. 31K] | |
| 108 | | Lexis Nexis Excerpt [Stipulation Ex. 31K] | |
| 109 | | Five9 Excerpt (052010 – 102010) [Stipulation Ex. 31L] | |
| 110 | | Five9 Excerpt (112010 – 082011) [Stipulation Ex. 31L] | |
| 111 | | Lexis Nexis Excerpt [Stipulation Ex. 31L] | |
| 112 | | Five9 Excerpt (052010 – 102010) [Stipulation Ex. 31U] | |
| 113 | | Five9 Excerpt (112010 – 082011) [Stipulation Ex. 31U] | |
| 114 | | Lexis Nexis Excerpt [Stipulation Ex. 31U] | |
| 115 | | Five9 Excerpt (052010 – 102010) [Stipulation Ex. 31X] | |
| 116 | | Five9 Excerpt (112010 – 082011) [Stipulation Ex. 31X] | |
| 117 | | Lexis Nexis Excerpt [Stipulation Ex. 31X] | |

DISH also reserves the right to use any exhibit on Plaintiff's exhibit list at trial.

Dated: January 3, 2017

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Peter A. Bicks
Peter A. Bicks
Elyse D. Echtman
John L. Ewald
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com
jewald@orrick.com

/s/ Eric Larson Zalud
Eric Larson Zalud
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 363-4588
ezalud@beneschlaw.com

/s/ Richard J. Keshian
North Carolina Bar No. 10681
Kilpatrick, Townsend & Stockton, LLP
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Attorneys for Defendant DISH Network L.L.C.*

## **CERTIFICATE OF SERVICE**

The foregoing document was filed electronically on January 3, 2017. Notice of this filing will be sent to all parties registered with the Court's electronic filing system by operation of the Court's system. Parties may access this filing through the Court's electronic filing system.

/s/ Peter A. Bicks
Peter A. Bicks
