# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT
# OF NORTH CAROLINA

THOMAS KRAKAUER,

    Plaintiff,

v.

DISH NETWORK LLC,

    Defendant.

Case No. 1:14-CV-00333-CCE-JEP

## DEFENDANT DISH NETWORK L.L.C.'S SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY

Pursuant to Local Rule 7.3(i), Defendant DISH Network L.L.C. ("DISH") submits this Suggestion of Subsequently Decided Authority.

- *In Re: Monitronics International, Inc., Telephone Consumer Protection Act Litigation*, MDL No. 1:13-MD-2493, slip op. 11-26 (N.D.W. Va. Dec. 22, 2016) (attached as Ex. 1).

The above cited authority was decided subsequent to DISH's Response to the Court's Proposed "Summary of Applicable Law" Jury Instruction (Doc. 246), Doc. 253, and is an addendum to DISH's Response at pp. 3-10 (section on Agency).

Dated: January 6, 2017

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Peter A. Bicks
    Peter A. Bicks
    Elyse D. Echtman
    John L. Ewald

51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com
jewald@orrick.com

/s/ Eric Larson Zalud
Eric Larson Zalud
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: (216) 363-4588
ezalud@beneschlaw.com

/s/ Richard J. Keshian
Richard J. Keshian
North Carolina Bar No. 10681
KILPATRICK, TOWNSEND & STOCKTON, LLP
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Attorneys for Defendant DISH Network L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

/s/ Peter A. Bicks
Peter A. Bicks
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com
jewald@orrick.com

*Attorneys for Defendant DISH Network L.L.C.*