IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA

| THOMAS KRAKAUER, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CASE NO. 1:14-CV-00333-CCE-JEP |
| v. | ) ) | |
| DISH NETWORK LLC, | ) ) | |
| Defendant. | ) ) | |

## NOTICE

Defendant DISH Network, L.L.C. ("DISH") hereby provides notice that it intends to call Dr. Debra Aron and may call Dr. Robert Fenili as witnesses tomorrow in its case. DISH anticipates that its case will conclude before lunch.

Respectfully submitted,

Dated: January 16, 2017

/s/ Peter A. Bicks
Peter A. Bicks
Elyse D. Echtman
John L. Ewald
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com
jewald@orrick.com

/s/ Eric Larson Zalud
Eric Larson Zalud
Benesch, Friedlander, Coplan & Aronoff LLP

200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 363-4588
ezalud@beneschlaw.com

/s/ Richard J. Keshian
North Carolina Bar No. 10681
Kilpatrick, Townsend & Stockton, LLP.
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Counsel for Defendant DISH Network L.L.C.*

## CERTIFICATE OF SERVICE

The foregoing was filed electronically on January 16, 2017. Notice of this filing will be sent to all parties registered with the Court's electronic filing system by operation of the Court's system. Parties may access this filing through the Court's electronic filing system.

/s/ Peter A. Bicks

Peter A. Bicks
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
pbicks@orrick.com

*Attorney for Defendant DISH Network L.L.C.*

3