THOMAS H. KRAKAUER,           )
                              )
       Plaintiff,    )
                              )
v.                            )     1:14-CV-333
                              )
DISH NETWORK L.L.C.,          )
                              )
       Defendant.    )

## VERDICT SHEET

1. Was SSN acting as Dish's agent when it made the telephone calls at issue from May 11, 2010, through August 1, 2011?

   [✓] YES

   [ ] NO

   *If Yes, continue to Question 2. If No, skip all other questions and sign the verdict sheet.*

2. Did SSN make and class members receive at least two telephone solicitations to a residential number in any 12-month period by or on behalf of Dish, when their telephone numbers were listed on the National Do Not Call Registry?

   [✓] YES as to Dr. Krakauer and all class members

   *If Yes, continue to Question 3 and skip the following questions.*

   [ ] YES as to Dr. Krakauer and all class members except the following, whose numbers plaintiff has not proven were residential:

       [ ] Telephone numbers that LexisNexis always identifies as "unknown"

       [ ] Telephone numbers that LexisNexis identifies as residential before May 11, 2010 or after August 1, 2011

[ ] Telephone numbers that LexisNexis identifies as "unknown" in the May 2010 to August 2011 time period that the calls were made but identifies differently at other times

[ ] Telephone numbers that LexisNexis identifies as both residential and "unknown"

[ ] Telephone numbers that LexisNexis always identifies as residential, including in the May 2010 to August 2011 time period that the calls were made

[ ] Telephone numbers that LexisNexis identifies as cellular and possibly cellular

[ ] NO

*If you answer Yes in whole or in part, also answer Question 3. If you answer No to Question 2, skip Question 3 and sign the verdict sheet.*

3. What amount, up to $500, do you award for each call made in violation of the TCPA?

$ 400.00

_____    01/19/2017
Foreperson                          Date

2