AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __NORTH CAROLINA__

THOMAS KRAKAUER

V.

DISH NETWORK L.L.C.

**EXHIBIT AND WITNESS LIST**

Case Number: 14CV333

| PRESIDING JUDGE Catherine C. Eagles | PLAINTIFF'S ATTORNEY John Barrett, Brian Glasser | DEFENDANT'S ATTORNEY Peter Bicks, Elyse Echtman |
|---|---|---|
| TRIAL DATE (S) 1-10-17 / 1-19-17 | COURT REPORTER Lori Russell | COURTROOM DEPUTY MARLENE SANDERS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 1/11/17 | — | — | Thomas Krakauer, Plaintiff |
| 282 | | 1/11/17 | 1/11/17 | 1/11/17 | Emails 5-9-09 re: vendor inquiry |
| | 81 | | 1/11/17 | 1/11/17 | Direct TV Annual Programming Commitment Agreement |
| | 63 | | 1/11/17 | 1/11/17 | Direct TV Order Receipt |
| ✓ | | 1/11/17 | — | — | Amir Ahmed, senior vice president Dish |
| 55 | | | 1/11/17 | 1/11/17 | 7-1-9 Assurance of Voluntary Compliance |
| 89 | | | 1/11/17 | 1/11/17 | 6-6-11 Indirect Sales Powerpoint |
| 334 | | | 1/11/17 | 1/11/17 | Power Point re: OE program |
| 1208 | | | 1/11/17 | 1/11/17 | Dish Order Entry Tool |
| 26 | | | 1/11/17 | 1/11/17 | Echostar Retailer Agree. 12-31-06 |
| JTX1 | | | 1/11/17 | 1/11/17 | Echostar Retailer Agreement 12-31-06 |
| 28 | | | 1/11/17 | 1/11/17 | 12-31-06 OE Retailer Agreement |
| 29 | | | 1/11/17 | 1/11/17 | 12-31-10 Dish Retailer Agreement |
| JTX2 | | | 1/11/17 | 1/11/17 | " " " " |
| 241 | | | 1/11/17 | 1/11/17 | Retailer OE Promotional Program |
| 1160 | | | 1/11/17 | 1/11/17 | 1-30-17 Emails between Oberbillig, Werner, et al |

* include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. | DEF. | DATE | MARKE | ADMIT | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | THOMAS KRAKAUER vs. DISH NETWORK L.L.C. | | | CASE NO. 14CV333 |
| 656 | | | 1/11/17 | 1/11/17 | 1-30-17 Email Werner, Oberbillig, et al |
| 186 | | | 1/11/17 | 1/11/17 | 3-21-05 Judgment – NC v SSN |
| 194 | | | 1/11/17 | 1/11/17 | 9-26-05 E-mails Novak, Ahmed, et al |
| 120 | | | 1/11/17 | 1/11/17 | 9-30-05 E-mails Oberbillig, et al |
| 504 | | | 1/11/17 | 1/11/17 | 1-30-07 Emails Oberbillig, et al |
| 190 | | | 1/11/17 | 1/11/17 | 1-30-07 Emails between Ahmed, Ergen et. al. |
| 55 | | | 1/11/17 | 1/11/17 | Previously marked |
| JTX 3 | | | 1/11/17 | 1/11/17 | 1-30-07 Emails Oberbillig |
| JTX 1 | | | 1/11/17 | 1/11/17 | Previously marked |
| | 84 | | 1/11/17 | 1/11/17 | Retailer Agreement 3-7-01 |
| 186 | | | 1/11/17 | 1/11/17 | Previously marked |
| 120 | | | 1/11/17 | 1/11/17 | Previously marked |
| 656 | | | 1/11/17 | 1/11/17 | Previously marked |
| 160 | | | 1/11/17 | 1/11/17 | Previously marked |
| ✓ | | 1/12/17 | — | — | Regi Musso, Dish Compliance Manager |
| 15 | | | 1/12/17 | 1/12/17 | 5-24-07 SSN Retailer Agmt. |
| | 2 | | 1/12/17 | 1/12/17 | Facts Blast 11-11-06 |
| 191 | | | 1/12/17 | 1/12/17 | 11-4-04 Action in Telemarketing Press Release |
| 656 | | | 1/12/17 | 1/12/17 | Previously marked |
| 504 | | | 1/12/17 | 1/12/17 | Previously marked |
| 509 | | | 1/12/17 | 1/12/17 | Previously marked |
| 503 | | | 1/12/17 | 1/12/17 | 1-30-07 Emails Oberbillig, et al. |
| 607 | | | 1/12/17 | 1/12/17 | 1-30-07 Emails Oberbillig, et al. |
| 8 | | | 1/12/17 | 1/12/17 | 5-4-10 Email to Shaffer from Vendor Inquiries |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| THOMAS KRAKAUER | | vs. | DISH NETWORK L.L.C. | | CASE NO. 14CV333 |
|---|---|---|---|---|---|
| PLF. | DEF. | DATE | MARKED | ADMIT | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 52 | | | 1/12/17 | 1/12/17 | 5-12-10 Letter to Tehranchi from Musso |
| 899 | | | 1/12/17 | 1/12/17 | Email from Russo re: SSN |
| 1048 | | | 1/12/17 | 1/12/17 | OE Partner OA Action Plans Page 1 only |
| 1294 | | | 1/12/17 | 1/12/17 | 2010 Emails between Quader, Rukas, et. al. |
| 70 | | | 1/12/17 | 1/12/17 | 10-12-09 Emails between Caldwell & Musso |
| | 28 | | 1/12/17 | 1/12/17 | Retailer Chat Possible Now |
| | 6 | | 1/12/17 | 1/12/17 | Email re: SSN |
| | 9 | | 1/12/17 | 1/12/17 | Tehranchi Re: Krakauer complaint |
| | 8 | | 1/12/17 | 1/12/17 | SSN Response 5-28-09 |
| 282 | | | 1/12/17 | 1/12/17 | Previously marked |
| 1048 | | | 1/12/17 | 1/12/17 | Previously marked |
| JX 2 | | | 1/12/17 | 1/12/17 | Previously marked |
| IX | 2 | | 1/12/17 | 1/12/17 | Previously marked |
| | 1 | | 1/12/17 | 1/12/17 | Facts Blast 4-16-07 |
| 15 | | | 1/12/17 | 1/12/17 | Previously marked |
| | 16 | | 1/12/17 | 1/12/17 | Email Russo re: SSN |
| | 5 | | 1/12/17 | 1/12/17 | 5-17-10 Possible-Now Grace Period |
| | 15 | | 1/12/17 | 1/12/17 | Email Russo to Tehranchi |
| ✓ | | | 1/12/17 | — | Video depo Bahar Tehranchi |
| 22 | | | 1/12/17 | 1/12/17 | 2-1-09 SSN Outbound sales script |
| | 22 | | 1/12/17 | 1/12/17 | Addendum Service Order |
| | 26 | | 1/12/17 | 1/12/17 | Report of DNCS Scrub Session |
| ✓ | | | 1/12/17 | — | Video depo David Hill |
| 2007 | | | 1/12/17 | 1/12/17 | Affidavit of David Hill |
| | 13 | | 1/12/17 | 1/12/17 | Five9 Contract |
| ✓ | | | 1/12/17 | — | Tanya Maslennikov (Read deposition) |

