IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS H. KRAKAUER, ) | |
| on behalf of a class of persons, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:14-CV-333 |
| ) | |
| DISH NETWORK, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION TO APPROVE FORM OF NOTICE

This matter is before the Court upon the Plaintiff's Expedited Motion to Approve Form of Notice. Through counsel, Dish has informed the Court's case manager that it does not object. Upon consideration of the foregoing request, the papers submitted in support, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the motion, Doc. 298, is **GRANTED** and the form of notice is approved for mailing; and

**IT IS FURTHER ORDERED** that notice be mailed to affected class members within four days of the entry of this Order.

This the 25th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE