## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS KRAKAUER,

          Plaintiff,

    v.

DISH NETWORK LLC,

          Defendant.

Case No. 1:14-CV-00333-CCE-JEP

**Oral Argument Requested**

## DEFENDANT DISH NETWORK L.L.C.'S RULE 50(b) MOTION
## FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Federal Rule of Civil Procedure 50(b), Defendant DISH Network

L.L.C. respectfully moves the Court for judgment as a matter of law on all counts.

Pursuant to Local Rule 7.3(c), DISH hereby requests a hearing or an oral argument to

fully address the issues discussed herein. A brief stating the grounds for this Motion will

be filed separately herewith.

Dated:  March 7, 2017

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   /s/ Peter A. Bicks
Peter A. Bicks
Elyse D. Echtman
John L. Ewald

51 West 52nd Street
New York, NY 10019-6142
Telephone:  (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com
jewald@orrick.com


 /s/ Eric Larson Zalud
Eric Larson Zalud
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone:  (216) 363-4588
ezalud@beneschlaw.com


 /s/ Richard J. Keshian
Richard J. Keshian
North Carolina Bar No. 10681
KILPATRICK TOWNSEND & STOCKTON
LLP
1001 West 4th Street
Winston-Salem, NC 27101
Telephone:  (336) 607-7322
rkeshian@kilpatricktownsend.com

*Attorneys for Defendant DISH Network L.L.C.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2017, I electronically filed the above document

with the Clerk of Court using the CM/ECF system, which will send notifications of such

filing to all counsel of record.

/s/ Peter A. Bicks

Peter A. Bicks
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
pbicks@orrick.com

*Attorneys for Defendant DISH Network L.L.C.*