IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS H. KRAKAUER, )
on behalf of a class of persons, )
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　)
v. ) 1:14-CV-333
　　　　　　　　　　　　　　　　　)
DISH NETWORK, L.L.C., )
　　　　　　　　　　　　　　　　　)
　　　　Defendant. )

## ORDER

The Court has reviewed the parties' Joint Submission with Proposed Schedule, and orders the parties to adhere to the following deadlines:

　　　　April 26, 2017:　　　Plaintiff and DISH will each file a motion outlining their proposed post-trial procedures.

　　　　May 10, 2017:　　　The parties will file their responses to these motions.

　　　　May 19, 2017:　　　The parties will file their replies.

The usual page limits for briefing will apply. The Court will evaluate the need for a hearing after it reviews the briefing. The parties should keep June 7 available, should a hearing be needed. The Court anticipates denying pending motions, Docs. 318, 320, so the parties should proceed on that basis.

**SO ORDERED**, this 18th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE