# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS H. KRAKAUER,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK, LLC,<br><br>Defendant. | No. 1:14-CV-333<br><br>DECLARATION OF DANIEL BURKE RE KCC QUALIFICATIONS |

I, Daniel Burke, declare as follows:

1. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

**INTRODUCTION**

2. I am the Executive Vice President at Kurtzman Carson Consultants LLC ("KCC"). KCC is one of the largest full-service class action notice and settlement administrators in the country. Before my arrival at KCC, I was the Executive Vice President at Gilardi & Co. LLC, a class action administration company that was acquired by KCC in 2015.[1] I also served as a Deputy District Attorney in Alameda County for 14 years. I received my B.S. in Marketing from Santa Clara University and J.D. from Golden Gate University. I am also a member of the California State Bar.

3. The purpose of this Declaration is to provide the Court with KCC's qualifications and experience as a leading class action administration firm.

---

[1] This declaration combines the class action notice and administration experience of both firms.

1

*Krakauer v. Dish Network, LLC*, No. 1:14-cv-333
DECLARATION OF DANIEL BURKE RE KCC QUALIFICATIONS

Case 1:14-cv-00333-CCE-JEP   Document 359-1   Filed 09/06/17   Page 2 of 9

**FIRM EXPERIENCE**

4.  KCC is a leading notice and settlement administration firm that provides comprehensive class action services, including legal notification, email and postal mailing campaign implementation, website design, call center support, class member data management, claims processing, check and voucher disbursements, tax reporting, settlement fund escrow and reporting, and other related services critical to the effective administration of class action settlements. With more than thirty years of industry experience, KCC has developed efficient, secure and cost-effective methods to properly handle the voluminous data and mailings associated with the noticing, claims processing and disbursement requirements of these matters to ensure the orderly and fair treatment of class members and all parties in interest. Since 1984, KCC has been retained to administer more than 6,000 class actions and distributed payments totaling well over $20 billion in assets.

5.  KCC has extensive experience in all aspects of class action administration, including in dozens of Telephone Consumer Protection Act ("TCPA") cases such as this. For example: *Abdeljalil v. GE Capital Retail Bank*, No. 12-cv-02078 (S.D. Cal.); *Adams v. AllianceOne Receivables Management, Inc.*, No. 08-cv-00248 (S.D. Cal.); *Allen v. JPMorgan Chase Bank*, No. 13-cv-08285 (N.D. Ill.); *Bayat v. Bank of the West*, No. 13-cv-2376 (N.D. Cal.); *Birchmeier et al. v. Caribbean Cruise Line, Inc.*, No. 12-cv-04069 (N.D. Ill.); *Biringer v. First Family Insurance, Inc.*, No. 14-cv-566 (N.D. Fla.); *Boise v. ACE American Insurance Company*, No. 15-cv-21264 (S.D. Fla.); *Charvat v. AEP Energy*, No. 14-cv-3121 (N.D. Ill.); *Charvat v. Travel Services (Carnival)*, No. 12-cv-05746 (N.D. Ill.); *Clark, et al. v. Gannett Co. Inc.*, No. 14-cv-00022 (D. N.J.); *Coffman v. Glide Talk, Ltd.*, No. 13-cv-05190 (N.D. Ill.); *Connor v. JPMorgan*, No. 10-cv-01284 (S.D. Cal.); *Couser v. Comenity Bank*, No. 12-cv-02484 (N.D. Cal.); *Craftwood Lumber Co. v. Interline Brands, Inc.*, No. 11-cv-4462 (N.D. Ill.); *Crossley et al. v. Joya Communications, Inc.*, No. 16 CH 14771 (Cir. Ct. Cook Cnty., Ill.); *Cummings v. Sallie Mae, Inc.*, No. 12-cv-9984 (N.D. Ill.); *Davenport v. Discover*, No. 15-cv-06052 (N.D. Ill.); *Grannan v. Alliant Law Group, P.C.*, No. 10-cv-02803 (N.D. Cal.); *Guarisma v. Blue Cross Blue Shield of*

