IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS H. KRAKAUER, ) | |
| on behalf of a class of persons, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:14-CV-333 |
| ) | |
| DISH NETWORK, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING JOINT MOTION FOR APPOINTMENT OF CLAIMS ADMINISTRATOR

This matter is before the Court on the parties' Joint Motion for Appointment of Claims Administrator. Doc. 359. The Court grants the motion, and appoints Kurtzman Carson Consulting as Claims Administrator.

**SO ORDERED**, this 11th day of September, 2017.

UNITED STATES DISTRICT JUDGE