# EXHIBIT 1

*Dish Network Class Action* Claims Administrator
c/o KCC Class Action Services
P.O. Box 404017
Louisville, KY 40233-4017

**DKR**

«Barcode»
Postal Service: Please do not mark barcode

Claim#: DKR-«Claim8»-«CkDig»
«First1» «Last1»
«Addr1» «Addr2»
«City», «St»  «Zip»
«Country»



*Thomas H. Krakauer v. Dish Network, L.L.C.*

U.S. DISTRICT COURT, MIDDLE DISTRICT OF NORTH CAROLINA

Case No. 1:14-CV-333

**Must Be Postmarked No Later Than March 7, 2018**

# DISH Telemarketing Lawsuit Payment Form

**CHANGE OF ADDRESS (ONLY IF DIFFERENT FROM ABOVE)**

Primary Address

Primary Address Continued

City   State   Zip Code

(complete, sign, and mail postmarked by March 7, 2018)

Telephone Number: «PhoneNo»

Maximum Potential Cash Payment: «EstAmt»

May we contact you by telephone or email?   Telephone ○   Email ○

Telephone Number

Email Address

Did you or someone in your household have this telephone number between May 11, 2010 and August 1, 2011?   Yes ○   No ○

**\*IF "No,"** you are not eligible to receive a payment. Please sign and date the form below, and return it in the enclosed envelope. If you know who had this number in 2010-2011, please identify that person, and include any contact information you may have:

_____

_____

**\*IF "Yes,"** who was your telephone provider (for example, Verizon, AT&T) at that time?

If you have a telephone bill or other documents showing that you or someone in your household had this number, please attach a copy. If you do not have these kinds of documents, that's OK; please sign and return this form, and the Claims Administrator will contact you to help you complete your claim for payment.

By signing, you affirm that the information is correct to the best of your knowledge.

_____       _____
Sign your name here                                                    Print your name here

_____
Date (mm/dd/yyyy)

For more information: www.DishClassAction.com or 1-866-650-3711

**\*DKRFIRST\***

| FOR CLAIMS PROCESSING ONLY | OB | | CB | | ○ DOC  ○ LC  ○ REV | ○ RED  ○ A  ○ B |

LEGAL NOTICE FROM THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

# You Could Receive a <u>Large Cash Payment</u> as Damages for Telemarketing Calls Placed in 2010-2011 to Sell DISH Network Subscriptions.

*A Court Has Directed that this Notice be Mailed to You. You are not being sued.*

## Submit a Claim Online or Complete and Mail the Enclosed Form by March 7, 2018 to be Eligible for a Payment.

Your Telephone Number: «PhoneNo»

Maximum Amount of Your Potential Damages Award, if Eligible: $«EstAmt»

To be eligible for payment, submit a claim online at www.DishClassAction.com using **ClaimID «Claim8»** and **PIN «PIN»** or complete the form on the next page, and mail it and any supporting documents in the enclosed prepaid envelope postmarked by **March 7, 2018.**

This form was mailed to you because records show that you or someone in your household had the telephone number shown above at some point between the class period of May 11, 2010 and August 1, 2011.

In 2014, a consumer named Thomas Krakauer brought a lawsuit in North Carolina federal district court against DISH Network L.L.C. He claimed that a DISH authorized retailer illegally made telemarketing calls to him while his number was on the national Do Not Call Registry, and that DISH was responsible for those calls. The judge allowed the case to be brought for a group of consumers—called a class action—who also received DISH telemarketing calls.

After a trial in January 2017, a jury found that DISH was liable for calls placed by the retailer to certain telephone numbers on the Do Not Call Registry, including «PhoneNo». The jury, however, did not determine the identity of class members who should receive an award. The potential damages award for each call is $1,200. Records show that the above telephone number received «CallAmt» calls during the class period (May 11, 2010 through August 1, 2011), making the person or persons who had the number during the class period eligible for a maximum damages award of $«EstAmt». The Court will reduce that amount by some percentage to pay the attorney's fees and costs requested by the class lawyers who tried the case.

Submitting the Payment Form does not guarantee payment. A decision must be made on whether you are eligible for a payment. DISH also has the right to appeal the jury's verdict.

The case is *Krakauer v. DISH Network, L.L.C*., No. 1:14-CV-333. It was filed in the U.S. District Court for the Middle District of North Carolina.

If you have questions, you can visit the Claims Administrator's website at www.DishClassAction.com, or call the Claims Administrator at 1-866-650-3711. You may also call the lawyers for the class at (304) 345-6555. Do not call the Court, DISH Network, or the attorneys for DISH Network.



Dish Network Class Action Claims Administrator
c/o KCC Class Action Services
P.O. Box 404017
Louisville, KY 40233-4017

**<u>Court-Ordered Notice</u>: You Could Receive a Large Cash Payment as Damages for Telemarketing Calls Selling <span style="color:red">DISH</span> Network Subscriptions.**

▯▮▯▯▯▯▯▯▯▯▯ DKR-<<Claim8>>-<<CkDig>>
<<FirstName>> <<LastName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>-<<Zip4>>

# DKR

**Complete and Mail the Enclosed Form by March 7, 2018 to be Eligible for a <u>Payment</u>.**