IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS H. KRAKAUER,
on behalf of a class of persons,

    Plaintiff,

v.                                       Civil Action No. 1:14-cv-00333-CCE-JEP

DISH NETWORK, L.L.C.,

Defendant.

## PLAINTIFF'S MOTION FOR JUDGMENT/DISBURSEMENT OF AWARD

In its July 27, 2017 Order, the Court invited a motion for entry of judgment in favor of "any group of class members who are identified fully and without contradiction in the existing data." (*See Memorandum Opinion & Order,* ECF No. 351 at 16). For the reasons set forth in the accompanying memorandum, Plaintiff respectfully requests that the Court enter judgment or authorize disbursal of the jury's award to the 11,471 class members identified in Exhibit 1.

                                                               **Respectfully submitted,**

                                                               /s/ John W. Barrett
                                                               John W. Barrett
                                                               Brian A. Glasser
                                                               **Bailey & Glasser LLP**
                                                               209 Capitol Street
                                                               Charleston, WV 25301
                                                               Telephone: (304) 345-6555
                                                               jbarrett@baileyglasser.com
                                                               bglasser@baileyglasser.com

/s/ J. Matthew Norris
J. Matthew Norris
**Norris Law Firm, PLLC**
1033 Bullard Court, Suite 207
Raleigh, NC 27615
(919) 981-4775
(919) 926-1676 facsimile
jmn@ncconsumerlaw.com

/s/ Matthew P. McCue
Matthew P. McCue
**The Law Office of Matthew P. McCue**
1 South Ave., Third Floor
Natick, MA 01760
Telephone: (508) 655-1415
mmcue@massattorneys.net

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2017, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

                                            /s/ John W. Barrett
                                            John W. Barrett