# Exhibit 3

| | |
|---|---|
| **From:** | Ewald, John |
| **To:** | John W. Barrett |
| **Cc:** | mmccue@massattorneys.net; Denise L. Milhoan; Echtman, Elyse; Noonan, Allegra |
| **Subject:** | RE: Krakauer v. DISH |
| **Date:** | Tuesday, October 31, 2017 5:51:45 PM |
| **Attachments:** | image002.png |

John:

The data used for this analysis is as follows.

Files provided and used by Plaintiff:

- The list of Group 1 and Group 2 Plaintiff provided on 9/27/17: Dish_Two_Category DB_rev..xlsb
- The Five9 data used in Plaintiff's expert's report: CONFIDENTIAL – SatelliteSystemsNetwork2010-20100501-20100531 through CONFIDENTIAL – SatelliteSystemsNetwork2010-20110801-20110831
- The LexisNexis data pulled and produced by Plaintiff in the case: LN_Output_Dish_II_busreslookupfile
- The Microbilt data pulled and produced by Plaintiff in the case: Reverse Phone Search_Batch Standard Input_Template_version010_081314ABDRevph_output

Consistent with Plaintiff's use of new data sources (e.g., Experian, NCOA) to supplement the above data, DISH used the following data sources identified in the Court's Memorandum Opinion and Order (Doc. 351) as appropriate for use in the claims administration process:

Files provided by DISH on 10/23/17:

- Experian: RPA_FinalOutput.txt
- TransUnion: address append.xlsx
- Supplemental Microbilt data: 2017.09.26 BATCH REQUEST_output.xlsx

Best,

John

**John L. Ewald**
Partner

Orrick
New York
T +1-212-506-3792
jewald@orrick.com

**From:** John W. Barrett [mailto:JBarrett@baileyglasser.com]
**Sent:** Monday, October 30, 2017 12:59 PM
**To:** Ewald, John <jewald@orrick.com>
**Cc:** mmccue@massattorneys.net; Denise L. Milhoan <DMilhoan@baileyglasser.com>; Echtman, Elyse <eechtman@orrick.com>; Noonan, Allegra <anoonan@orrick.com>
**Subject:** RE: Krakauer v. DISH

John, we have spent some time with this data, and have questions:

1. Please identify all data sources you used for this analysis. Please list by file name and date of production.
2. Please identify the sources of three data files listed below. Again, by file name and date of production, please.

Thanks.

---

**John W. Barrett**
**Bailey & Glasser LLP**
**T: 304.340.2287**

**From:** Ewald, John [mailto:jewald@orrick.com]
**Sent:** Monday, October 23, 2017 11:19 PM
**To:** John W. Barrett <JBarrett@baileyglasser.com>
**Cc:** mmccue@massattorneys.net; Denise L. Milhoan <DMilhoan@baileyglasser.com>; Echtman, Elyse <eechtman@orrick.com>; Noonan, Allegra <anoonan@orrick.com>
**Subject:** Krakauer v. DISH

John:

Pursuant to the Court's July 27, 2017 Order (Doc. 351), attached are DISH's general objections to the list of ostensible class members whom Plaintiff has indicated he intends to include as part of his group judgment motion. Additionally, attached is a spreadsheet of DISH's specific objections to the list of ostensible class members, which contains the evidence indicating that these ostensible class members should not be included in the proposed judgment.

DISH is also providing the underlying data in connection with the specific objections. The large data files are being provided through Orrick's file-sharing program. Please let us know if you encounter any issues accessing these files. The data sources are identified as follows:

RPA_FinalOutput.txt: Experian
2017.09.26 BATCH REQUEST_output.xlsx: Microbilt
address append.xlsx: TransUnion

The attached general and specific objections are for discussion purposes only and DISH reserves all rights to amend those objections.

Best,

John


**John L. Ewald**
Partner

Orrick
New York
T +1-212-506-3792
jewald@orrick.com


---


**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com.


---


**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.