# EXHIBIT B

| | |
|---|---|
| **From:** | John W. Barrett |
| **To:** | "Echtman, Elyse" |
| **Cc:** | Matthew McCue; Denise L. Milhoan; Anthony Paronich (anthony@broderick-law.com) |
| **Subject:** | RE: Krakauer - AB Data information regarding class notice |
| **Date:** | Saturday, September 24, 2016 3:38:31 PM |
| **Attachments:** | image002.png<br>image003.png |

Elyse, for the remailing of returned notices, ABData used the forwarding labels from the USPS, LexisNexis, and Experian.

**From:** Echtman, Elyse [mailto:eechtman@orrick.com]
**Sent:** Tuesday, September 06, 2016 3:05 PM
**To:** John W. Barrett <JBarrett@baileyglasser.com>
**Cc:** Matthew McCue <mmccue@massattorneys.net>; Denise L. Milhoan <DMilhoan@baileyglasser.com>; Anthony Paronich (anthony@broderick-law.com) <anthony@broderick-law.com>
**Subject:** RE: Krakauer - AB Data information regarding class notice

John,

Thank you for sending along this class notice information from A.B. Data. We remain interested in what source A.B. Data used for the addresses when it re-mailed postcards that had been returned as undeliverable. That source is not identified on this spreadsheet. Please let us know.

Best regards,

Elyse

**Elyse D. Echtman**
Attorney At Law

New York

T +1-212-506-3753
eechtman@orrick.com
**orrick.com**

**From:** John W. Barrett [mailto:JBarrett@baileyglasser.com]
**Sent:** Thursday, August 25, 2016 11:33 AM
**To:** Echtman, Elyse <eechtman@orrick.com>
**Cc:** Matthew McCue <mmccue@massattorneys.net>; Denise L. Milhoan <DMilhoan@baileyglasser.com>; Anthony Paronich (anthony@broderick-law.com) <anthony@broderick-law.com>
**Subject:** Krakauer - AB Data information regarding class notice

Elyse, attached is the class notice information I mentioned on this morning's call.

---

**John W. Barrett**
**Bailey & Glasser LLP**
**AL • DC • DE • FL • MA • MO • NJ • NY • PA • WV**

Charleston, WV
209 Capitol Street
Charleston WV 25301
T: 304.340.2287
F: 304.342.1110

JBarrett@baileyglasser.com
www.baileyglasser.com

This message and any attached documents contain informa ion from the law firm of Bailey & Glasser LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use his informa ion. If you have received this transmission in error, please no ify the sender immediately by reply e-mail then delete this message.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.