IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS KRAKAUER,<br><br>      Plaintiff,<br><br>v.<br><br>DISH NETWORK L.L.C.,<br><br>      Defendant. | Case No. 1:14-CV-00333-CCE-JEP |

**DISH NETWORK L.L.C.'S NOTICE OF APPEAL TO THE
U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT**

Notice is given that Defendant DISH Network L.L.C. ("DISH") hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment of the District Court entered in this action on April 5, 2018 (Doc. 439), and from any and all other judgments, orders, opinions, decisions, rulings, and findings of the district court prior thereto, subsidiary thereto, subsumed therein, or subsequent thereto, including, but in no way limited to the District Court orders granting class certification (Doc. 111), denying Defendant's motion to dismiss or decertify on standing grounds (Doc. 218), trebling damages (Doc. 338), denying Defendant's post-trial motions under Fed. R. Civ. P. 50(b) and 59 (Doc. 341), denying Defendant's motion for judgment as a matter of law and remittitur (Doc. 370), and establishing post-trial procedures (Docs. 351, 441).

Dated: May 4, 2018						Respectfully submitted,


By: /s/ Peter A. Bicks
Peter A. Bicks
Elyse D. Echtman
John L. Ewald
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com
jewald@orrick.com

 /s/ Richard J. Keshian
Richard J. Keshian
North Carolina Bar No. 10681
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Attorneys for Defendant DISH Network L.L.C.*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 4, 2018, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

            /s/ Peter A. Bicks
            Peter A. Bicks
            ORRICK, HERRINGTON & SUTCLIFFE LLP
            51 West 52nd Street
            New York, NY 10019-6142
            Telephone: (212) 506-5000
            pbicks@orrick.com

            *Attorney for Defendant DISH Network L.L.C.*