# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**THOMAS H. KRAKAUER,**
**on behalf of a class of persons,**

    **Plaintiff,**

Civil Action No. 1:14-cv-00333-CCE-JEP

v.

**DISH NETWORK, L.L.C.,**

    **Defendant.**

## CLASS COUNSEL'S MOTION
## FOR ATTORNEY'S FEES AND NONTAXABLE COSTS

Pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum of law, Class Counsel respectfully requests an Order:

(1) Awarding Class Counsel a reasonable fee of 33.33% of the total judgment amount at the time of distribution, currently totaling $20,445,555.20;

(2) Reimbursing Class Counsel from the common fund for reasonable litigation expenses, in the amount of $481,317.73;

(3) Directing payment of the Claims Administrator's fees from the common fund; and

(4) Awarding Dr. Krakauer a well-earned and reasonable service award of $30,000.00.

**Respectfully submitted,**

/s/ John W. Barrett
John W. Barrett
Brian A. Glasser
**Bailey & Glasser LLP**
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
bglasser@baileyglasser.com

/s/ J. Matthew Norris
J. Matthew Norris
**Norris Law Firm, PLLC**
1033 Bullard Court, Suite 207
Raleigh, NC 27615
(919) 981-4775
(919) 926-1676 facsimile
jmn@ncconsumerlaw.com

Matthew P. McCue
**The Law Office of Matthew P. McCue**
1 South Ave., Third Floor
Natick, MA 01760
Telephone: (508) 655-1415
mmcue@massattorneys.net

## CERTIFICATE OF SERVICE

  I hereby certify that on May 7, 2018, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

            /s/ John W. Barrett
            John W. Barrett