FILED: November 9, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1518
(1:14-cv-00333-CCE-JEP)
_____

THOMAS H. KRAKAUER, on behalf of a class of persons

    Plaintiff - Appellee

v.

DISH NETWORK, L.L.C.

    Defendant - Appellant

_____

DRI-THE VOICE OF THE DEFENSE BAR; PRODUCT LIABILITY ADVISORY COUNCIL, INCORPORATED

    Amici Supporting Appellants

_____

O R D E R
_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk