FILED: May 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1518
(1:14-cv-00333-CCE-JEP)

_____

THOMAS H. KRAKAUER, on behalf of a class of persons

    Plaintiff - Appellee

v.

DISH NETWORK, L.L.C.

    Defendant - Appellant

_____

DRI-THE VOICE OF THE DEFENSE BAR; PRODUCT LIABILITY ADVISORY COUNCIL, INCORPORATED

    Amici Supporting Appellants

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

        /s/ PATRICIA S. CONNOR, CLERK