FILED
JUL 31 2019
Clerk U.S. District Court
Greensboro, NC
BY JCS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS KRAKAUER,

Plaintiff,

v.

DISH NETWORK L.L.C.,

Defendant.

1:14-CV-333

**ORDER**

The parties in this matter have jointly requested the release of a $63 million supersedeas bond posted by Defendant Dish Network L.L.C. on May 4, 2018, Doc. 453, once Dish has deposited the full amount of the judgment, Doc. 439, with interest with the Clerk of the Court.

After considering the application, the consent of the parties, and the Court's experience in this matter, the Court will grant this request.

Accordingly, it is ORDERED that:

1. Dish is authorized to deposit by cashier's check the full amount of the Judgment, Doc. 439, with interest and in amount agreed by the parties, $62,581,229.24, into the Court by delivering those funds and a copy of this Order to the Clerk of Court on or before August 1, 2019.
2. Upon receipt of the Deposit authorized by this Order in paragraph (1) above, the

Clerk of Court shall release the $63 million supersedeas bond posted by Dish in May 2018. Doc. 453.

3. The Clerk of Court shall deposit the funds in paragraph (1) into a Court Registry Investment System (CRIS), as provided in Local Rule 67.1(b) and as authorized by 28 U.S.C. § 2045.

This the 31st day of July, 2019.

UNITED STATES DISTRICT JUDGE