IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS H. KRAKAUER,
on behalf of a class of persons,

    Plaintiff,

v.                                           1-14-CV-333

DISH NETWORK, L.L.C.,

    Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REVISE BRIEFING SCHEDULE

This matter is before the Court on the plaintiff Thomas H. Krakauer's Motion to Revise Briefing Schedule. The defendant consents to this Motion. The Court finds good cause for the requested extension.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.

The plaintiff's response to DISH Network L.L.C.'s Brief in Connection with the Allocation Issue shall be filed no later than August 29, 2019. The defendant's reply is due no later than September 12, 2019.

Entered this 21st day of August, 2019.

                                                      UNITED STATES DISTRICT JUDGE