IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS H. KRAKAUER, )
on behalf of a class of persons, )
    Plaintiff, )
)
    v. ) 1:14-CV-333
)
DISH NETWORK, L.L.C., )
    Defendant. )

## ORDER DISPURSING ATTORNEY'S FEES AND LITIGATION COSTS

As set forth in the Court's December 23, 2019 Memorandum Opinion and Order, Doc. 538 at 15, the Clerk shall disburse to Class Counsel, from the judgment fund, attorney's fees of $20,447,600, and litigation costs of $481,317.73. The Clerk shall wire these funds to Class Counsel into the account provided by Class Counsel John Barrett.

This the 6th day of January, 2020.

                                         UNITED STATES DISTRICT JUDGE