IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| THOMAS H. KRAKAUER, on behalf of a class of persons, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:14-CV-333 |
| DISH NETWORK LLC, | ) ) | |
| Defendant. | ) | |

## AMENDED ORDER DISBURSING ATTORNEY'S FEES AND LITIGATION COSTS

As set forth in the Court's December 23, 2019 Memorandum Opinion and Order, Doc. 538 at 15, the Clerk shall disburse to Class Counsel Bailey Glasser, from the judgment fund, attorney's fees of $20,447,600, and litigation costs of $481,317.73. The Clerk shall wire these funds to Bailey Glasser, LLP, per the account information provided by Class Counsel John Barrett.

This the 7th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE