FILED: February 24, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1198
(1:14-cv-00333-CCE-JEP)

_____

THOMAS H. KRAKAUER, on behalf of a class of persons

    Plaintiff - Appellee

v.

DISH NETWORK, LLC

    Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Originating Case Number | 1:14-cv-00333-CCE-JEP |
| Date notice of appeal filed in originating court: | 02/21/2020 |
| Appellant(s) | DISH NETWORK, L.L.C. |
| Appellate Case Number | 20-1198 |
| Case Manager | T. Fischer<br>804-916-2704 |