# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS KRAKAUER,
on behalf of a class of persons,

    Plaintiff,

v.

DISH NETWORK L.L.C.,

    Defendant.

**Civil Action No. 1:14-cv-00333-CCE-JEP**

## DECLARATION OF JULIE SWANSON REGARDING ADMINISTRATION COSTS

I, Julie Swanson, declare:

1. I am a Senior Project Manager of Class Actions at Kurtzman Carson Consultants LLC ("KCC"). My business address is 3301 Kerner Boulevard, San Rafael, California 94901. I am familiar with, and have personal knowledge of, the matters stated in this declaration and am competent to testify about them if called upon to do so.

2. On the parties' joint motion, the Court appointed KCC as the claims administrator and issued a series of claims procedures orders outlining KCC's responsibilities.

3. From January 1, 2020 through March 31, 2020, KCC has incurred $7,711.80 in fees and costs for the notice and claims administration. The invoice, attached hereto as Exhibit A, is intended to provide sufficient detail outlining the work KCC has

completed from January 1, 2020 through March 31, 2020. The administration costs incurred to date are categorized as follows.

| | | |
|---|---|---:|
| 1. Website | $ | 150.00 |
| 2. IVR & Telephone Support | $ | 1,479.80 |
| 3. Case Management and Communication | $ | 6,082.00 |
| **Subtotal:** | $ | 7,711.80 |
| **Estimated Sales and Use Tax:** | $ | **0.00** |
| **Total:** | $ | **7,711.80** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __6th__ day of April 2020

_Julie Swanson_
Julie Swanson

# Exhibit A



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

Krakauer v. Dish Network LLC Judgment
3301 Kerner Blvd
San Rafael CA 94901

| **Contact** | Julie Swanson |
|---|---|
| **Telephone** | 415-361-7066 |
| **Job Number** | DKR |

| Account Number | DKR-ROS | Invoice Date | 06 April 2020 |
|---|---|---|---|
| Invoice Number | US_ASG1768378 | Due Date | 06 May 2020 |

For services rendered through the end of March 2020

| **Expenses** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| Website Hosting | 3 | $50.00 | $150.00 |
| IVR Line Charges | 347.01 | $0.18 | $62.46 |
| Telephone Support | 1,013.87 | $1.25 | $1,267.34 |
| Monthly Call Center Fee | 3 | $50.00 | $150.00 |
| **Total Expenses** | | | **$1,629.80** |

| **Staff Hours** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| Website Development and Maintenance | 4.08 | $100.00 | $408.00 |
| Project Management | 5.59 | $100.00 | $559.00 |
| Reporting and Declarations | 2.5 | $100.00 | $250.00 |
| Tax Compliance | 2.25 | $100.00 | $225.00 |
| Accounting | 0.75 | $100.00 | $75.00 |
| Mail/Email Correspondence | 15.41 | $100.00 | $1,541.00 |
| Client Communications | 30.24 | $100.00 | $3,024.00 |
| **Total Staff Hours** | | | **$6,082.00** |



| Account Number | DKR-ROS | | Invoice Date | 06 April 2020 |
| --- | --- | --- | --- | --- |
| Invoice Number | US_ASG1768378 | | Due Date | 06 May 2020 |

For services rendered through the end of March 2020

| | |
| --- | --- |
| Invoice Subtotal | $7,711.80 |
| Total Sales and Use Tax | $0.00 |
| Total Amount Due | $7,711.80 |

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
| --- | --- | --- | --- |
| **Account Number** | DKR-ROS | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US ASG1768378 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $7,711.80 | Dept CH 16639 | HSBC Bank, NA |
| **Amount Paid** | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue |
| | | | New York, NY 10081 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

Page 2 of 2

Case 1:14-cv-00333-CCE-JEP   Document 573-1   Filed 04/07/20   Page 5 of 5