IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

THOMAS H. KRAKAUER,
on behalf of a class of persons,

    Plaintiff,

v.                                                      Civil Action No. 1:14-cv-00333-CCE-JEP

DISH NETWORK, L.L.C.,

    Defendant.

## SECOND JOINT MOTION FOR EXTENSION OF FILING DEADLINES WITH RESPECT TO DISPOSITION OF UNCLAIMED FUNDS

The parties, through their undersigned counsel, jointly move the Court for an order that allows for a one-week extension of the deadlines contained in the Order on Joint Motion for Extension of Time (Doc. 572) for briefing on the disposition of unclaimed funds. The parties request this extension to facilitate negotiations on a potential settlement of the remaining issues in this case. In support of the Joint Motion, the parties state as follows:

The Order on Joint Motion for Extension of Time requires Plaintiff to file a joint motion or Plaintiff's motion (if agreement cannot be reached) regarding the disposition of unclaimed funds, along with a proposed order and brief, on April 13, 2020. This date was originally set for April 2, 2020, but was extended to allow the parties to negotiate toward a potential settlement. Remaining briefing deadlines were listed in the Order.

Since the Court entered the Order, the parties have exchanged settlement proposals, and continue to negotiate. The parties believe a one-week extension of the briefing schedule is necessary and prudent to allow the parties to continue their negotiations.

For these reasons, which constitute good cause for an extension of time, the parties respectfully request that the current deadlines be extended as follows:

- Joint motion or Plaintiff's motion due:   April 20, 2020
- DISH's motion and opposition due:   May 4, 2020
- Plaintiff's opposition and reply due:   May 14, 2020
- DISH's reply due:   May 19, 2020

* * *

The parties respectfully request that the Court grant the extension of time requested in this Joint Motion.  A proposed order is attached as Exhibit A.

Respectfully submitted,

Dated:  April 10, 2020

*/s/ John W. Barrett*
John W. Barrett
Brian A. Glasser
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
bglasser@baileyglasser.com

J. Matthew Norris
Norris Law Firm, PLLC
1033 Bullard Court, Suite 207
Raleigh, NC 27615
(919) 981-4775
(919) 926-1676 *facsimile*
jmn@ncconsumerlaw.com

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA 01760
(508) 655-1415
Telephone: (508) 655-1415
mmcue@massattorneys.net

*Counsel for Plaintiff Thomas H. Krakauer*


*/s/ Elyse D. Echtman*
Peter A. Bicks
Elyse D. Echtman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com

Kilpatrick, Townsend & Stockton, LLP.
Richard J. Keshian
North Carolina Bar No. 10681
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Counsel for Defendant DISH Network L.L.C.*

3

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing was filed through this Court's CM/ECF system, and that all attorneys of record will be sent a copy of the same electronically through that system.

*/s/ John W. Barrett*
John W. Barrett

Dated: April 10, 2020

## WORD COUNT CERTIFICATION

I hereby certify that the foregoing motion contains 564 words, in compliance with the Court's word limitations as set forth in Local Rule 7.3(d), as calculated by the word count function of the word processing system used to prepare the foregoing brief.

>    */s/ John W. Barrett*
>    John W. Barrett
>    Bailey & Glasser LLP
>    209 Capitol Street
>    Charleston, WV 25301
>    Telephone: (304) 345-6555
>    jbarrett@baileyglasser.com
>
>    *Counsel for Plaintiff*