# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

THOMAS H. KRAKAUER,
on behalf of a class of persons,

    Plaintiff,

v.                                                             Civil Action No. 1:14-cv-00333-CCE-JEP

DISH NETWORK, L.L.C.,

    Defendant.

## ORDER ON JOINT MOTION FOR EXTENSION OF TIME

This matter is before the Court upon the parties' Joint Motion for an order extending certain deadlines set forth in the Order on Joint Motion for Extension of Time (Doc #572). Upon consideration of the foregoing request, the papers submitted in support, and good cause appearing therefore:

IT IS HEREBY ORDERED that the following briefing deadlines established in the Order on Joint Motion for Extension of Time are extended as follows:

1. The deadline for the parties' joint motion or Plaintiff's motion (if an agreement cannot be reached), along with proposed order and brief, is extended from April 13, 2020 to and including April 20, 2020;

2. The deadline for Defendant's motion, proposed order, and brief supporting its motion and responding to Plaintiff's motion is extended from April 27, 2020 to and including May 4, 2020;

3. The deadline for Plaintiff's supplemental brief supporting his motion and responding to Defendant's motion is extended from May 7, 2020 to and including May 14, 2020; and,

4. The deadline for Defendant's supplemental brief in support of its motion is extended from May 12, 2020 to and including May 19, 2020.

This \_\_\_\_ Day of _____, 2020.

_____
HON. CATHERINE C. EAGLES
UNITED STATES DISTRICT JUDGE