IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS KRAKAUER, | ) |
| Plaintiff, | ) CASE NO. 1:14-CV-00333-CCE-JEP |
| v. | ) |
| DISH NETWORK L.L.C., | ) |
| Defendant. | ) |

**DEFENDANT DISH NETWORK L.L.C.'S MOTION
REGARDING THE DISPOSITION OF UNCLAIMED FUNDS**

In accordance with the April 5, 2018 Order on Claims Procedures, *see* Doc. 441, Defendant DISH Network L.L.C. ("DISH"), through its undersigned counsel, moves the Court for an Order governing the disposition of unclaimed funds (the "Motion").

For the reasons set forth in the accompanying memorandum of law, DISH respectfully requests that the Court grant its Motion and enter an order authorizing reverter of all unclaimed funds.

A proposed form of Order is attached as Exhibit A.

Dated: May 4, 2020                    Respectfully submitted,

                                      ORRICK, HERRINGTON & SUTCLIFFE LLP

                                      By: /s/ Elyse D. Echtman
                                      Peter A. Bicks
                                      Elyse D. Echtman
                                      51 West 52nd Street
                                      New York, New York 10019

Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com

/s/ Richard J. Keshian
North Carolina Bar No. 10681
Kilpatrick, Townsend & Stockton, LLP.
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Attorneys for Defendant DISH Network L.L.C.*

**CERTIFICATE OF SERVICE**

The foregoing Motion, with proposed form of Order, was filed electronically on May 4, 2020. Notice of this filing will be sent to all parties registered with the Court's electronic filing system by operation of the Court's system. Parties may access this filing through the Court's electronic filing system.

/s/ Elyse D. Echtman
Elyse D. Echtman