IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

THOMAS H. KRAKAUER,
on behalf of a class of persons,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Civil Action No. 1:14-cv-00333-CCE-JEP

DISH NETWORK, L.L.C.,

    Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF BRIEFING DEADLINES WITH RESPECT
TO DISPOSITION OF UNCLAIMED FUNDS**

    To accommodate counsel's scheduling issues and obligations in other cases, and to allow for a more complete briefing of the issues, Plaintiff respectfully moves the Court for a one-week extension of the deadline for his brief on the disposition of unclaimed funds, with a corresponding extension for the Defendant's brief as well.

    Under this proposed schedule:

    1.    The deadline for Plaintiff's supplemental brief supporting his motion and responding to Defendant's motion would be extended from May 14, 2020 to May 21, 2020; and,

    2.    The deadline for Defendant's supplemental brief in support of its motion would be extended from May 19, 2020 to June 2, 2020.

    DISH does not oppose the motion. A proposed order is attached as Exhibit A.

Dated: May 11, 2020                     Respectfully submitted,

/s/ John W. Barrett
John W. Barrett
Brian A. Glasser
Benjamin J. Hogan
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com

/s/ J. Matthew Norris
J. Matthew Norris
Norris Law Firm, PLLC
1033 Bullard Court, Suite 207
Raleigh, NC 27615
(919) 981-4775
(919) 926-1676 facsimile
jmn@ncconsumerlaw.com

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA 01760
Telephone: (508) 655-1415
mmcue@massattorneys.net

*Counsel for Plaintiff Thomas H. Krakauer*

2

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing was filed through this Court's CM/ECF system, and that all attorneys of record will be sent a copy of the same electronically through that system.

*/s/ John W. Barrett*
John W. Barrett

Dated: May 11, 2020