## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS KRAKAUER,
on behalf of a class of persons,

        Plaintiff,

    v.

DISH NETWORK L.L.C.,

        Defendant.

**Civil Action No. 1:14-cv-00333-CCE-JEP**

## DECLARATION OF JULIE SWANSON REGARDING ADMINISTRATION COSTS

I, Julie Swanson, declare:

1.     I am a Senior Project Manager of Class Actions at Kurtzman Carson Consultants LLC ("KCC"). My business address is 3301 Kerner Boulevard, San Rafael, California 94901. I am familiar with, and have personal knowledge of, the matters stated in this declaration and am competent to testify about them if called upon to do so.

2.     On the parties' joint motion, the Court appointed KCC as the claims administrator and issued a series of claims procedures orders outlining KCC's responsibilities.

3.     From April 1, 2020 through June 3, 2020, KCC has incurred $4,577.87 in fees and costs for the notice and claims administration. The invoice, attached hereto as Exhibit A, is intended to provide sufficient detail outlining the work KCC has completed

from April 1, 2020 through June 30, 2020. The administration costs incurred to date are categorized as follows.

| | | |
|---|---|---|
| 1. Website | $ | 450.00 |
| 2. IVR & Telephone Support | $ | 935.13 |
| 3. Case Management and Communication | $ | 3,191.00 |
| **Subtotal:** | $ | 4,576.13 |
| **Sales and Use Tax:** | $ | 1.74 |
| **Total**: | $ | **4,577.87** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of July 2020

Julie Swanson

Julie Swanson

# Exhibit A



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

Krakauer v. Dish Network LLC Judgment
3301 Kerner Blvd
San Rafael CA 94901

| | | |
|---|---|---|
| **Contact** | Julie Swanson | |
| **Telephone** | 415-361-7066 | |
| **Job Number** | DKR | |

| Account Number | DKR-ROS | | Invoice Date | 13 July 2020 |
|---|---|---|---|---|
| Invoice Number | US_ASG1819737 | | Due Date | 12 August 2020 |

For services rendered through the end of June 2020

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Website Hosting | 3 | $50.00 | $150.00 |
| IVR Line Charges | 51.36 | $0.18 | $9.24 |
| IVR Monthly Fees | 3 | $50.00 | $150.00 |
| Telephone Support | 620.72 | $1.25 | $775.89 |
| **Total Expenses** | | | **$1,085.13** |

| Staff Hours | Units | Rate | Amount |
|---|---|---|---|
| Document Formatting | 1.42 | $100.00 | $142.00 |
| Document Drafting/Development | 3.5 | $100.00 | $350.00 |
| Website Development and Maintenance | 3 | $100.00 | $300.00 |
| Reporting and Declarations | 3.49 | $100.00 | $349.00 |
| Funds Management and Accounting | 0.75 | $100.00 | $75.00 |
| Project Management | 3.98 | $100.00 | $398.00 |
| Mail/Email Correspondence | 10.67 | $100.00 | $1,067.00 |
| Client Communications | 8.1 | $100.00 | $810.00 |
| **Total Staff Hours** | | | **$3,491.00** |



| Account Number | DKR-ROS | | Invoice Date | 13 July 2020 |
|---|---|---|---|---|
| Invoice Number | US_ASG1819737 | | Due Date | 12 August 2020 |

For services rendered through the end of June 2020

| | |
|---|---|
| **Invoice Subtotal** | **$4,576.13** |
| **Total Sales and Use Tax** | **$1.74** |
| **Total Amount Due** | **$4,577.87** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| | | **Remit Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| **Account Number** | DKR-ROS | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Invoice Number** | US ASG1819737 | Dept CH 16639 | HSBC Bank, NA |
| **Total Amount Due** | $4,577.87 | Palatine, IL 60055-6639 | 452 Fifth Avenue |
| | | | New York, NY 10081 |
| **Amount Paid** | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |