IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS H. KRAKAUER,
on behalf of a class of persons,

    Plaintiff,

v.

    Civil Action No. 1:14-cv-00333-CCE-JEP

DISH NETWORK, L.L.C.

    Defendant.

Affidavit of Leslie J. Winner
Pursuant to Fed. R. Civ. P. 53

I, Leslie J. Winner, being first duly sworn, state the following:

I have familiarized myself with the issues involved in the above captioned action, KRAKAUER v. DISH NETWORK, CA 1:14-CV-00333-CCE-JEP, and with the Memorandum Opinion and Order of the Court, dated 27 October 2020, concerning the *cy pres* distribution of funds that remain unclaimed after the distribution of judgment funds to the members of the Plaintiff class, and concerning the appointment of a special master.

As a result of my knowledge of the case and the intended duties of the special master, I attest and affirm that there are no grounds for my disqualification under 28 USC §455 that would prevent me from serving as the Special Master in the above captioned matter.

Further Affiant Sayeth Not
This 5th day of November, 2020

*[signature]*
Leslie J. Winner
1005 Gloria Avenue
Durham, NC 27701
Telephone: 704-641-3767
lesliewinner@gmail.com

State of North Carolina
County of Henderson

Sworn to and subscribed before me
This 5th day of November, 2020

_____
Notary Public
My commission expires Feb 19, 2022

```
Jaci Hoven
NOTARY PUBLIC
Henderson County, NC
My Comm. Expires Feb. 19, 2022
```