# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS KRAKAUER,<br><br>    Plaintiff,<br><br>v.<br><br>DISH NETWORK L.L.C.,<br><br>    Defendant. | Case No. 1:14-CV-00333-CCE-JEP |

## DISH NETWORK L.L.C. NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT

Notice is given that Defendant DISH Network L.L.C ("DISH") hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order of the District Court entered in this action on February 10, 2021 (Doc. 607).

Dated: February 16, 2021      Respectfully Submitted,

By: /s/ Elyse D. Echtman
Peter A. Bicks
Elyse D. Echtman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com

By: /s/ Richard J. Keshian
Richard J. Keshian
North Carolina Bar No. 10681
KILPATRICK TOWNSEND & STOCKTON LLP

1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Attorneys for Defendant DISH Network L.L.C*

# CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

Respectfully Submitted,

By: /s/ Elyse D. Echtman

Elyse D. Echtman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
eechtman@orrick.com

*Attorney for Defendant DISH Network L.L.C*