IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS H. KRAKAUER,
on behalf of a class of persons,

    Plaintiff,

v.                                                   1:14-CV-333

DISH NETWORK, L.L.C.,

    Defendant.

## ORDER GRANTING MOTION TO PAY CLAIMS ADMINISTRATOR

It is **ORDERED** that the motion to pay claims administrator is **GRANTED**. Within ten days of the date of this Order, the Court Clerk will wire $1,468.31 from the judgment in this case directly to KCC, according to the electronic transfer instructions filed separately under seal, to reimburse KCC's expenses through December 31, 2020.

This the 16th day of February, 2021.

                                                UNITED STATES DISTRICT JUDGE