FILED: February 22, 2021

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 21-1175

(1:14-cv-00333-CCE-JEP)

_____

THOMAS H. KRAKAUER, on behalf of a class of persons

      Plaintiff - Appellee

v.

DISH NETWORK, LLC

      Defendant - Appellant

_____

O R D E R

_____

      Upon review of submissions relative to the motion for stay pending appeal, the court denies the motion.

      Entered at the direction of Judge King with the concurrence of Chief Judge Gregory and Judge Wilkinson.

                                                             For the Court

                                                            /s/ Patricia S. Connor, Clerk