IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS KRAKAUER,<br><br>      Plaintiff,<br><br>v.<br><br>DISH NETWORK L.L.C.,<br><br>      Defendant. | Case No. 1:14-CV-00333-CCE-JEP |

## DISH NETWORK L.L.C.'S NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT

Notice is given that Defendant DISH Network L.L.C ("DISH") hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment of the District Court entered in this action on April 29, 2021 (Doc. 620), and from any and all other judgments, orders, opinions, decisions, rulings, and findings of the district court prior thereto, subsidiary thereto, subsumed therein, or subsequent thereto, including, but in no way limited to the District Court orders establishing the claims administration process (Docs. 351, 361, 441), granting in part Plaintiff's motion for judgment in favor of class members identified fully and without contradiction in the existing data (Doc. 407), denying in part Defendant's motion for reconsideration of the Court's decision on Plaintiff's motion for judgment (Doc. 428), denying Defendant's motion for leave to rely upon additional LexisNexis data (Doc. 458), limiting Defendant to 500 objections to the Claims Administrator's validity determinations (Doc. 485), overruling Defendant's

objections to the Special Master's validity determinations (Doc. 515), ordering that attorneys' fees shall be allocated across the entire judgment and taken equally from each class member's award (Doc. 538), disbursing funds to identified class members (Doc. 560), ordering supplemental briefing regarding the proper disposition of unclaimed funds (Doc. 588), and denying Defendant's motion regarding the disposition of unclaimed funds (Doc. 590).

Dated: May 24, 2021

Respectfully submitted,

By: /s/ *Elyse Echtman*
Peter A. Bicks
Elyse D. Echtman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com

/s/ *Richard Keshian*
Richard J. Keshian
North Carolina Bar No. 10681
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Attorneys for Defendant DISH Network L.L.C.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

/s/ *Elyse Echtman*

Elyse D. Echtman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
eechtman@orrick.com

*Attorney for Defendant DISH Network L.L.C.*