FILED: June 8, 2021

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 21-1616
(1:14-cv-00333-CCE-JEP)

_____

THOMAS H. KRAKAUER, on behalf of a class of persons

      Plaintiff - Appellee

v.

DISH NETWORK, LLC

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's motion to stay disbursements to class members pending appeal, the court denies the motion.

Entered at the direction of Judge Wilkinson with the concurrence of Chief Judge Gregory and Judge King.

      For the Court

      /s/ Patricia S. Connor, Clerk