IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS H. KRAKAUER,
on behalf of a class of persons,

    Plaintiff,

v.                                1:14-CV-333

DISH NETWORK, L.L.C.,

    Defendant.

### **ORDER GRANTING MOTION TO PAY CLAIMS ADMINISTRATOR**

It is **ORDERED** that the motion to pay claims administrator, Doc. 634, is **GRANTED**. Within ten days of the date of this Order, the Court Clerk will wire $186,704.40 from the judgment in this case directly to KCC, according to the electronic transfer instructions filed separately under seal, to reimburse KCC's expenses through September 30, 2021.

This the 29th day of November, 2021.

                                                          UNITED STATES DISTRICT JUDGE