UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA

THOMAS KRAKAUER,

    Plaintiff,

    v.

DISH NETWORK L.L.C.,

    Defendant.

Case No. 1:14-cv-00333-CCE-JEP

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Local Rule 83.1(e), Defendant DISH Network L.L.C. ("DISH"), by and through its undersigned counsel, respectfully moves the Court to withdraw the special appearance of Julie Gorchkova as counsel of record for DISH in the above-captioned action as Ms. Gorchkova is ending her employment with Orrick, Herrington & Sutcliffe LLP. DISH will continue to be represented by Peter Bicks, Elyse Echtman, David Litterine-Kaufman and Paul Meyer of Orrick, Herrington & Sutcliffe LLP; and Richard Keshian of Kilpatrick Townsend & Stockton LLP, all of whom have entered appearances in this action.

DISH requests that this Motion be treated as its supporting brief, pursuant to Local Rule 7.3.

For the foregoing reasons, DISH respectfully requests that the Court enter an order allowing Julie Gorchkova to withdraw her special appearance as counsel on behalf of DISH.

Respectfully submitted this 28th day of December, 2021

/s/ Julie Gorchkova
Julie Gorchkova
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
jgorchkova@orrick.com

/s/ Richard J. Keshian
North Carolina Bar No. 10681
Kilpatrick, Townsend & Stockton, LLP.
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Attorneys for Defendant DISH Network L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: December 28, 2021

/s/ Julie Gorchkova
Julie Gorchkova
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
jgorchkova@orrick.com

*Attorney for Defendant Dish Network L.L.C.*