# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT
# OF NORTH CAROLINA

THOMAS KRAKAUER,

    Plaintiff,

    v.

DISH NETWORK L.L.C.,

    Defendant.

Case No. 1:14-cv-00333-CCE-JEP

## [PROPOSED] ORDER GRANTING MOTION
## TO WITHDRAW APPEARANCE OF COUNSEL

Defendant DISH Network L.L.C. filed a Motion to withdraw the appearance of Julie Gorchkova as counsel of record. The Court, having considered the Motion, finds good cause for granting the Motion.

IT IS HEREBY ORDERED that Julie Gorchkova is withdrawn as counsel of record in the above-captioned action.

Dated:

                                                                     _____
                                                                           Judge Catherine C. Eagles