IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

THOMAS H. KRAKAUER,
on behalf of a class of persons,

    Plaintiff,

v.                                            Civil Action No. 1:14-cv-00333-CCE-JEP

DISH NETWORK, L.L.C.,

    Defendant.

## PLAINTIFF'S MOTION TO PAY CLAIMS ADMINISTRATOR

As directed by the Court's October 18, 2019 order (Doc. 534), attached please find a Declaration of Derek Smith regarding expenses incurred by the Claims Administrator. Plaintiff respectfully requests the court direct the payment to KCC from the common fund of the amount specified in the declaration. Under the October 18 order, any objections to this submission must be filed within seven days.

                                                        THOMAS H. KRAKAUER
                                                        By Counsel

/s/ John W. Barrett
John W. Barrett
Brian A. Glasser
Benjamin J. Hogan
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com

/s/ J. Matthew Norris
J. Matthew Norris
Norris Law Firm, PLLC
1033 Bullard Court, Suite 207
Raleigh, NC 27615
(919) 981-4775
(919) 926-1676 facsimile
jmn@ncconsumerlaw.com

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA 01760
Telephone: (508) 655-1415
mmcue@massattorneys.net

## CERTIFICATE OF SERVICE

      The undersigned counsel certifies that the foregoing was filed through this Court's CM/ECF system, and that all attorneys of record will be sent a copy of the same electronically through that system.

                                    /s/ John W. Barrett
                                    John W. Barrett

Dated: August 2, 2022