# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS KRAKAUER,<br>on behalf of a class of persons,<br><br>        Plaintiff,<br><br>    v.<br><br>DISH NETWORK L.L.C.,<br><br>        Defendant. | **Civil Action No. 1:14-cv-00333-CCE-JEP** |

## DECLARATION OF DEREK SMITH REGARDING ADMINISTRATION COSTS

I, Derek Smith, declare:

1. I am a Director of Class Actions at KCC Class Action Services, LLC ("KCC"). My business address is 1 McInnis Parkway, Suite 250, San Rafael, California 94903. I am familiar with, and have personal knowledge of, the matters stated in this declaration and am competent to testify about them if called upon to do so.

2. On the parties' joint motion, the Court appointed KCC as the claims administrator and issued a series of claims procedures orders outlining KCC's responsibilities.

3. From April 1, 2022 through June 30, 2022, KCC has incurred $12,045.18 in fees and costs for the notice and claims administration. The invoice, attached hereto as Exhibit A, is intended to provide sufficient detail outlining the work KCC has

completed from April 1, 2022 through June 30, 2022. The administration costs are categorized as follows.

| | | |
|---|---|---:|
| 1. Website | $ | 150.00 |
| 2. IVR & Telephone Support | $ | 1,394.17 |
| 3. Document and Printing | $ | 150.00 |
| 4. Funds Management | $ | 1,508.00 |
| 5. Data Development | $ | 4,808.00 |
| 6. W9 Processing | $ | 101.00 |
| 7. Postage | $ | 19.74 |
| 8. Distribution Preparation | $ | 1,291.00 |
| 9. Issue Checks | $ | 403.80 |
| 10. Case Management and Communication | $ | 2,217.00 |
| **Subtotal:** | **$** | **12,042.71** |
| **Sales and Use Tax:** | **$** | **2.47** |
| **Total**: | **$** | **12,045.18** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of August 2022

_____
DEREK SMITH

# EXHIBIT A



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

Krakauer v. Dish Network LLC Judgment
Settlement Fund
PO Box 6191
Novato CA 94948

| **Contact** | Derek Smith |
| **Telephone** | 415-458-3059 |
| **Job Number** | DKR |

| Account Number | DKR-ROS | Invoice Date | 01 August 2022 |
|---|---|---|---|
| Invoice Number | US_ASG2271064 | Due Date | 31 August 2022 |

For services rendered through the end of June 2022

| **Expenses** | **Units** | **Rate** | **Amount** |
|---|---:|---:|---:|
| First Class Postage | | | $19.14 |
| Website Hosting | 3 | $50.00 | $150.00 |
| IVR Line Charges | 28.45 | $0.18 | $5.12 |
| IVR Monthly Fees | 3 | $50.00 | $150.00 |
| Business Reply Mail Postage | | | $0.60 |
| Issue Checks | 17 | $0.40 | $6.80 |
| Re-Issue Checks | 16 | $4.50 | $72.00 |
| Telephone Support | 991.24 | $1.25 | $1,239.05 |
| **Total Expenses** | | | **$1,642.71** |



| Account Number | DKR-ROS | | Invoice Date | 01 August 2022 |
|---|---|---|---|---|
| Invoice Number | US_ASG2271064 | | Due Date | 31 August 2022 |

For services rendered through the end of June 2022

| Staff Hours | Units | Rate | Amount |
|---|---|---|---|
| Data Development | 48.08 | $100.00 | $4,808.00 |
| Quality Control and Assurance | 0.34 | $100.00 | $34.00 |
| Print Production | 1.5 | $100.00 | $150.00 |
| Claims Processing | 1.01 | $100.00 | $101.00 |
| Distribution Preparation | 12.91 | $100.00 | $1,291.00 |
| Tax Compliance | 2.23 | $100.00 | $223.00 |
| Accounting | 3.5 | $100.00 | $350.00 |
| Funds Management and Accounting | 9.35 | $100.00 | $935.00 |
| Reissue Processing | 3.25 | $100.00 | $325.00 |
| Project Management | 9.25 | $100.00 | $925.00 |
| Mail/Email Correspondence | 12.5 | $100.00 | $1,250.00 |
| Administrative | 0.08 | $100.00 | $8.00 |
| **Total Staff Hours** | | | **$10,400.00** |

| | |
|---|---|
| Invoice Subtotal | $12,042.71 |
| Total Sales and Use Tax | $2.47 |
| Total Amount Due | $12,045.18 |

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | DKR-ROS | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_ASG2271064 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $12,045.18 | Dept CH 16639 | HSBC Bank, NA |
| **Amount Paid** | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue |
| | | | New York, NY 10081 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |