# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS KRAKAUER,<br>on behalf of a class of persons,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK L.L.C.,<br><br>　　　　Defendant. | **Civil Action No. 1:14-cv-00333-CCE-JEP** |

## DECLARATION OF DEREK SMITH REGARDING ADMINISTRATION COSTS

I, Derek Smith, declare:

　　1.　　I am a Director of Settlement Administration at Verita Global, LLC, formerly KCC Class Action Services, LLC ("KCC"). My business address is 1 McInnis Parkway, Suite 250, San Rafael, California 94903. I am familiar with, and have personal knowledge of, the matters stated in this declaration and am competent to testify about them if called upon to do so.

　　2.　　On the parties' joint motion, the Court appointed KCC as the claims administrator and issued a series of claims procedures orders outlining KCC's responsibilities.

　　3.　　From July 1, 2025 through January 31, 2026, KCC has incurred $5,851.60 in fees and costs for the notice and claims administration. The invoice, attached hereto as Exhibit A, is the invoice for costs associated with the organization and payment

of cy pres beneficiary payments and is intended to provide sufficient detail outlining the work KCC has completed from July 1, 2025 through January 31, 2026. The administration costs are categorized as follows.

| | | |
|---|---|---:|
| 1. Accounting | $ | 1,158.30 |
| 2. Distribution Preparation | $ | 1,050.00 |
| 3. Income Tax Return | $ | 1,000.00 |
| 4. Reporting and Declarations | $ | 400.00 |
| 5. Case Management and Communication | $ | 2,243.30 |
| **Subtotal:** | **$** | **5,851.60** |
| **Sales and Use Tax:** | **$** | **0.00** |
| **Total**: | **$** | **5,851.60** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of February 2026.

_____
DEREK SMITH

# EXHIBIT A

1 McInnis Parkway
San Rafael, CA 94903



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-5201
www.VeritaGlobal.com
Fed Tax ID# 92-2292559

Krakauer v. Dish Network LLC Judgment Settlement Fund
P O Box 6191
Novato CA 94948
United States

**Contact**      Derek Smith
**Telephone**    +14154583059
**Job Number**   DKR
**PO Number**

| Account Number | DKR | Invoice Date | 2/12/2026 |
|---|---|---|---|
| Invoice Number | US-CLASS2710724 | Due Date | 3/14/2026 |

For services rendered through - 1/31/2026

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Income Tax Return - 2026 | 1 | $1000 | $1,000.00 |

1 McInnis Parkway
San Rafael, CA 94903



| Account Number | DKR | Invoice Date | 2/12/2026 |
|---|---|---|---|
| **Invoice Number** | US-CLASS2710724 | **Due Date** | 3/14/2026 |

For services rendered through - 1/31/2026

| Staff Hours | Units | Rate | Amount |
|---|---|---|---|
| Case Setup, Planning and Management | 22.25 | $100.00 | $2,225.00 |
| Mail/Email Correspondence | 0.1 | $100.00 | $10.00 |
| Distribution Calculation | 10.5 | $100.00 | $1,050.00 |
| Escalation Handling | 0.083 | $100.00 | $8.30 |
| Funds Management and Accounting | 11.333 | $100.00 | $1,133.30 |
| Reporting and Declarations | 4 | $100.00 | $400.00 |
| Tax Compliance | 0.25 | $100.00 | $25.00 |

| | |
|---|---|
| **Invoice Subtotal** | $5,851.60 |
| **Sales and Use Tax** | $0.00 |
| *Total Invoice* | $5,851.60 |

Please detach and return this portion of the statement with your check to Verita Global
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please reference your Account Number and Invoice Number on your Remittance.

| **Account Number** | DKR | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| **Invoice Number** | US-CLASS2710724 | Verita Global LLC<br>Department 2212<br>PO Box 4110<br>Woburn, MA 01888-4110 | Verita Global LLC<br>Grasshopper Bank, N.A.<br>261 5th Ave, Suite610<br>New York, NY 10016<br>Account # 02433990382<br>ACH Routing # 026015024 |
| **Total Amount Due** | $5,851.60 | | |
| **Amount Paid** | $ | | |