Page 3 of 5 Pages

| THOMAS KRAKAUER | | vs. | DISH NETWORK L.L.C. | | CASE NO. 14CV333 |
|---|---|---|---|---|---|
| PLF. | DEF. | DATE | MARKE | ADMIT | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 197 | | | 1/12/17 | 1/12/17 | 12-21-12 Declaration Tanya Maslennikov |
| ✓ | | 1/12/17 | | | Anna Verhovskaya |
| | | | | | DRRT Data / AB Data |
| | | | | | Expert in data analysis |
| 2008 | | | 1/12/17 | 1/12/17 | Analysis of Five 9 call records (only for record) |
| 18 | | | 1/12/17 | 1/12/17 | Five 9 Call Records |
| 218 | | | 1/12/17 | 1/12/17 | Joint Stipulation pages 1-5 |
| 2058 | | | 1/13/17 | | Myerscough Opinion (only for record) |
| | 25 | | 1/13/17 | | FTC Report of DNC (excluded) |
| | 38 | | | | Lexis Nexis Data |
| 16 | | | | | Summary of Five 9 calls to Krakauer |
| | 208 | | | | Summary of Five 9 call data (203)-685-7296 |
| 2000 | | | | | All class telephone numbers & calls |
| | 209 | | | | Call center record (209) 369-6048 |
| | | | | | Plaintiff rests |
| ✓ | | 1/13/17 | | | Jim DeFranco, Founder of Dish, Executive Vice President |
| | JTX 2 | | 1/13/17 | 1/13/17 | Previously marked |
| 55 | | | 1/13/17 | 1/13/17 | Previously marked |
| | 3 | | 1/13/17 | 1/13/17 | Script Retailer Chat |
| 70 | | | 1/13/17 | 1/13/17 | Previously marked |
| 22 | | | 1/13/17 | 1/13/17 | Previously marked |
| | 2 | | 1/13/17 | 1/13/17 | Previously marked |
| ✓ | | 1/17/17 | | | Dr. Debra Aron, Navigant Economics Managing Director |
| 2008 | | | 1/17/17 | 1/17/17 | Previously marked |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| THOMAS KRAKAUER | | | | vs. | DISH NETWORK L.L.C. | CASE NO. 14CV333 |
|---|---|---|---|---|---|---|
| PLF. | DEF. | DATE | MARKED | ADMIT | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | ✓ | 1/17/17 | — | — | Robert Fenili, Georgetown Economic Services | |
| | 25 | 1/17/17 | — | — | Previously marked (excluded) | |
| | | | | | Defendant rests | |
| 2015 | | 1/17/17 | — | — | Depo Transcript Jim DeFranco *only for Recad* | |
| Court Exh 1 | | 1/17/17 | — | — | Draft Verdict Sheet | |
| Court Exh 2 | | 1/17/17 | — | — | Draft Instructions Before Argument | |
| Court Exh 3 | | 1/18/17 | — | — | Instructions on Issue One | |
| | | | | | Plaintiff's Exhibits not admitted returned to counsel  John W. Gwin  1-19-17 | |
| | | | | | Defendant's Exhibits not admitted returned to counsel  1/19/17 | |