2

*Florida*, No. 13-cv-21016 (S.D. Fla.); *Hageman v. AT&T Mobility LLC*, No. 13-cv-50 (D. Mont.); *Hetherington v. Omaha Steaks*, No. 13-cv-2152 (D. Ore.); *Hibler v. Santander Consumer USA*, No.13-01354 (C.D. Cal.); *In re Life Time Fitness*, MDL No. 2564 (D. Minn.); *In re Midland Credit Management, Inc. TCPA Litigation*, No. 11-md-2286 (S.D. Cal.); *In re Portfolio Recovery Associates, LLC TCPA Litigation*, No. 11-md-02295 (S.D. Cal.); *James v. JPMorgan Chase Bank NA*, No. 15-cv-2424 (M.D. Fla.); *Jonsson v. USCB, Inc.*, No. 13-cv-8166 (C.D. Cal.); *Kolinek v. Walgreen Co.*, No. 13-cv-04806 (N.D. Ill.); *Lee v. Global Tel Link Corporation*, No. 15-cv-02495 (C.D. Cal.); *Lees v. Anthem Ins. Cos., Inc.*, No. 13-cv-01411 (E.D. Mo.); *Luster v. Duncan Solutions*, No. 14-cv-00112 (N.D. Ga.); *Luster v. Wells Fargo Dealer Services Inc.*, No. 15-cv-01058 (S.D. Ga.); *Martin v. Global Marketing Research Services, Inc.*, No. 14-cv-1290 (M.D. Fla); *Melito v. American Eagle Outfitters*, No. 14-cv-02440 (S.D.N.Y.); *Mey v. Got Warranty, Inc.*, No. 15-cv-00101 (N.D. W.Va.); *Mey v. Patriot Payment Group*, No. 5:15-cv-00027 (N.D. W.Va.); *Newman v. AmeriCredit*, No. 11-cv-3041 (S.D. Cal.); *Ossola v. American Express Co.*, No. 13-cv-04836 (N.D. Ill.); *Prater v. Medicredit, Inc.*, No. 14-cv-00159 (E.D. Mo.); *Prather v. Wells Fargo Bank, N.A.*, No. 15-cv-04231 (M.D. Ga.); *Reginald Moore v. Family Dollar Stores, Inc.*, No. 14-cv-01542 (E.D. Mo.); *Rinky Dink Inc. v. World Business Lenders LLC*, No. 14-cv-00268 (W.D. Wash.); *Sanders v. RBS Citizens*, No. 13-cv-3136 (S.D. Cal.); *Sherman v. Kaiser Foundation Health Plan, Inc.*, No. 13-cv-00981 (S.D. Cal.); *Shestopal v. Follett Higher Education Group Inc.*, No. 15-cv-8980 (N.D. Ill.); *Steinfeld v. Discover Financial Services*, No. 12-cv-01118 (N.D. Cal.); and *Thomas v. Dun & Bradstreet Credibility Corp.*, 15-cv-03194 (C.D. Cal.).

6. Some other case examples which KCC has been involved with include: *In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, No. 8:10-ml-02151 (C.D. Cal.); *Edwards v. National Milk Producers Federation*, No. 11-cv-04766 (N.D. Cal.); *In re Mattel, Inc., Toy Lead Paint Products Liability Litigation*, No. 2:07-ml-01897 (C.D. Cal.); *Pappas v. Naked Juice Co.*, No. 2:11-cv-08276 (C.D. Cal.); *Lavender v. Skilled Healthcare Group, Inc.*, No. DR060264 (Cal. Super. Ct.); *Utility Consumers' Action Network and Eric Taylor v. Sprint Solutions, Inc.*, No. 3:2007cv02231 (S.D. Cal.); *In re Bank of*

3

*America Credit Protection Marketing and Sales Practices Litigation*, No. 11-md-02269 (N.D. Cal.); *In re Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation*, No. 08-md-01907 (E.D. Mo.); *"American Idol"/"Deal or No Deal" Litigation–Couch v. Telescope Inc./Herbert v. Endemol USA, Inc.*, No. 2:07-cv-03916 (C.D. Cal.); *In re Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation*, No. 1:09-md-02023 E.D.N.Y.); *Benware v. Hugo Boss, U.S.A.*, No. 12-cv-01527 (S.D. Cal.); *Lerma v. Schiff Nutrition International, Inc.*, No. 1:13-CV-07747 (N.D. Ill.); *Cobb v. BSH Home Appliances Corp.*, No. 8:10-CV-0711 (C.D. Cal.); *Roberts v. Electrolux Home Products, Inc.*, No. 8:12-CV-01644 (C.D. Cal.); *Cappalli v. BJ's Wholesale Club, Inc.*, No. 1:10-CV-00407 (D. R.I.); *Stroud v. eMachines, Inc.*, No. CJ-2003-968 L (D. Ct. Cleveland Cnty, Okla.); *In re Nissan Radiator/Transmission Cooler Litig.*, No. 10-CV-07493 (S.D.N.Y.); and *Robles v. Lucky Brand Dungarees, Inc.*, No. 10-CV-04846 (N.D. Cal.).

7. KCC's firm resume, attached as **Exhibit 1**, includes additional detail on our industry experience and capabilities.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 6, 2017 at San Rafael, California.

_____
Daniel Burke          © *2017 KCC*

4

# EXHIBIT 1



**KCC Class Action Services Resume**

KCC is an industry leader in class action settlement administration. We administer claims processes and distribute funds in a vast array of varying matters, ranging from small and simple settlements to multi-year complex settlements involving millions of claimants.

KCC's parent company, Computershare, is a $6 billion publicly-traded company which, among its many business lines, provides global financial services centering on communications with customers on behalf of our corporate clients. Computershare employs over 16,000 people and does business with more than 16,000 clients in more than 21 countries. KCC's operations are regulated by federal agencies, including both the SEC and OCC. KCC has the largest infrastructure in the class action industry, and is backed by superior data security, call center support and technology. In addition to the immense resources and capabilities brought to bear through Computershare, KCC can execute all operations in-house with zero outsourcing; a capacity which allows for full quality control over each aspect of service.

KCC has administered over 6,500 class action settlements and handled thousands of distribution engagements in other contexts as well. Our domestic infrastructure includes call centers with over 1,200 seats, claims intake facilities that can open and scan 200,000 claims in a single day, and document production capabilities that print and mail millions of documents annually. Last year, our disbursement services team distributed over half a trillion dollars.

**Locations**
KCC has an administrative office in El Segundo, CA and an operations office in San Rafael, CA. In addition to these offices, KCC has the global support of Computershare. In the United States, Computershare has more than 20 offices.

**KCC Personnel**
KCC's experienced team of experts knows first-hand the intricacies contained in every aspect of settlement administration, and approach each matter with careful analysis and procedural integrity. Each client is assigned a team of experienced consultants, specialists and technology experts who serve as knowledgeable, reliable and accessible partners that have earned a reputation for exceeding clients' expectations. KCC's executive team – Gerry Mullins, President; James Le, Chief Operating Officer; Patrick Ivie, Senior Executive Vice President; and Patrick Passarella, Senior Vice President – are experienced industry leaders.

Our personnel have considerable experience which includes years of practice with KCC and related endeavors. KCC's professionals have extensive training, both on-the-job and formal, such as undergraduate and advanced business, information technology and law degrees, and they possess and/or have had licenses and certificates in disciplines that are relevant to class action administration.

**Recognition**
Our high-quality, cost-effective notice and settlement administration services have been recognized by *The National Law Journal*, *The New York Law Journal, The New Jersey Law Journal, The Recorder, Legal Intelligencer, Legal Times* and other leading publications. KCC has earned the trust and confidence of our clients with our track record as a highly-responsive partner.



| Settlement Value | |
| Case | Value |
| --- | --- |
| Fortis Settlement | $1,572,690,000 |
| U.S.A. v. The Western Union Company | $586,000,000 |
| Vaccarino v. Midland National Life Ins. Co | $555,000,000 |
| Safeco v. AIG | $450,000,000 |
| Johnson v. Caremark Rx, LLC | $310,000,000 |
| In re Activision Blizzard, Inc. Stockholder Litigation | $275,000,000 |
| Harborview MBS | $275,000,000 |
| Dial Corp. v. News Corporation, et al. | $244,000,000 |
| In re Medical Capital Securities Litigation Settlement | $219,000,000 |
| In Re: NCAA Athletic Grant-In-Aid Antitrust Litigation | $208,664,445 |
| Gutierrez v. Wells Fargo Bank, N.A | $203,000,000 |
| Bell v. Farmers - Bell III | $170,000,000 |
| McReynolds v. Merrill Lynch | $160,000,000 |
| Haddock v. Nationwide Life Insurance Co. Settlement | $140,000,000 |
| Miramonte Qualified Settlement Fund | $139,500,000 |
| In re Freeport-McMoran Copper & Gold Inc. Derivative Litigation Notice | $137,500,000 |
| Bank of America, et al. v. El Paso Natural Gas Company, et al. | $115,000,000 |
| Rural/Metro Corporation Stockholders Litigation | $97,793,880 |
| J.C. Penney Securities Litigation | $97,500,000 |
| Smokeless Tobacco Cases | $96,000,000 |
| Oubre v. Louisiana Citizens | $92,865,000 |
| Ormond, et al, v. Anthem, Inc. | $90,000,000 |
| In re DRAM Antitrust Litigation | $87,750,000 |
| Ideal v. Burlington Resources Oil & Gas Company LP | $85,000,000 |
| Willoughby v. DT Credit Corporation, et al. (Drivetime) | $78,000,000 |
| Bank of America Wage and Hour Employment Practices Litigation | $73,000,000 |
| WaMu TIA | $69,000,000 |
| Dana Corporation Securities Litigation | $65,000,000 |
| Abarca v. and Hernandez v. Merck & Co., Inc. | $60,000,000 |
| Birchmeier et al. v. Caribbean Cruise Line, Inc. | $56,000,000 |
| In re Intercept Pharmaceuticals, Inc. Securities Litigation | $55,000,000 |
| Ideal v. BP America | $55,000,000 |
| United States of America v JP Morgan Chase Bank, NA | $54,300,000 |
| In re Apple iPhone/iPod Warranty Litigation | $53,000,000 |
| Eck v. City of Los Angeles, et al. | $52,000,000 |
| Edwards v. National Milk Producers Federation et al. | $52,000,000 |
| DeLaTorre Qualified Settlement Fund | $51,900,000 |
| Anderson v. The Attorney General of Canada | $50,000,000 |
| eMachine Consumer Settlement | $50,000,000 |



| Class Members | |
|---|---|
| Case | Volume |
| Edwards v. National Milk Producers Federation et al. | 90,000,000 |
| The Home Depot, Inc. Customer Data Security Breach Litigation | 40,000,000 |
| Cassese v. WashingtonMutual | 23,200,344 |
| In Re Lithium Ion Batteries Antitrust Litigation | 16,000,000 |
| Gordon v. Verizon Communications, Inc. | 15,236,046 |
| Opperman et al v. Path, Inc. | 14,000,000 |
| Discover TCPA | 9,830,433 |
| Elvey v. TD Ameritrade, Inc. | 8,639,226 |
| Russell v. Kohl's Department Stores Inc. | 8,500,000 |
| Suchanek v. Sturm Foods, Inc., Grove Square Coffee Class Certification | 8,200,000 |
| Shames v. The Hertz Corporation | 7,271,238 |
| In re MagSafe Power Adapter Litigation | 5,293,952 |
| Portfolio Recovery Associates Telephone Consumer Protection Act Litigation | 5,000,000 |
| Morales v. Conopco Inc. dba Unilever (TRESemmé Naturals) | 5,000,000 |
| Tammy Raab v. Kent W. Abernathy & Indiana Bureau of Motor Vehicles II | 5,000,000 |
| Raab v. Waddell and The Indiana Bureau of Motor Vehicles | 4,677,968 |
| In re Lidoderm Antitrust Litig. Class Cert. | 4,400,000 |
| Couser v Comenity Bank | 4,115,621 |
| Torczyner v. Staples, Inc. | 4,000,000 |
| Siciliano v. Apple, Inc. | 4,000,000 |
| Horosny v. Burlington Coat Factory of California LLC | 3,700,000 |
| Apple Purchase Litigation | 3,548,612 |
| Flaum v. Subway | 3,503,113 |
| Luster v. Wells Fargo | 3,385,048 |
| Kearney v. Equilon Enterprises LLC dba Shell Oil | 3,000,000 |
| Walter, et al. v. Hughes Communications, Inc., et al. | 2,792,574 |
| Cappalli v. BJ's Wholesale Club, Inc. | 2,767,358 |
| Shurtleff v. Health Net of California, Inc. | 2,529,949 |
| Clark v. Gannett Co. Inc. et al. | 2,500,000 |
| Alvarez v. Kmart Holding Corp. | 2,240,000 |
| Mullins v. Direct Digital LLC | 2,200,000 |
| Nicole Newman v. AmeriCredit Financial Services | 2,033,588 |
| Hankinson, et al. v. RTG Furniture Corp., dba Rooms To Go | 2,000,000 |
| National Veterans Legal Services Program, et al. v. United State | 2,000,000 |
| Davenport v. Discover | 2,000,000 |
| Ayyad v. Sprint | 2,000,000 |